UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
KEVIN A. JONES, on behalf of himself and                    :
others similarly situated,                                  :
                                                            :           C.A. No. 14-CV-03076-VEC
                         Plaintiffs,                        :
                                                            :
            - against -                                     :           **DECLARATION OF JAMES A.**
                                                            :           **FRANCIS, ESQUIRE IN**
STERLING INFOSYSTEMS, INC.,                                 :           **SUPPORT OF PLAINTIFF'S**
                                                            :           **MOTION FOR CLASS**
                         Defendant.                         :           **CERTIFICATION**

------------------------------------------------------------x

I, James A. Francis, declare as follows:

1. I am an attorney duly licensed to practice in the Commonwealth of Pennsylvania.

2. I am counsel of record for Plaintiff Kevin A. Jones in this matter after being admitted to practice *pro hac vice* by this Court on June 6, 2014 (Dkt No. 9), and have personal knowledge of the facts and circumstances of the within matter.

3. Attached hereto as Exhibit 1 is a true and correct copy of Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories, served on October 31, 2014.

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the deposition of Adam Nager, publicly filed as an exhibit in *Sanchez v. Sterling Infosystems, Inc.*, No. 1:12-cv-157 (D.R.I.), at Dkt. No. 48-4.

5. Attached hereto as Exhibit 3, is a true and correct copy of excerpts of the deposition of Curt Schwall taken in this matter on November 6, 2014.

6. Attached hereto as Exhibit 4 is a true and correct copy of documents bates-labeled STERLING0000243 through STERLING0000261, produced in discovery in this matter.

1

7. Attached hereto was Exhibit 5 is a true and correct copy of documents bates-labeled STERLING000280 through STERLING0000301, produced in discovery in this matter.

8. Attached hereto as Exhibit 6 is a true and correct copy of a document bates-labeled JONES 0190, produced in discovery in this matter.

9. Attached hereto as Exhibit 7 is a true and correct copy of documents bates-labeled JONES 0185 through JONES 0189, produced in discovery in this matter.

10. Attached hereto as Exhibit 8 is a true and correct copy of select pages of the deposition of Glenn Rambaran taken in *Smith v. Sterling Infosystems, Inc.*, No. 11-0438 (W.D.N.C.).

11. Attached hereto as Exhibit 9 is a true and correct copy of select pages of the deposition of the Plaintiff taken on December 2, 2014 in this matter.

12. Attached hereto as Exhibit 10 is a true and correct copy of documents bates-labeled JONES 0002 through JONES 0026, produced in discovery in this matter.

13. Attached hereto as Exhibit 11 is a true and correct copy of documents bates-labeled STERLING0000090 through STERLING0000103, produced in discovery in this matter.

14. Attached hereto as Exhibit 12 is a true and correct copy of a document bates-labeled JONES 0191, produced in discovery in this matter.

15. Attached hereto as Exhibit 13 is a true and correct copy of documents bates-labeled JONES 0192 through JONES 0193, produced in discovery in this matter.

16. Attached hereto as Exhibit 14 is a true and correct copy of a document bates-labeled JONES 0027, produced in discovery in this matter.

17. Attached hereto as Exhibit 15 is a true and correct copy of documents bates-labeled STERLING0000001 through STERLING0000003, produced in discovery in this matter.

18. Attached hereto as Exhibit 16 is a true and correct copy of documents bates-labeled STERLING0000017 through STERLING0000020, produced in discovery in this matter.

19. Attached hereto as Exhibit 17 is a true and correct copy of documents bates-labeled STERLING0000004 through STERLING0000005, produced in discovery in this matter.

20. Attached hereto as Exhibit 18 is a true and correct copy of select portions of the deposition of Veronique Laverdiere, taken on November 5, 2014 in this matter.

21. Attached hereto as Exhibit 19 is a true and correct copy of a document bates-labeled STERLING0000006, produced in discovery in this matter.

22. Attached hereto as Exhibit 20 is a true and correct copy of documents bates-labeled STERLING0000026 through STERLING0000029, produced in discovery in this matter.

23. Attached hereto as Exhibit 21 is a true and correct copy of documents bates-labeled STERLING0000033 through STERLING0000034, produced in discovery in this matter.

24. Attached hereto as Exhibit 22 is a true and correct copy of documents bates-labeled JONES 0068 through JONES 0069, produced in discovery in this matter.

25. Attached hereto as Exhibit 23 is a true and correct copy of documents bates-labeled JONES 0091 through JONES 0111, produced in discovery in this matter.

26. Attached hereto as Exhibit 24 is a true and correct copy of Defendant's Supplemental Responses to Plaintiff's First Set of Interrogatories, served on January 20, 2015.

27. Attached hereto as Exhibit 25 is a true and correct copy of qualifications of Plaintiff's counsel, Francis & Mailman, P.C.

28. Attached hereto as Exhibit 26 is a true and correct copy of qualifications of Plaintiff's counsel, the Legal Action Center.

I certify the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*s/ James A. Francis*
JAMES A. FRANCIS

Dated: March 16, 2015

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Dated:  January 15, 2015         By:   *s/ James A. Francis*
                                                                                        James A. Francis (*pro hac vice*)