# EXHIBIT 4

# NYCOURTS.GOV

## Criminal History Record Search

## FAQs

## Introduction

### What information is required when conducting a criminal history record search (CHRS)?

The NYS Office of Court Administration (OCA) requires the individual's full First Name (minimum of one character), full Last Name, and Date of Birth.

### How does OCA's Criminal History Record Search program work?

You need to have the individual's full Name and DOB. You can submit your search via OCA's on-line application called Direct Access or you can complete the CHRS application form which can be downloaded from the NYS Courts website (www.nycourts.gov/apps/chrs.) Submit the application with a check or money order made out to the NYS Office of Court Administration. The search mechanism is based on finding an EXACT match of the actual name and date of birth of the individual searched. The individual's middle initial is not used as part of the search mechanism. Any variation of either the Name or DOB in the database is not considered a match and is not reported. Searches can also be requested for business entities.

### What is Direct Access?

Direct Access is the NYS Office of Court Administration's (OCA) on-line Criminal History Record Search (CHRS) program. NY Statewide criminal background checks can be requested on-line 24 hours a day, seven days a week with payment either by e-check or credit/debit card. For more information, visit our website at: www.nycourts.gov/apps/chrs.

### Typically, the CHRS - Direct Access results are returned in a timely fashion. If I don't get results in a few hours, should I just resubmit?

Do not resubmit previously sent requests without checking the 'RECEIPTS' link in Direct Access. This link displays the status of previous search requests during the last six months including your current request. If the status of your current request reflects it's in the 'PROCESSING' stage, this means the outcome of the search needs to be reviewed and upon completion will be e-mailed to you. If, however, you don't see any activity, contact the CHRS Unit.

### If while submitting a criminal background check via Direct Access and I experience a system or technical error, should I resubmit the request?

If you experience a problem while submitting a search request due to a system error, do not resubmit your request. Contact the CHRS Unit so we can research the problem and inform you of the status of your request.

### How many counties are included in the New York Statewide search?

All of the State's 62 counties. Individual electronic county searches are not provided.

### What kind of information is included in the statewide search?

Conviction and pending records as it relates to felony and misdemeanor cases originating in Town and Village Courts, City, and County/Supreme Courts. Sealed records are not reported. As of July 20, 2007, data relating to noncriminal offenses (e.g., violations, infractions) will no longer appear as part of the CHRS Report. Cases processed in Town/Village Courts from 1991 to 2002 are not part of the NYS Office of Court Administration's criminal disposition database.

### Why does OCA not provide information on violations and infractions?

As a result of a recent case filed in a New York court, the Unified Court System has reviewed its policy regarding the contents of criminal history summaries that it provides to individuals and businesses upon their request and for a fee. The review has resulted in a change of policy to the extent that the summaries provided will report only convictions on charges that New York State law regards as crimes. Crimes are defined by New York State law as including misdemeanors and felonies only. Convictions on offenses classified as violations and infractions which are not crimes as defined by New York State law will no longer be reported unless the criminal history summary includes a misdemeanor or felony conviction for the same event.

Confidential                                                    STERLING0000244

### Can courts request additional fees from customers who are pursuing incomplete case information reported via the CHRS program?

Yes. The New York (OCA) Statewide CHRS program provides an 'electronic' search of the NYS Court's criminal disposition database reporting the latest information supplied by the courts. If the CHRS report is incomplete and the customer decides to contact the court for additional information, the court, observing their individual operating guidelines, may legitimately request additional fees and instruct you to submit your inquiry by mail.

### What does it mean when a charge appears on the CHRS report with the notation "NO DESCRIPTION AVAILABLE?"

This means the charge displayed is not part of OCA"s charge dictionary. You can contact the court for the charge description or you can access the New State Assembly's website at: www.assembly.state.ny.us/leg (click "New York State Laws.) This site also includes NYC Administrative Codes.

### How far back are cases searched in each respective county?

Refer to OCA's C.R.I.M.S (County) Data Chart

### How often are cases updated?

Within New York City, cases are updated approximately every 24 hours and outside NYC an average of once a week.

### Is there a website with court addresses and phone numbers?

Yes. The New York State Court's website: www.nycourts.gov/courts have information which provides court addresses and phone numbers (click Trial Courts or Town/Village Courts.)

### What is the CHRS turnaround time for results?

CHRS requests submitted by mail, in person, or via Direct Access is typically completed by the next business day.

Confidential
STERLING0000245

### How are dual or hyphenated surnames processed through the CHRS program?

Names searched with a dual (e.g., Garcia Rivera, James) or hyphenated (e.g., Garcia-Rivera, James) surname will generate the following variations: with a hyphen (e.g., Garcia-Rivera), with a space (e.g., Garcia Rivera), and dual names together (e.g., Garcia Rivera) Dual surnames are not automatically reconfigured and searched in its single format (e.g., Garcia-Rivera, James searched as Garcia, James and Rivera, James.)

### How are dual first names processed through the CHRS program?

Dual 'first' names are processed the same as 'dual' surnames.

### How are surnames appearing with an apostrophe processed through the CHRS program?

Names searched with surnames appearing with an apostrophe (e.g., O'Donahue) will generate the following variations: with an apostrophe (e.g., O'Donahue), with a space (e.g., O Donahue), and surname intact (e.g., ODonahue.)

### How are names appearing with a suffix (e.g., Jr., III) processed through the CHRS program?

Names searched with a suffix will prompt the following variations: with a suffix as entered (e.g., John Smith Jr.) and without (e.g., John Smith.) However, names searched without a suffix will not generate names appearing with a suffix in the database.

### Are Town and Village courts criminal disposition data included in the NYS Statewide search?

NYS Town and Village court dispositions are not available for the period May 1991 through 2002. As of April 2007, all Town and Village courts report to OCA. All City and County/Supreme courts, within the 62 counties, are required to report criminal disposition data to the NYS Office of Court Administration.

### Are the CHRS results provided by the Office of Court Administration certified?

Confidential
STERLING0000246

No. However, you can contact the court of origination and request a Certificate of Disposition for a nominal fee. A Certificate of Disposition is an official court document affixed with the Court Seal reflecting the disposition of the case. Court Locations and phone numbers are available on the New York State Court's website: www.nycourts.gov/courts.

### What days of the year is the NYS Office of Court Administration's CHRS Unit closed for business?

The holiday schedule for the NYS Office of Court Administration is available via the New York State Court's website.

Web page updated: October 11, 2013

Skip To: Content | Navigation | Accessibility

# New York State Unified Court System

## Criminal History Record Search - Direct Access

You are logged in as Van Baren, Bruce *logout*

**Home**
CHRS

**Options**
Search Request
Receipts/Job Status

**Resources**
*open in new window*
CHRS FAQs
Pay Connexion FAQ
ACH Origination #s

**Help**
*opens in new window*
User Guide
Contact Us

### Search Request: Search Entry

**SEARCH INFORMATION**

The search is based on finding an exact match of both the Name and DOB. Any variation of the Name and DOB is not considered a match.

The individual's Last Name, First Name, and DOB are required for a search. Only fill in Company Name for a company search.

**Required Field \***                                           Search Entry Instructions

**Entry 1**

| Last Name * | First Name * | Suffix | DOB (mm/dd/yyyy) * |
|---|---|---|---|
| | | | |

**Company Name**



[< Previous]  [Next >]

---

**Criminal History Record Search - Direct Access**

| Websites | Options | Resources *open in new window* | Help *opens in new window* | My Account |
|---|---|---|---|---|
| NYS UCS Home | Search Request | CHRS FAQs | User Guide | Change Password |
| CHRS Home | Receipts/Job Status | Pay Connexion FAQ | Contact Us | Change Email |
| | | ACH Origination #s | | Logout |

NEW YORK STATE OFFICE OF COURT ADMINISTRATION RECORD SEARCH FOR CONVICTION OF PROSECUTION AND PENDING    Rev 5/07

**NY STATEWIDE SEARCH**

OFFICIAL USE ONLY ③

PAGE: _____ OF _____

DATE: _____ ②

E-MAIL ☐  MAIL ☐  PICKUP ☐

| NAME / COMPANY: | PHILIP J. ANDERSON |
|---|---|
| STREET ADDRESS: | 120-35 73RD AVENUE |
| CITY, STATE, ZI① | OREST HILLS, NY 11357 |
| TELE./FAX NUMBER: | (718)275-0665 / (718)275-0655 |
| CONTACT/ EMAIL ADD. | PANDERSON@CRIMSEARCH.NET |

| NO | LAST NAME (TYPE OR PRINT IN CAPITALS) | FIRST NAME (TYPE OR PRINT IN CAPITALS) | SUFFIX | DOB MM/DD/YYYY | FOR YOUR USE |
|---|---|---|---|---|---|
| 1 | MILLER | JOHN | JR. | 02/09/1951 | |
| 2 | LEWIS | SHERRY | | 06/25/1980 | |
| 3 | MITCHELL | ROBERT ④ | III | 12/10/1964 | |
| 4 | BLAND | JOSE | | 10/03/1975 | ⑤ |
| 5 | HELSTROM | ANTHONY | | | |
| 6 | | | | | |

SAMPLE

Instructions for completing OCA's Criminal History Record Search (CHRS) Application
7. No.1 Customer is required to complete this section.
8. No.2 Specify number of pages, date submitted, and if you prefer the results of the search emailed or returned to you by mail (if by mail, include a self addressed stamped envelope), or picked up.
9. No.3 Receipt information is stamped on the upper right hand corner showing date of request and job number. Phone inquiries regarding your CHRS request status can be expedited if you have the Job Number available.
10. No.4 Print (clearly) or type the required information in each column - Last Name, First Name, do not include Middle Initial, Suffix (e.g.,Jr., Jr., III - if applicable), and Date of Birth. The blank column is for future use. Please note the search mechanism is based on finding an exact match of both the Name and DOB.
11. No.5 This section is provided for customer use.

Email Address: Provide your email address if you like search results emailed to you

Statewide Search: The electronic statewide search includes all 62 counties of the State of New York
Inquiries regarding criminal disposition data should be directed to OCA's Criminal History Record Search Unit at (212)428-2943 between the hours of 9:30 and 4:30 pm. Requests for additional copies of the Criminal History Record Search application can be made to OCA's CHRS Intake Unit at (212) 428-2810 or you can download the form from the New York State Court's website: www.nycourts.gov/apps/chrs

Confidential

STERLING0000249

# NYCOURTS.GOV

## Criminal History Record Search

### On-line Direct Access

The New York State Office of Court Administration (OCA) provides an on-line New York Statewide criminal history record search (CHRS) on a 24/7 basis for the general public, business entities, and corporations. The search mechanism is strictly based on an exact match of both the Name and DOB you provide (variations of Name or DOB are not reported.) The search results are public records relating to open/pending and convictions in criminal cases originating from County/Supreme, City, Town and Village courts of all 62 counties. Sealed records are not disclosed. Town & Village criminal disposition data is limited (see CHRS FAQs.)

The following information is for your consideration and may help should you decide to pursue this service:

- The cost for a NYS OCA Criminal History Record Search request is $65.00. Payment is made at the time of the request via JP Morgan Chase's Pay Connexion Online payment process (includes a convenience fee which is separate from the cost of the search - see Pay Connexion FAQs) by using your Checking Account (ACH) or Debit/Credit Card.

- The online Direct Access program provides two account options. The **Public Account** requires online payment by debit/credit card only and limits your searches to five per request. The **Corporate Account** requires previous use of the CHRS program and allows payment by either debit/credit card or checking account (ACH.)

- Please read the CHRS FAQs for information relating to the accuracy and completeness of the NYS Criminal History Record Search Report.

- The results of this process are not certified and should not be confused with a **Certificate of Disposition** which can only be issued by the court of original jurisdiction.

- Direct Access allows users to check the status of their **current** CHRS search requests and review **past** requests for the last six months.

- Background checks for companies are also part of the CHRS program.

- CHRS results are verified, reviewed, amended, if necessary, and emailed to our customers during business days - 9 AM to 5 PM Mondays through Friday. CHRS requests reporting **No Results Found** are returned in **Real Time**. However, the entire search request is **withheld** for review if one or more names result **in a record**.

- For more information about the online process, two links are provided below. The first link gives you a visual walk-thru of the entire search and payment process. The second link is an FAQs about JP Morgan's Pay Connexion application.

PDF Visual Walk-Thru

FAQs for Pay Connexion

**Create Account / Submit Search**

Web page updated: December 5, 2013

Confidential    STERLING0000251

# NYCOURTS.GOV

## Criminal History Record Search

*Overview*

### Introduction

The New York State Office of Court Administration (OCA) provides a New York Statewide criminal history record search (CHRS) for a fee of $65.00. You can submit a CHRS request via our on-line Direct Access program or by mailing in a CHRS application form. The search criteria is strictly based on an exact match of Name and DOB (variations of Name or DOB are not reported.) Background checks for companies are also part of the CHRS program. The search results are public records relating to open/pending and convictions in criminal cases originating from County/Supreme, City, Town and Village courts of all 62 counties. Sealed records are not disclosed. Town & Village criminal disposition data is limited (see CHRS FAQs).

> *NOTE: Please be advised that, effective April 1, 2014 OCA will no longer report a criminal history for any individual whose only conviction was a single misdemeanor more than ten years prior to the date of the request.*

Procedure and related information is as follows:

1. Submit your request electronically by using our on-line Direct Access application. Requests submitted via the Direct Access application reporting 'No Results Found' are returned in Real Time. Check the Direct Access page for more information.

2. Complete the Criminal History Record Search (CHRS) Application Form. Indicate name, address, phone number, and other related information of the person or company submitting the form.

3. Include the individual's full name and date of birth you want searched. Applications with **unclear or omitted information will be rejected.** Each alias and each date of birth is counted as an additional search.

4. The results of this process are **NOT** certified and should not be confused with a **"Certificate of Disposition"** which can only be issued by the court of original jurisdiction.

5. CHRS results are verified, reviewed, amended, if necessary, and emailed to our customers the following business day - 9:00 A.M. to 5:00 P.M. Monday through Friday. Please note that the entire search request is withheld for review if one or more names result **in a record.**

6. Please read the CHRS FAQs for information relating to the accuracy and completeness of the CHRS Report.

## PROGRAM FEE

The fee is $65.00 for Statewide search. Please make checks or money orders payable to the **N.Y.S. Office of Court Administration**. Cash will not be accepted. A $20.00 returned check charge will be imposed on items returned by the bank.

## FILING INSTRUCTIONS

Applications may be mailed to, or filed in person weekdays 9:30 a.m. to 4:30 p.m., at:

> NYS Office of Court Administration
> Office of Administrative Services
> Criminal History Record Search
> 25 Beaver Street (Room 840 - Front Desk)
> New York, NY 10004

Applications **hand delivered** are, in most cases, completed within the next business day.

Applications **filed by mail** must include a self-addressed postage paid envelope to receive the criminal history search results. Upon receipt these requests are also processed within the next business day.

## PICK-UP INSTRUCTIONS

Hand delivered applications for subsequent pick up must include a self-addressed envelope indicating **"Hold For Pick-Up."** Blank application forms can be picked up at the same address listed above between the hours of 9:30 a.m. and 4:30 p.m.

## CHRS RESULTS

The results of the search can be *picked up*, *mailed* (include a self-addressed stamped envelope) or *emailed* (include an email address on the application form.)

## CHRS INQUIRIES

Inquiries regarding criminal disposition data should be directed to OCA's Criminal History Record Search Unit at (212) 428-2943 between the hours of 9:30 a.m. and 4:30 p.m.

Web page updated: March 31, 2014

Skip To: Content | Navigation | Accessibility

# New York State Unified Court System

Criminal History Record Search - Direct Access

**Close**
User Guide

## User Guide

If you don't find the answer you are looking for on this page,
Contact Us.

### Table of Contents

1. Overview
2. Account Types
3. Direct Access Login
4. Public Account Creation
5. Welcome Page
6. Receipts/Job Status: View Requests
7. Search Request: Quantity
8. Search Request: Entry
9. Search Request: Verification
10. Make a Payment: Choosing Payment Method
11. Make a Payment: Background Search
12. Make a Payment: eCheck (ACH) Payment
13. Make a Payment: Verify eCheck (ACH) Payment
14. Make a Payment: Credit/Debit Card Payment
15. Make a Payment: Verify Credit/Debit Card Payment
16. CHRS Job Number
17. OCA Contacts: Customer Inquiries
18. CHRS Results: Customer Inquiries
19. CHRS Web Page

---

**Overview**

The NYS Office of Court Administration's Criminal History Record Search (CHRS) - Direct Access online application allows users to conduct the initial phase of the search process by data entering Individual(s) Full Name and DOB. Background checks for companies are also possible. The search mechanism is based on finding an <u>exact match of both the Name and DOB.</u> Any variation of the Name and DOB residing in the database is not considered a match and will not be part of the report. The payment process is handled by JP Morgan Chase (Chase) and includes a convenience fee which is not part of the cost of the search.

Back to Index

---

**Account Types**

The Criminal History Search online application supports two types of accounts, Public Accounts and Corporate Accounts.

The Public Account allows immediate access for a Criminal History Record Search. A search can be done for up to 5 names at a time and paid for with a credit or debit card. Results will be returned to one email address.

> A Corporate Account must be approved by a OCA CHRS Administrator. A Corporate Account search can be done for up to 50 names and paid for using either a checking account (ACH), or a debit or credit card. Results can be returned to multiple email addresses. Contact the CHRS Unit at (212) 428-2916 to establish a Corporate Account.

Back to Index

### Direct Access Login

This page displays the Direct Access **Message Board** which is used to inform customers of office closings, interrupted service, and special notices.

This page also provides links to the **CHRS FAQs**, Direct Access **User Guide**, and **Contact Us**.

A Public user can create an account if they do not have one, or an established Public User or a Corporate User can Log In using their User ID and Password.

Clicking the **Log In** button will display the CHRS **Welcome Page**. Here you can start the search process or view previous CHRS receipts.

If you have problems accessing the online application, contact the CHRS Administration Unit at (212) 428-2916.

Back to Index

### Public Account Creation

Click the **Create Public Account** button.

The Create Account: Setup Account page will display. Choose a User ID and enter a password for your account. Additional information will be required as well as an email address where you would like the results returned. When you have provided all of the required information click the **Next** button.

A Create Account: Verify Account page will display. If you need to make corrections click the **Previous** button and make your corrections. If everything is correct click the **Create Account** button.

You will go directly to the page to enter your search request information. In order to complete your search request you will need a credit or debit card to pay for your search.

You can use this same account anytime you want to enter another search request. On the **Log In** page just enter you User ID and Password.

Back to Index

### Welcome Page

The **Welcome Page** displays your Direct Access account information. Please review and contact us if it needs to be updated.

This page gives you the option of starting the search process by clicking the **Search Now** link or look up previous receipts by clicking the **View Receipts** link.

Back to Index

### Receipts/Job Status: View Requests

This feature allows checking the status of current search requests and the viewing and printing of past CHRS receipts and results for the past six months.

Back to Index

### Search Request: Quantity

This page requires you to enter the number of searches you intend to submit with a maximum of 50 searches per request.

Click **Next** to continue.

Back to Index

### Search Request: Entry

The Search Entry page is used to enter the required information necessary to conduct a New York Statewide search. The search mechanism is based on locating an <u>exact match of both the Name and DOB. Consequently, the accuracy of the electronic search process is dependent on the Name and DOB as it resides in the database and whether it matches the same search criteria as entered by the user. Any variation of the Name and DOB residing in the database is not considered a match and will not be part of the report.</u>

The following is a break down of the required fields when submitting a search.

1. **Last Name:**
   <u>Required information.</u> Enter the individual's complete last name. The accuracy of the search is not affected if the individual's name contains more characters than is allowed in the field.
   - **Hyphenated Surnames:** Names entered with a hyphen will return the following variations: with a hyphen as entered (e.g., Garcia-Rivera), with a space (e.g., Garcia Rivera), and names together (e.g., GarciaRivera.)
   - **Surnames with Apostrophe:** Names entered with an apostrophe will return the following variations: with an apostrophe as entered (e.g., O'Donahue), with a space (e.g., O Donahue), and surname intact (e.g., ODonahue.)

2. **First Name:**
   <u>Required information.</u> Enter the individual's complete first name. The field requires a minimum of one character. The accuracy of the search is not affected if the individual's name contains more characters than is allowed in the field.

3. **Middle Initial:**
   Not used as part of the search process.

4. **Suffix:**
   Name entered with a suffix (eg., Jr., Sr., III) will return the

     following variations - with a suffix as entered (e.g., John Smith Jr.) and without a suffix (e.g., John Smith.)

5. **Date of Birth:**
   <u>Required information.</u> Enter the Date of Birth using the specified format: mm/dd/yyyy or mmddyyyy or use calendar icon.

6. **Company Name:**
   Enter the name of the company leaving remaining search fields blank. If the company name is long, enter as many characters in the field as possible.

7. **Next:**
   Before you click **Next**, we recommend you review the name(s) you entered for accuracy. A message will prompt when you click **Next** reminding you to re-check the search information. Otherwise, you are taken to the **Verification** page.

Back to Index

### Search Request: Verification

The **Verification** page displays the following information:

1. **Charge Information:**
   Displays number of searches, cost per search, and total cost of your request (minus Pay Connexion convenience fee).

2. **Search Information:**
   Displays the search information as entered by customer.

3. **Please Review:**
   Reminder to check search information entered.

4. **Verification:**
   **You are required to check this box acknowledging OCA's policy regarding CHRS credit and refunds prior to submitting your request.**

5. **Next:**
   You leave the OCACHRS site and proceed to the Chase payment process - Pay Connexion.

Back to Index

### Make a Payment: Choosing a Payment Method

**Pay Connexion Security Features:**

Chase's Pay Connexion uses leading security measures when protecting users' credit card data. User information is both encrypted and transmitted over encrypted channels, regardless of the selected transportation method. Passwords are stored in a one-way hash. Sensitive credit card information, such as credit card number and expiration date, is encrypted using the triple data encryption standard (DES) algorithm. Strict access control and physical security safeguards are implemented at both the primary and backup data centers to maintain a controlled, limited access environment for the areas supporting our payment solutions.

To prevent unauthorized user access, Chase employs security measures to either the system or the data (compliance with PCI-DSS, CISP, SDP, etc.). Chase's systems employ antivirus technology to protect integrity of both the NYS Office of Court Administration's data.

This page, in addition to showing the cost of the search and related Job Number, provides the various payment methods for the NY Statewide search.

Back to Index

### Make a Payment: Background Search

**Payment Information:**
Contains the CHRS job number related to your current search request.

**Payment Details:**
Lists the amount due to NYS CHRS for the search.

**Payment Method**:

1. **Saved Account**
   If you previously submitted a request and saved your account information, clicking the down arrow at the end of the field displays the nickname you labeled the account. Choosing the same account name in the drop down list will avoid entering your account information again.

2. **New Account**
   This section provides an option of paying via a checking (ACH) or credit/debit account.
   - **eCheck (ACH):** eCheck will permit you to enter your checking or savings account information on the next screen. The amount shown will be deducted from your account.
   Banks and Financial Institutions may have ACH Blocks or Filters to avoid unauthorized access to your account. If so, provide them with Origination Numbers (IDs numbers which identify and authorize Chase to complete the transaction) shown in the ACH Origination Numbers link on the Direct Access page.
   - **Credit/Debit Card:** On this screen if you choose credit/debit card to pay for your search you will be asked to enter your card number.

Click **Continue** for the next screen, or **Cancel** to end the transaction. If you choose to cancel, your search will not be completed.

Back to Index

### Make a Payment: eCheck (ACH) Payment

The top of this page will show you the payment due to NYSCHRS for the search you have requested via the job number shown. Note that the payment date will be the current date.

If you chose the **eCheck** method of payment, you are now required to enter the following information:

> 1. **Routing Number:**
>    This 9 digit number identifies your bank. It appears as the first 9 digits at the bottom of your check.
>
> 2. **Account Number:**
>    This number follows the routing number on your check.
>
> 3. **Account Type:**
>    Indicate if this is your checking or savings account.
>
> 4. **Account Category:**
>    Indicate if this account is a consumer or business account.
>
> **Saving this account** option allows you to save your account information, provide a Nickname, and have it displayed in the "Saved Account" field. The next time you conduct a search you can select your preference (on Chase's first page) by name avoiding re-entry of same account information.
>
> Choose **Continue** to go to the next page or **Cancel** to void the search request and payment. Please note that convenience fees will be added to your payment.

Back to Index

### Make a Payment: Verify eCheck (ACH) Payment

> This page allows you to review the payment and account information in addition to the calculated convenience fee collected by Chase before confirming the process.
>
> If you want an email confirmation from Chase, check the box. The confirmation is e-mailed to the address shown above.
>
> **Enter User ID:**
> You are required to enter your Direct Access User ID and check off the Terms and Conditions acceptance box.
>
> **Cancel Box:**
> Click to void and cancel the search request and payment.
>
> **Confirm Box:**
> Click to process payment and start search. When **Confirm** is clicked it prompts a Chase Pay Connexion payment receipt which you can view and print.
>
> Clicking **Confirm** verifies the payment, initiates the search process, and generates the OCA/ CHRS receipt which you can print for your files.

Back to Index

### Make a Payment: Credit/Debit Card Payment

> The top of this page will show you the payment due to NYSCHRS for the search you have requested via the job number shown. Note that the payment date will be the current date.
>
> If you chose to **Credit/Debit Card** method of payment you are now required to enter the following information:
>
> 1. **Cardholder Name:**
>    Enter the name as it appears on your credit card.

> 2. **Expiration Date:**
>    Enter the month and year your card will expire.
>
> 3. **Saving this account:**
>    Option allows you to save your account information, provide a Nickname, and have it displayed in the "Saved Account" field. The next time you conduct a search you can select your preference on Chase's first page by name avoiding re-entry of same account information.
>
> 4. **Card Billing Address:**
>    Displays information from your CHRS account (Profile Address). Please check **Use Profile Address as Billing Address** to confirm the address is the same as your credit card billing statement. If you prefer a different billing address, choose **Use New Billing Address Entered Below**
>
> Choose **Continue** to go to the next page or **Cancel** to void the search request and payment. Please note that convenience fees will be added to your payment.

Back to Index

### Make a Payment: Verify Credit/Debit Card Payment

This page allows you to review the payment information in addition to the calculated convenience fee collected by Chase before confirming the payment process.

If you like an email sent to you confirming the payment process, check off box. The confirmation is e-mailed to the address shown above.

**3 Digit Code:** You are required to enter the 3 digit code number.

Click **Cancel** to void the search request and payment.

Clicking **Confirm** verifies the payment, initiates the search process, and generates the OCA/ CHRS receipt which you can print for your files.

Back to Index

### CHRS Job Number

The CHRS Job Number, which is provided on both the Pay Connexion and CHRS receipt, is a unique identifier which is specific to the date and time of your request. Please have this available when you inquire about the status of your search request to OCA's CHRS unit.

Back to Index

### OCA Contacts: Customer Inquiries  *Links in this section open in a new window*

Any questions regarding the data generated on the CHRS Report should be directed to OCA's CHRS Unit via our email address CHRS@courts.state.ny.us or call us at (212) 428-2943. Any questions regarding your bank account or payment, should be directed to John Landers via his e-mail address, jlanders@courts.state.ny.us, or call him at (212) 428-2623.

Back to Index

**CHRS Results: Customer Inquiries** *Links in this section open in a new window*

Any questions regarding the data generated on the CHRS Report should be directed to OCA's CHRS Unit via our email address CHRS@courts.state.ny.us or call us at (212) 428-2943. The OCA's CHRS Statewide search is an "electronic" search of the NYS Courts criminal disposition database. The data is as complete as reported by the courts of criminal jurisdiction. Contacting the court due to incomplete data reported on the CHRS report may result in additional fees imposed by the court for services rendered (e.g., searching courts records, faxing, mailing, copying of court documents, etc.).

Back to Index

**CHRS Web Page** *Links in this section open in a new window*

The CHRS web page was initially design to provide general information about OCA's Criminal History Record Search program. However, the website has been updated to provide pertinent and helpful information regarding all aspects (e.g., court contact information, Town/Village courts reporting to OCA, Court Holiday Schedule, NYS Consolidated Laws, etc.) of the CHRS process.

Back to Index



**Criminal History Record Search - Direct Access Options**

Close User Guide