# EXHIBIT 5

Entire Document
Proposed to be Sealed