# EXHIBIT 6

# CERTIFICATE OF CONVICTION

STATE OF NEW YORK  ORCHARD PARK TOWN COURT
ERIE COUNTY  CRIMINAL PART

PEOPLE OF THE STATE OF NEW YORK
    VS.
KEVIN M. JONES; Defendant
CASE NO: 07120275

Date of Birth: ███████  JC501 no: 59794270J
Date of Arrest: 12/28/2007  NYSID no: 04033016R
Disposition Date: 03/05/2008

| Section Charged | Section Disposed | Ticket No & Description | Disposition | Fine | Civil-Fee | Surchg |
|---|---|---|---|---|---|---|
| VTL 1192 03 | VTL 1192 03 | LW468658 1 DWI-1ST OFFENSE | Fine/Surchg. | 500.00 | 0.00 | 190.00 |
| VTL 1212 | VTL 1212 | LW468657 0 RECKLESS DRVG | Dismissed | 0.00 | 0.00 | 0.00 |
| VTL 0509 01 | VTL 0509 01 | LW468659 2 UNLIC DRIVER | Dismissed | 0.00 | 0.00 | 0.00 |
| PL 260.10 01 | PL 260.10 01 | ENDAN WEL CHILD | Dismissed | 0.00 | 0.00 | 0.00 |

The above named defendant was convicted in this court of the above stated offense.

Judgement was entered the 22nd day of January 2008 before Honorable Edward A. Pace, a Judge of this Court.

So Certified:

Dated at Orchard Park
this March 10, 2014

*Brigid Lavelle, Court Clerk* (signature)

Edward A. Pace Town Justice
Brigid Lavelle, Court Clerk