# EXHIBIT 7

# CERTIFICATE OF DISPOSITION

**STATE OF NEW YORK**  
**ERIE COUNTY**

**LANCASTER VILLAGE COURT**  
**CRIMINAL PART**

PEOPLE OF THE STATE OF NEW YORK

    VS.

KEVIN M. JONES; Defendant

CASE NO: 10060041

Date of Birth: ███████  
Date of Arrest: 06/07/2010  
Disposition Date: 08/24/2010

JC501 no: 64235627Q  
NYSID no: 4033016R

| Section Charged | Section Disposed | Ticket No & Description | Disposition | Fine | Civil-Fee | Surchg |
|---|---|---|---|---|---|---|
| PL 170.10 | PL 170.05 | FORGERY-3 | Time Served S/C | 0.00 | 0.00 | 205.00 |
| PL 165.40 | PL 165.40 | CPSP 5 | Covered by Plea | 0.00 | 0.00 | 0.00 |

Upon a proper request for an official statement of disposition, I certify that the above named defendant having appeared before this court was charged as shown above. Each of the charges was disposed of as indicated.

Dated: The 3rd day of March 2014

*Tina Francis*

Clerk to the Village Justice

NOTE: A copy of the request will be filed with this certificate in the case records.

CAUTION: This information must not be divulged if the case is sealed or where the defendant has been adjudicated a youthful offender.

Copies: ___ Court, ___ Defendant, ___ Agency, ___ DA

JONES 00185

VILLAGE OF LANCASTER
COUNTY OF ERIE STATE OF NEW YORK

CD #: 10-006987

The People of the State of New York )
vs. )
**KEVIN M. JONES** DOB: )  INFORMATION / COMPLAINT
)
)
)

We, **Police Officer THOMAS BULERA** and **Police Officer EDWARD WOJTAL**, police officers herein, accuse **KEVIN M. JONES**, the DEFENDANT of this action, and charge that on or about Monday, June 7, 2010 at 5211 BROADWAY in the VILLAGE OF LANCASTER VILL, County of ERIE, at about 08:00 AM, said DEFENDANT did commit the offense of:

**FORGERY IN THE SECOND DEGREE**

a class D FELONY contrary to the provisions of section **170.10**, subsection **03** of the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID WITH INTENT TO DEFRAUD, DECEIVE, OR INJURE ANOTHER, HE FALSELY MAKES, COMPLETES OR ALTERS A WRITTEN INSTRUMENT WHICH IS OR PURPORTS TO BE, OR WHICH IS CALCULATED TO BECOME OR REPRESENT IF COMPLETED, A WRITTEN INSTRUMENT OFFICIALLY ISSUED OR CREATED BY A PUBLIC OFFICE, PUBLIC SERVANT OR GOVERNMENTAL INSTRUMENTALITY. TO WIT:
The defendant did forge and alter a NYS Department of State Division of Licensing Services Cosmetology License, between Jan 12, 2010 and approximately Feb 2010, by altering the unique ID number, effective date and name in order to defraud and deceive "The Look Studio Hair Salon".

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE AND/OR INFORMATION AND BELIEF.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

**NOTICE**
(Penal Law, Section 210.45)
It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.

_____
Complainant

Subscribed and sworn to me this
8th of June, 2010

X _____

JONES 00186

Docket Number 10060041

**VILLAGE OF LANCASTER**  
**COUNTY OF ERIE STATE OF NEW YORK**

CD #: **10-006987**

The People of the State of New York )
vs. )
**KEVIN M. JONES  DOB:** ) INFORMATION / COMPLAINT
)
)
)
)

We, **Police Officer THOMAS BULERA** and **Police Officer EDWARD WOJTAL**, police officers herein, accuse **KEVIN M. JONES**, the DEFENDANT of this action, and charge that on or about Monday, June 7, 2010 at 5211 BROADWAY in the VILLAGE OF LANCASTER VILL, County of ERIE, at about 08:00 AM, said DEFENDANT did commit the offense of:

**CRIMINAL POSSESSION OF STOLEN PROPERTY IN THE FIFTH DEGREE**

a class A MISDEMEANOR contrary to the provisions of section **165.40** of the Penal Law of the State of New York.

THE SAID DEFENDANT, AT THE AFORESAID TIME AND PLACE, DID KNOWINGLY AND INTENTIONALLY POSSESS STOLEN PROPERTY WITH INTENT TO BENEFIT HIMSELF OR A PERSON OTHER THAN AN OWNER THEREOF OR TO IMPEDE THE RECOVERY BY AN OWNER THEREOF. TO WIT: The defendant did possess a stolen NYS Department of State Division of Licensing Services Cosmetology License belonging to Jennifer J. Baldwin which was stolen from 1026 Union Rd. West Seneca NY being "Bangs Salon" on January 12, 2010.

ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASES MADE AND PROVIDED. THE ABOVE ALLEGATIONS OF FACT ARE MADE BY THE COMPLAINANT HEREIN ON DIRECT KNOWLEDGE AND/OR INFORMATION AND BELIEF.

Therefore, the complainant requests that said defendant be dealt with according to the provisions of the Criminal Procedure Law, and according to law.

**NOTICE**
(Penal Law, Section 210.45)
It is a crime, punishable as a Class A Misdemeanor under the Laws of the State of New York, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.

_____
Complainant

Subscribed and sworn to me this
8th of June, 2010

COPY

JONES  00187

# Lancaster Police Department

COPY

**Statement**

Page one of [2] Pages

STATE OF NEW YORK
COUNTY OF [ERIE]    DATED: [June 8, 2010]

I, [Kevin Morgan Jones]   AGE [█]   BORN ON [█]

AND RESIDING AT [████████████████]

HAVE BEEN ADVISED BY [Detective Bulera/Wojtal] OF THE LANCASTER POLICE DEPARTMENT OF THE FOLLOWING:

- [X] I HAVE THE RIGHT TO REMAIN SILENT, AND I DO NOT HAVE TO MAKE ANY STATEMENT IF I DON'T WANT TO.

- [X] IF I GIVE UP THAT RIGHT, ANYTHING I DO OR SAY CAN AND WILL BE USED AGAINST ME IN A COURT OF LAW.

- [X] I HAVE THE RIGHT TO HAVE A LAWYER PRESENT BEFORE MAKING ANY STATEMENT OR AT ANY TIME DURING THIS STATEMENT.

- [X] IF I SHOULD DECIDE I DO WANT A LAWYER, AND I CANNOT AFFORD TO HIRE ONE, A LAWYER WILL BE APPOINTED FOR ME FREE OF CHARGE AND I MAY HAVE THAT LAWYER PRESENT BEFORE MAKING ANY STATEMENT.

- [X] I ALSO UNDERSTAND THAT I HAVE THE RIGHT TO STOP AT ANY TIME DURING THIS STATEMENT AND REMAIN SILENT AND HAVE A LAWYER PRESENT.

**I fully understand these rights, and at this time I agree to give up my rights and make the following statement:**

_____    _____
Signature                           Witness

---

Q1: Do you know where you are and why you are here?
A: Yes, I am at the Lancaster Police Detective Bureau for forging a cosmetology license.

Q2: Are you employed and if so where?
A: Yes, The Look Hair Studio, 5211 Broadway in Lancaster NY

Q3: How long have you been employed there?
A: About two and a half months

Q4: How did you get the job at The Look?
A: I saw an ad on the internet, on craigslist.com

---

**Notice: (Penal Law 210.45)**
In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the State of New York punishable as a Class A. Misdemeanor.

Affirmed under penalty of perjury
this ___8th___ day of ___June, 2010___
                OR
Subscribed and Sworn to before me
this ___8th___ day of ___June, 2010___

_____
(Signature of Deponent)

_____
(Witness)

_____
(Name of Person Taking Statement)

JONES 00188

Q5: Did you fill out a job application?
A: No

Q6: What did you present to get the job?
A: A resume

Q7: Who did you give the resume to?
A: To Jennifer Jabrhamdan, the owner of the salon.

Q8: Did you present a cosmetology license to Jennifer?
A: Yes

Q9: Do you have a valid NYS cosmetology license?
A: No

Q10: Where did you get the license you gave to Jennifer?
A: I duplicated one from one I stole at Bangs on Union Rd. in West Seneca NY.

Q11: Did you alter any of the information on the stolen NYS license?
A: Yes

Q12: Did anyone help you alter the license?
A: No

Q13: When did you steal the license from Bangs in West Seneca?
A: Sometime in February, not sure of the date.

Q14: Was any aware you stole the license from Bangs in West Seneca?
A: No

Q15: Did you have the stolen license in your possession under your mattress?
A: Yes

Q16: Did you give verbal consent to the Lancaster Police to check your room at 1176 Penora St?
A: Yes I did.

Q17: Did you take any property or product from The Look that did not belong to you?
A: Absolutely not.

Q18: Do you own any firearms?
A: No sir.

Q19: Do you have any weapons at 1176 Penora St?
A: No I do not.

Q20: How did you alter the stolen NYS license?
A: Made copies at the West Seneca library, cut out the numbers and name and replaced them with my name and made up numbers.

Q21.: Is there anything else you would like to add to this statement?
A: No

**Note:** False statements made herein are punishable as a Class A Misdemeanor pursuant to section 210.45 of the Penal Law.

DATE: 06/08/2010     Signature: *[signed] Kevin M Jones*

JONES 00189