# EXHIBIT 8

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - -

RICHARD DEAN SMITH,                  :

        Plaintiff,    :

  -against-                          : Civil Action File

                                           : No. 11-0438

STERLING INFOSYSTEMS, INC.,          :

        Defendant.    :

- - - - - - - - - - - - - - - - - - - - - - - - -

             April 20, 2012

             11:15 a.m.

VIDEOTAPED DEPOSITION of GLENN RAMBARAN, on behalf of STERLING INFOSYSTEMS, INC., the Defendant herein, taken pursuant to Notice, and held at the offices of DALCO Reporting, Inc., 280 Madison Avenue, New York, New York, before Gabriel Alicea, a Court Reporter and Notary Public of the State of New York.

SUMMIT COURT REPORTING, INC.
Certified Court Reporters and Videographers
1500 Walnut Street, Suite 1610
Philadelphia, Pennsylvania 19102
424 Fleming Pike, Hammonton, New Jersey 08037
(215) 985-2400 * (609) 567-3315 * (800) 447-8648
www.summitreporting.com

Page 2

1  A P P E A R A N C E S :
2
3      FRANCIS & MAILMAN, PC
4          Attorneys for Plaintiff
5          100 South Broad Street, 19th Floor
6          Philadelphia, Pennsylvania 19110
7      BY:  JAMES A. FRANCIS, ESQ.
8          GEOFFREY H. BASKERVILLE, ESQ.
9
10     HEDRICK GARDNER KINCHELOE & GAROFALO, LLP
11         Attorneys for Defendant
12         6000 Fairview Road, Suite 1000
13         Charlotte, North Carolina 28210
14     BY:  GERALD A. STEIN, ESQ.
15
16
17  ALSO PRESENT:
18      Andrew Wander (Videographer)
19
20
21
22
23
24

1  reported about Mr. Smith from Kern County and
2  Maricopa County, that there was additional
3  information at the courthouses that was not
4  contained within the -- the record that Sterling
5  obtained?
6      A.    There may have been.
7      Q.    And if I were to tell you that -- that the
8  individual that handled the dispute, in this case,
9  Mr. O'Conner, yesterday testified that one of the
10 ways that he determined that these records did not
11 belong to Mr. Smith, in this case, was by going to
12 the courthouse and looking at the -- the court
13 records, is that -- would that be a surprise to you?
14     A.    No.
15     Q.    Would I be correct in stating that, to the
16 extent that the court contained additional
17 information that wasn't embodied within the report,
18 that that information was -- would have been useful
19 to determine whether or not these records belonged
20 to my client, Mr. Smith, or not?
21     A.    From the actual courthouse?
22     Q.    Yes.
23     A.    Yes.
24     Q.    Would you agree with me that when your

1  client obtains records from the county level, that
2  the information that it obtains regarding a public
3  record is not the complete file for that public
4  record?
5      A.  The complete official docket, I would
6  agree.
7      Q.  And that the -- that whenever your client
8  reports information about a consumer on a background
9  check in connection with a public record, that the
10 information it gathers and then reports to its
11 clients is never the complete and full public record
12 for that record?
13     A.  Based on our client requirements and what
14 we are selling, I would agree.
15     Q.  Okay.  For example, in this case -- and I
16 know you weren't here yesterday, but Mr. O'Conner
17 testified that one of the ways he determined that
18 one of the records did not belong to Mr. Smith was
19 when he went and accessed the public -- the public
20 records through the court online method, he saw the
21 middle name of "Len," which did not belong to this
22 client.  That name was -- was not part of the
23 original record here.  Okay?  But that name was
24 available at all times; correct?

1　　　　　　C E R T I F I C A T I O N

2

3　STATE OF NEW YORK　　　　　)

4　　　　　　　　　　　　　　) ss.

5　COUNTY OF BRONX　　　　　 )

6　　　　　I, GABRIEL ALICEA, Court Reporter and

7　Notary Public within and for the County of Bronx,

8　State of New York, do hereby certify:

9　　　　　That I reported the proceedings that are

10　hereinbefore set forth, and that such transcript is

11　a true and accurate record of said proceedings.

12　　　　　AND, I further certify that I am not

13　related to any of the parties to this action by

14　blood or marriage, and that I am in no way

15　interested in the outcome of this matter.

16

17　　　　　IN WITNESS WHEREOF, I have hereunto

18　set my hand.

19

20

21

22　　　　　GABRIEL ALICEA

23　　　　　Court Reporter

24