# EXHIBIT 10

## SUBJECT PROFILE

| | | | |
|---|---|---|---|
| **STORE NUMBER** | 45620 | **DOB** | ▮ |
| **SOCIAL SECURITY #** | ▮ | **PHONE** | ▮ |
| **NAME** | JONES, KEVIN . | | |
| **CURRENT ADDRESS** | ▮ | | |
| **PREVIOUS ADDRESS** | ▮ | | |
| **DRIVER'S LICENSE** | ▮ | | |

## RESULTS

**California Applicants/Employees Only:** The report does not guarantee the accuracy or truthfulness of the

information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. An investigative consumer

reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions

of his or her right to receive all disclosures, as provided in Section 1786.26.

Sólo para los Solicitantes/Empleados de California: En el informe no se garantiza la exactitud o veracidad

de la información en cuanto al tema de la investigación, sino sólo que se ha copiado exactamente de los registros públicos, y la información generada como resultado del robo de identidad, incluyendo las pruebas

de una actividad delictiva, podría estar incorrectamente asociada con el consumidor que sea el sujeto del informe. Una agencia investigadora de informes de crédito deberá suministrarle a un consumidor que

trate de obtener una copia de un informe o solicite revisar un archivo una notificación por escrito en inglés y español lisos y llanos, en la que se establezcan los términos y las condiciones de su derecho a recibir toda la información, como se dispone en la Sección 1786.26.

Pursuant to Minn. Stat. Ann. § 332.70(4): The report may include information that has been expunged, sealed,

or has otherwise become inaccessible to the public since the date it was collected.

Results pertaining to the subject's potential criminal background results are only included in the report

if there is an exact match between the full name and date of birth provided by the subject and the court record. To ensure the integrity of our results, the criminal information reported appears exactly as

JONES 00002

## SUBJECT PROFILE

| | | | |
|---|---|---|---|
| **STORE NUMBER** | 45620 | **DOB** | ▮▮▮ |
| **SOCIAL SECURITY #** | ▮▮▮ | **PHONE** | ▮▮▮ |
| **NAME** | JONES, KEVIN . | | |
| **CURRENT ADDRESS** | ▮▮▮ | | |
| **PREVIOUS ADDRESS** | ▮ | | |
| **DRIVER'S LICENSE** | ▮ | | |

## RESULTS

it is received from each search. However, if the same information is revealed in numerous criminal background
searches, it is only listed once in the report to assist the client in interpreting the findings.

As sex offender, office of foreign asset control and federal criminal offender databases may only list names, information is provided only if there is a complete name match between the subject and the entry
in the government records.

Department of motor vehicle records are provided only if there is an exact match between the license number provided by the subject and the agency record.

Credit reports are provided by the credit bureau based on 2 matching criteria among name, address and social security number.

To the extent criminal background results are duplicative of findings from non-criminal background checks,
such as a sex offender hit, the results are duplicated in the report. Accordingly, a thorough review
of the complete report is required to ensure that the company properly recognizes duplicative results.

The purpose of Social Security Trace/Address Locator Report is to locate jurisdictions for purposes
of expanding the scope of the criminal background check. The Social Security number provided by the applicant
is not checked against the Social Security Administration database since the Social Security Administration
database generally is not accessible for pre-employment screening purposes. In determining whether a number appears to be validly issued, SSN protocols are applied but please note that due to the randomization
of the issuance of social security numbers, any conclusion regarding whether the number is valid may not be accurate for recently issued numbers.

This report or portions of this report may have been rated or scored pursuant to criteria provided by

JONES   00003

# Sterling Testing Systems
## Results for ORDER# 19627371 Client:Brown Harris Stevens Llc Group
### Finding No Alerts Assigned

SUBJECT PROFILE

| | | | |
|---|---|---|---|
| STORE NUMBER | 45620 | DOB | ▮ |
| SOCIAL SECURITY # | ▮ | PHONE | ▮ |
| NAME | JONES, KEVIN . | | |
| CURRENT ADDRESS | ▮ | | |
| PREVIOUS ADDRESS | ▮ | | |
| DRIVER'S LICENSE | ▮ | | |

RESULTS

the client. The rating is merely to ease the reviewer(s) review of the report and does not indicate that any disqualification decision has been made. Regardless of ratings, absent any statutory provision mandating
an employment action, an individualized analysis should be performed.

As it may not be permissible or recommended to use certain information contained in this report for employment decision, it is advisable to consult with counsel prior to making any adverse hiring decisions.
By requesting and accepting this report, client confirms it is acting in compliance with its end user certification.

CREDIT

REPORT

| STATUS | CLOSED | OPEN DATE/TIME | 7/12/2012 | CLOSE DATE/TIME | 7/12/2012 |
|---|---|---|---|---|---|

```
********************************= TU Credit =********************************
*                                                                          *
*                                                                          *
****************************************************************************
```

PULLED: 07/12/2012 02:09:19 PM

SUBJECT NAME                                          SSN
  JONES, KEVIN A                                     ▮

ADDRESS(ES):

                                                     09/2004
                                                     08/2004

EMPLOYMENT DATA REPORTED:

EMPLOYER NAME: INTL BUSINESS MACH
OCCUPATION: LL
DATE REPORTED: 12/1982

JONES  00004

## SUBJECT PROFILE

| | | | |
|---|---|---|---|
| **STORE NUMBER** | 45620 | **DOB** | ████ |
| **SOCIAL SECURITY #** | ████ | **PHONE** | ████ |
| **NAME** | JONES, KEVIN . | | |
| **CURRENT ADDRESS** | ████ | | |
| **PREVIOUS ADDRESS** | ██ | | |
| **DRIVER'S LICENSE** | ██ | | |

## RESULTS

## CREDIT

## REPORT

### CREDIT INFORMATION

THE FOLLOWING CREDIT SUMMARY REPRESENTS THE SUBJECT'S TOTAL FILE HISTORY

| | | | | | |
|---|---|---|---|---|---|
| PUBLIC RECORDS: | 0 | CURRENT NEGATIVE ACCTS: | 4 | REVOLVING ACCTS: | 8 |
| COLLECTIONS: | 1 | PREVIOUS NEGATIVE ACCTS: | 5 | INSTALLMENT ACCTS: | 0 |
| TRADE ACCTS: | 11 | PREVIOUS TIMES NEGATIVE: | 13 | MORTGAGE ACCTS: | 2 |
| CREDIT INQUIRIES: | 1 | EMPLOYMENT INQUIRIES: | 1 | OPEN ACCTS: | 1 |

| | HIGH CRED | CRED LIMIT | BALANCE | PAST DUE | MNTHLY | AVAIL |
|---|---|---|---|---|---|---|
| REVOLVING: | $13,639 | $15,401 | $12,396 | $560 | $347 | 20% |
| MORTGAGE: | $327,000 | $0 | $290,400 | $0 | $2,495 | 0% |
| OPEN: | $0 | $0 | $87 | $0 | $376 | 0% |
| CLOSED W/BAL:$ | | $ | $29,732 | $2,115 | $934 | 0% |
| TOTALS: | $340,639 | $15,401 | $332,615 | $2,675 | $4,152 | 0% |

THE FOLLOWING ITEMS ARE COLLECTION RECORDS:

```
NATL RECOVER            Y 064LH001      OPEN ACCOUNT
PLACED FOR COLLECTION
  VERIF'D 03/2012   BALANCE:   $350     INDIVIDUAL ACCOUNT
  OPENED  12/2011   MOST OWED: $350     MEDICAL
                    PAST DUE:  $350
  STATUS AS OF 03/2012: COLLECTION ACCOUNT
```

```
CAP ONE              B 01DTV041         REVOLVING ACCOUNT
                                        CREDIT CARD
  VERIF'D  06/2012  BALANCE:   $12,530  INDIVIDUAL ACCOUNT
  OPENED   10/2010  MOST OWED: $12,571  PAY TERMS: MIN $304
  CLOSED   03/2012  PAST DUE:  $305     CREDIT LIMIT: $13,500
  STATUS AS OF 05/2012: 120 DAYS PAST DUE
  IN PRIOR 20 MONTHS FROM DATE CLOSED 1 TIME 90 OR MORE DAYS , 1 TIME 60 DAYS ,
1 TIME 30 DAYS LATE
```

JONES  00005

## SUBJECT PROFILE

| | | | |
|---|---|---|---|
| **STORE NUMBER** | 45620 | **DOB** | ▮ |
| **SOCIAL SECURITY #** | ▮ | **PHONE** | ▮ |
| **NAME** | JONES, KEVIN . | | |
| **CURRENT ADDRESS** | ▮ | | |
| **PREVIOUS ADDRESS** | ▮ | | |
| **DRIVER'S LICENSE** | ▮ | | |

## CREDIT

## REPORT

MAXIMUM DELIQUENCY OF 90+ DAYS OCCURRED IN 06/2012
REMARKS: CANCELED BY CREDIT GRANTOR

```
AMEX DSNB              B 02A5T006          REVOLVING ACCOUNT
                                           CREDIT CARD
  VERIF'D  06/2012  BALANCE:    $13,102    INDIVIDUAL ACCOUNT
  OPENED   11/2006  MOST OWED: $13,101     PAY TERMS: MIN $461
  CLOSED   05/2012  PAST DUE:   $1,810     CREDIT LIMIT: $12,200
  STATUS AS OF 05/2012: 120 DAYS PAST DUE
  IN PRIOR 14 MONTHS FROM DATE CLOSED 1 TIME 90 OR MORE DAYS , 1 TIME 60 DAYS ,
1 TIME 30 DAYS LATE
    MAXIMUM DELIQUENCY OF 90+ DAYS OCCURRED IN 06/2012
  REMARKS: CANCELED BY CREDIT GRANTOR

CAP ONE                B 01DTV001          REVOLVING ACCOUNT
                                           CREDIT CARD
  VERIF'D  06/2012  BALANCE:    $4,747     INDIVIDUAL ACCOUNT
  OPENED   09/2001  MOST OWED: $4,885      PAY TERMS: MIN $157
                    PAST DUE:   $230       CREDIT LIMIT: $4,800
  STATUS AS OF 06/2012: 30 DAYS PAST DUE
  IN PRIOR 48 MONTHS FROM DATE VERIF'D 1 TIME 60 DAYS , 2 TIMES 30 DAYS LATE
    MAXIMUM DELIQUENCY OF 90+ DAYS OCCURRED IN 04/2012

BRCLYSBANKDE           B 01ZZB001          REVOLVING ACCOUNT

  VERIF'D  06/2012  BALANCE:    $7,649     INDIVIDUAL ACCOUNT
  OPENED   08/2007  MOST OWED: $8,672      PAY TERMS: MIN $190
                    PAST DUE:   $330       CREDIT LIMIT: $8,600
  STATUS AS OF 05/2012: 30 DAYS PAST DUE
  IN PRIOR 48 MONTHS FROM DATE VERIF'D 1 TIME 60 DAYS , 1 TIME 30 DAYS LATE
    MAXIMUM DELIQUENCY OF 90+ DAYS OCCURRED IN 05/2012

SEARS/CBNA             B 06256458          REVOLVING ACCOUNT
                                           CREDIT CARD
  VERIF'D  06/2012  BALANCE:    $0         INDIVIDUAL ACCOUNT
  OPENED   02/2009  MOST OWED: $82
  PAID OFF 03/2009                         CREDIT LIMIT: $2,001
```

JONES  00006

## SUBJECT PROFILE

| | | | |
|---|---|---|---|
| **STORE NUMBER** | 45620 | **DOB** | ▉ |
| **SOCIAL SECURITY #** | ▉ | **PHONE** | ▉ |
| **NAME** | JONES, KEVIN . | | |
| **CURRENT ADDRESS** | ▉ | | |
| **PREVIOUS ADDRESS** | ▉ | | |
| **DRIVER'S LICENSE** | ▉ | | |

## REPORT

STATUS AS OF 03/2009: PAID OR PAYING AS AGREED
IN PRIOR 40 MONTHS FROM DATE PAID NEVER LATE

```
GECRB/JCP            D 0235058D         REVOLVING ACCOUNT
                                        CHARGE ACCOUNT
   VERIF'D  06/2012  BALANCE:    $0     INDIVIDUAL ACCOUNT
   OPENED   09/1984  MOST OWED: $837
   CLOSED   03/2012                     CREDIT LIMIT: $100
   STATUS AS OF 05/1999: PAID OR PAYING AS AGREED
   IN PRIOR 48 MONTHS FROM DATE CLOSED NEVER LATE
   REMARKS: CLOSED
```

```
NYS OTDA             V 0315M001         OPEN ACCOUNT
                                        FAMILY SUPPORT
   VERIF'D  06/2012  BALANCE:    $87     INDIVIDUAL ACCOUNT
   OPENED   01/2002  MOST OWED: $0      PAY TERMS: MIN $376

   STATUS AS OF 06/2012: PAID OR PAYING AS AGREED
   IN PRIOR 48 MONTHS FROM DATE VERIF'D NEVER LATE
```

```
DSNB MACYS           D 02A5T001         REVOLVING ACCOUNT
                                        CHARGE ACCOUNT
   VERIF'D  06/2012  BALANCE:    $4,100  INDIVIDUAL ACCOUNT
   OPENED   01/1983  MOST OWED: $       PAY TERMS: MIN $169
   CLOSED   05/2012
   STATUS AS OF 05/2012: PAID OR PAYING AS AGREED
   IN PRIOR 48 MONTHS FROM DATE CLOSED 2 TIMES 30 DAYS LATE
   REMARKS: CANCELED BY CREDIT GRANTOR
```

```
BK OF AMER           B 0427S002         MORTGAGE ACCOUNT
                                        CONVENTIONAL REAL ESTATE MORTGAGE
   VERIF'D  05/2012  BALANCE:    $290,400  JOINT ACCOUNT
   OPENED   05/2004  MOST OWED: $327,000   PAY TERMS: 360 MONTHLY $2,495

   STATUS AS OF 05/2012: PAID OR PAYING AS AGREED
   IN PRIOR 48 MONTHS FROM DATE VERIF'D NEVER LATE
```

JONES  00007

## SUBJECT PROFILE

| | | | |
|---|---|---|---|
| **STORE NUMBER** | 45620 | **DOB** | ■ |
| **SOCIAL SECURITY #** | ■ | **PHONE** | ■ |
| **NAME** | JONES, KEVIN . | | |
| **CURRENT ADDRESS** | ■ | | |
| **PREVIOUS ADDRESS** | ■ | | |
| **DRIVER'S LICENSE** | ■ | | |

## RESULTS

## CREDIT

## REPORT

```
FLEET CC                    B 0517R038        REVOLVING ACCOUNT
                                              CREDIT CARD
  VERIF'D  06/2005  BALANCE:     $0           INDIVIDUAL ACCOUNT
  OPENED   09/1996  MOST OWED: $3,268
  CLOSED   06/2005                            CREDIT LIMIT: $3,400
  STATUS AS OF 09/2003: PAID OR PAYING AS AGREED
  IN PRIOR 48 MONTHS FROM DATE PAID NEVER LATE
  REMARKS: PURCHASED BY ANOTHER LENDER

AMERIQUEST                  F 01QA8001        MORTGAGE ACCOUNT
                                              CONVENTIONAL REAL ESTATE MORTGAGE
  VERIF'D  10/2004  BALANCE:     $0           PARTICIPANT ON ACCOUNT
  OPENED   05/2004  MOST OWED: $327,000       PAY TERMS: 360 MONTHLY $2,349
  CLOSED   10/2004
  STATUS AS OF 08/2004: PAID OR PAYING AS AGREED
  IN PRIOR 4 MONTHS FROM DATE CLOSED NEVER LATE


-----------------------------------------------------------------------
THE FOLLOWING COMPANIES HAVE REQUESTED A COPY OF THE SUBJECT'S CREDIT REPORT:

  DATE         SUBCODE      SUBSCRIBER NAME

  03/04/2011   Z 00005188   ONE CREDIT S

THE FOLLOWING COMPANIES HAVE REQUESTED THE SUBJECT'S FILE FOR EMPLOYMENT USE:

  DATE         SUBCODE      SUBSCRIBER NAME

  07/12/2012   P 00170342   STRLNG TSTNG
```

COPYRIGHTED TRANS UNION 1994
A SUMMARY OF YOUR RIGHTS UNDER THE FAIR CREDIT REPORTING ACT

JONES  00008

## SUBJECT PROFILE

| | | | |
|---|---|---|---|
| STORE NUMBER | 45620 | DOB | ██ |
| SOCIAL SECURITY # | ██ | PHONE | ██ |
| NAME | JONES, KEVIN . | | |
| CURRENT | ██ | | |
| PREVIOUS ADDRESS | ██ | | |
| DRIVER'S LICENSE | ██ | | |

## RESULTS

## CREDIT

## REPORT

THE FEDERAL FAIR CREDIT REPORTING ACT (FCRA) IS DESIGNED TO PROMOTE ACCURACY, FAIRNESS, AND PRIVACY OF INFORMATION IN THE FILES OF EVERY "CONSUMER REPORTING AGENCY " (CRA). MOST CRA'S ARE CREDIT BUREAUS THAT GATHER AND SELL INFORMATION ABOUT YOU -- SUCH AS IF YOU PAY YOUR BILLS ON TIME OR HAVE FILED BANKRUPTCY -- TO CREDITORS, EMPLOYERS, LANDLORDS, AND OTHER BUSINESSES. YOU CAN FIND THE COMPLETE TEXT OF THE FCRA, 15 U.S.C $$1681-1681U, AT THE FEDERAL TRADE COMMISSION'S WEB SITE (HTTP://WWW.FTC.GOV). THE FCRA GIVES YOU SPECIFIC RIGHTS, AS OUTLINED BELOW. YOU MAY HAVE ADDITIONAL RIGHTS UNDER STATE LAW. YOU MAY CONTACT A STATE OR LOCAL CONSUMER PROTECTION AGENCY OR A STATE ATTORNEY GENERAL TO LEARN THOSE RIGHTS.

- YOU MUST BE TOLD IF INFORMATION IN YOUR FILE HAS BEEN USED AGAINST YOU. ANYONE WHO USES INFORMATION FROM A CRA TO TAKE ACTION AGAINST YOU -- SUCH AS DENYING AN APPLICATION FOR CREDIT, INSURANCE, OR EMPLOYMENT -- MUST TELL YOU, AND GIVE YOU THE NAME, ADDRESS, AND PHONE NUMBER OF THE CRA THAT PROVIDED THE CONSUMER REPORT.

- YOU CAN FIND OUT WHAT IS IN YOUR FILE. AT YOUR REQUEST, A CRA MUST GIVE YOU THE INFORMATION IN YOUR FILE, AND A LIST OF EVERYONE WHO HAS REQUESTED IT RECENTLY. THERE IS NO CHARGE FOR THE REPORT IF A PERSON HAS TAKEN ACTION AGAINST YOU BECAUSE OF INFORMATION SUPPLIED BY THE CRA. IF YOU REQUEST THE REPORT WITHIN 60 DAYS OF RECEIVING NOTICE OF THE ACTION. YOU ALSO ARE ENTITLED TO ONE FREE REPORT EVERY TWELVE MONTHS UPON REQUEST IF YOU CERTIFY THAT (1) YOU ARE UNEMPLOYED AND PLAN TO SEEK EMPLOYMENT WITHIN 60 DAYS, (2) YOU ARE ON WELFARE, OR (3) YOUR REPORT IS INACCURATE DUE TO FRAUD. OTHERWISE, A CRA MAY CHARGE YOU UP TO EIGHT DOLLARS AND FIFTY CENTS.

- YOU CAN DISPUTE INACCURATE INFORMATION WITH THE CRA. IF YOU TELL A CRA THAT YOUR FILE CONTAINS INACCURATE INFORMATION, THE CRA MUST INVESTIGATE THE ITEMS (USUALLY WITHIN 30 DAYS) BY PRESENTING TO ITS INFORMATION SOURCE ALL RELEVANT EVIDENCE YOU SUBMIT, UNLESS YOUR DISPUTE IS FRIVOLOUS. THE SOURCE MUST REVIEW YOUR EVIDENCE AND REPORT ITS FINDINGS TO THE CRA. (THE SOURCE ALSO MUST ADVISE NATIONAL CRA'S -- TO WHICH IT HAS PROVIDED THE DATA -- OF ANY ERROR.) THE CRA MUST GIVE YOU A WRITTEN REPORT OF THE INVESTIGATION, AND A COPY OF YOUR REPORT IF THE INVESTIGATION RESULTS IN ANY CHANGE. IF THE CRA'S INVESTIGATION DOES NOT RESOLVE THE DISPUTE, YOU MAY ADD A BRIEF STATEMENT IN FUTURE REPORTS. IF AN ITEM IS DELETED OR A DISPUTE STATEMENT IS FILED, YOU

JONES  00009

## SUBJECT PROFILE

| | | | |
|---|---|---|---|
| **STORE NUMBER** | 45620 | **DOB** | ▉ |
| **SOCIAL SECURITY #** | ▉ | **PHONE** | ▉ |
| **NAME** | JONES, KEVIN . | | |
| **CURRENT ADDRESS** | ▉ | | |
| **PREVIOUS ADDRESS** | ▉ | | |
| **DRIVER'S LICENSE** | ▉ | | |

## RESULTS

## CREDIT

## REPORT

MAY ASK THAT ANYONE WHO HAS RECENTLY RECEIVED YOUR REPORT BE NOTIFIED OF THE
CHANGE.

- INACCURATE INFORMATION MUST BE CORRECTED OR DELETED.  A CRA MUST REMOVE OR
CORRECT INACCURATE OR UNVERIFIED INFORMATION FROM ITS FILES, USUALLY WITHIN
30 DAYS AFTER YOU DISPUTE IT.  HOWEVER, THE CRA IS NOT REQUIRED TO REMOVE
ACCURATE DATA FROM YOUR FILE UNLESS IT IS OUTDATED (AS DESCRIBED BELOW) OR
CANNOT BE VERIFIED.  IF YOUR DISPUTE RESULTS IN ANY CHANGE TO YOUR REPORT,
THE CRA CANNOT REINSERT INTO YOUR FILE A DISPUTED ITEM UNLESS THE INFORMATION
SOURCE VERIFIES ITS ACCURACY AND COMPLETENESS.  IN ADDITION, THE CRA MUST
GIVE YOU A WRITTEN NOTICE TELLING YOU IT HAS REINSERTED THE ITEM.  THE NOTICE
MUST INCLUDE THE NAME, ADDRESS AND PHONE NUMBER OF THE INFORMATION SOURCE.

- YOU CAN DISPUTE INACCURATE ITEMS WITH THE SOURCE OF THE INFORMATION.  IF YOU
TELL ANYONE -- SUCH AS A CREDITOR WHO REPORTS TO A CRA -- THAT YOU DISPUTE AN
ITEM THEY MAY NOT THEN REPORT THE INFORMATION TO A CRA WITHOUT INCLUDING A
NOTICE OF YOUR DISPUTE.  IN ADDITION, ONCE YOU'VE NOTIFIED THE SOURCE OF THE
ERROR IN WRITING, IT MAY NOT CONTINUE TO REPORT THE INFORMATION IF IT IS, IN
FACT, AN ERROR.

- OUTDATED INFORMATION MAY NOT BE REPORTED.  IN MOST CASES, A CRA MAY NOT
REPORT NEGATIVE INFORMATION THAT IS MORE THAN SEVEN YEARS OLD; TEN YEARS FOR
BANKRUPTCIES.

- ACCESS TO YOUR FILE IS LIMITED.  A CRA MAY PROVIDE INFORMATION ABOUT YOU ONLY
TO PEOPLE WITH A NEED RECOGNIZED BY THE FCRA -- USUALLY TO CONSIDER AN
APPLICATION WITH A CREDITOR, INSURER, EMPLOYER, LANDLORD, OR OTHER BUSINESS.

- YOUR CONSENT IS REQUIRED FOR REPORTS THAT ARE PROVIDED TO EMPLOYERS, OR
REPORTS THAT CONTAIN MEDICAL INFORMATION.  A CRA MAY NOT GIVE OUT INFORMATION
ABOUT YOU TO YOUR EMPLOYER, OR PROSPECTIVE EMPLOYER, WITHOUT YOUR WRITTEN
CONSENT.  A CRA MAY NOT REPORT MEDICAL INFORMATION ABOUT YOU TO CREDITORS,
INSURERS, OR EMPLOYERS WITHOUT YOUR PERMISSION.

- YOU MAY CHOOSE TO EXCLUDE YOUR NAME FROM CRA LISTS FOR UNSOLICITED CREDIT AND
INSURANCE OFFERS.  CREDITORS AND INSURERS MAY USE FILE INFORMATION AS THE
BASIS FOR SENDING YOU UNSOLICITED OFFERS OF CREDIT OR INSURANCE.  SUCH OFFERS

JONES  00010

## SUBJECT PROFILE

| | | | |
|---|---|---|---|
| **STORE NUMBER** | 45620 | **DOB** | ██████ |
| **SOCIAL SECURITY#** | ██████ | **PHONE** | ██████ |
| **NAME** | JONES, KEVIN. | | |
| **CURRENT ADDRESS** | ████████████ | | |
| **PREVIOUS ADDRESS** | ██ | | |
| **DRIVER'S LICENSE** | ████ | | |

## RESULTS

## CREDIT

## REPORT

MUST INCLUDE A TOLL-FREE PHONE NUMBER FOR YOU TO CALL IF YOU WANT YOUR NAME
AND ADDRESS REMOVED FROM FURTURE LISTS. IF YOU CALL, YOU MUST BE KEPT OFF THE
LISTS FOR TWO YEARS.  IF YOU REQUEST, COMPLETE, AND RETURN THE CRA FORM
PROVIDED FOR THIS PURPOSE, YOU MUST BE TAKEN OFF THE LISTS INDEFINITELY.

- YOU MAY SEEK DAMAGES FROM VIOLATORS.  IF A CRA, A USER OR (IN SOME CASES) A
  PROVIDER OF CRA DATA, VIOLATES THE FCRA, YOU MAY SUE THEM IN STATE OR FEDERAL
  COURT.

THE FCRA GIVES SEVERAL DIFFERENT FEDERAL AGENCIES AUTHORITY TO ENFORCE THE
FCRA:

FOR QUESTIONS OR CONCERNS REGARDING:  PLEASE CONTACT:

CRA'S  CREDITORS AND OTHERS NOT          FEDERAL TRADE COMMISSION
LISTED BELOW                             CONSUMER RESPONSE CENTER - FCRA
                                         WASHINGTON, DC 20580
                                         202-326-3761

NATIONAL BANKS, FEDERAL BRANCHES /       OFFICE OF THE COMPTROLLER OF THE CURRENCY
AGENCIES OF FOREIGN BANKS (WORD          COMPLIANCE MANAGEMENT, MAIL STOP 6-6
"NATIONAL" OR INITIALS "N.A."            WASHINGTON, DC 20219
APPEAR IN OR AFTER BANK'S NAME)          800-613-6743

FEDERAL RESERVE SYSTEM MEMBER BANKS      FEDERAL RESERVE BOARD
(EXCEPT NATIONAL BANKS, AND FEDERAL      DIVISION OF CONSUMER & COMMUNITY AFFAIRS
BRANCHES / AGENCIES OF FOREIGN           WASHINGTON, DC 20551
BANKS)                                   202-452-3693

SAVINGS ASSOCIATIONS AND FEDERALLY       OFFICE OF THRIFT SUPERVISION
CHARTERED SAVINGS BANKS (WORD            CONSUMER PROGRAMS
"FEDERAL" OR INITIALS "F.S.B."           WASHINGTON, DC 20552
APPEAR IN FEDERAL INSTITUTION'S          800-842-6929

FEDERAL CREDIT UNIONS (WORDS             NATIONAL CREDIT UNION ADMINISTRATION
"FEDERAL CREDIT UNION" APPEAR IN         1775 DUKE STREET
INSTITUTION'S NAME)                      ALEXANDRIA, VA 22314

JONES  00011

## SUBJECT PROFILE

| | | | |
|---|---|---|---|
| **STORE NUMBER** | 45620 | **DOB** | ▮ |
| **SOCIAL SECURITY #** | ▮ | **PHONE** | ▮ |
| **NAME** | JONES, KEVIN . | | |
| **CURRENT ADDRESS** | ▮ | | |
| **PREVIOUS ADDRESS** | ▮ | | |
| **DRIVER'S LICENSE** | ▮ | | |

## RESULTS

## CREDIT

## REPORT

```
STATE-CHARTERED BANKS THAT ARE NOT       FEDERAL DEPOSIT INSURANCE CORPORATION
MEMBERS OF THE FEDERAL RESERVE           DIVISION OF COMPLIANCE & CONSUMER AFFAIRS
SYSTEM                                   WASHINGTON, DC 20429
                                         800-934-FDIC

AIR, SURFACE, OR RAIL COMMON             DEPARTMENT OF TRANSPORTATION
CARRIERS REGULATED BY FORMER CIVIL       OFFICE OF FINANCIAL MANAGEMENT
AERONAUTICS BOARD OR INTERSTATE          WASHINGTON, DC 20590
                                         202-366-1306

ACTIVITIES SUBJECT TO THE PACKERS        DEPARTMENT OF AGRICULTURE
AND STOCKYARDS ACT, 1921                 OFFICE OF DEPUTY ADMINISTRATOR - GIPSA
                                         WASHINGTON, DC 20250
                                         202-720-7051
```

**END OF REPORT**

JONES   00012

# Sterling Testing Systems
## Results for ORDER# 19627371  Client:Brown Harris Stevens Llc Group
### Finding CLEAR

| | | | |
|---|---|---|---|
| STORE NUMBER | 45620 | DOB | ███████ |
| SOCIAL SECURITY # | █ | PHONE | ███████ |
| NAME | JONES, KEVIN . | | |
| CURRENT ADDRESS | ████████████████ | | |
| PREVIOUS ADDRESS | ███ | | |
| DRIVER'S LICENSE | █████ | | |

### REPORT

| STATUS | CLOSED | OPEN DATE/TIME | 7/12/2012 | CLOSE DATE/TIME | 7/13/2012 |
|---|---|---|---|---|---|

**COUNTY** *NATIONWIDE* **ZIP** **STATE** *NW* **CITY**

```
*******************************************************************
* THE INFORMATION IN THIS REPORT IS THE RESULT OF A DATABASE SEARCH AND *
* HAS NOT BEEN OBTAINED THROUGH STERLING TESTING SYSTEM'S STANDARD      *
* CRIMINAL BACKGROUND RESEARCH METHODS.                                 *
*******************************************************************
```
The Nationwide Criminal History Search has been used as a jurisdiction
locator to provide the broadest geographical coverage for the criminal
background check. If the Nationwide search revealed any potential
reportable information, primary source searches were initiated.

| STATUS | CLOSED | OPEN DATE/TIME | 7/12/2012 | CLOSE DATE/TIME | 7/13/2012 |
|---|---|---|---|---|---|

**COUNTY** *STATE OF NY* **ZIP** *10037* **STATE** *NY* **CITY** *NEW YORK*

CRIMINAL HISTORY SEARCH INFORMATION

CONVICTION RECORD
MISDEMEANOR CLASS

Name On Court File: KEVIN JONES          Name Given: KEVIN JONES

AKA: N/A
Date Of Birth On Court File: ████████     Date Of Birth Given: ████████

SS # On Court File: N/A                  SS # Given: N/A

County: STATE OF NY

State: NY

Docket # / Case #: 07120275

Ind #: N/A

JONES  00013

## SUBJECT PROFILE

| | | | |
|---|---|---|---|
| **STORE NUMBER** | 45620 | **DOB** | ██████ |
| **SOCIAL SECURITY #** | ██████ | **PHONE** | ██████ |
| **NAME** | JONES, KEVIN . | | |
| **CURRENT ADDRESS** | ████████████ | | |
| **PREVIOUS ADDRESS** | ██ | | |
| **DRIVER'S LICENSE** | ████ | | |

## CRIMINAL

## REPORT

Arrest/Incident Date: 12/28/2007

Charges:
1. OPERATING MOTOR VEHICLE UNDER INFLUENCE DRUG OR ALCOHOL (M)
2. OPERATING MOTOR VEHICLE BY UNLICENSED DRIVER
3. RECKLESS DRIVING (M)
4. ENDANGERING THE WELFARE OF A CHILD (M)

Disposition Date: N/A

Disposition:
1. PLED GUILTY
2-4. DISMISSED

Sentence Information:
1. FINE $500
   LICENSE REVOKED

Additional Information:
**NOTE: ADJOURNED TO: 01/22/2008
***RECORD FOUND IN ERIE COUNTY

---

CRIMINAL HISTORY SEARCH INFORMATION

CONVICTION RECORD
MISDEMEANOR CLASS

Name On Court File: KEVIN JONES          Name Given: KEVIN JONES

AKA: N/A
Date Of Birth On Court File: ██████      Date Of Birth Given: ██████

SS # On Court File: N/A                  SS # Given: N/A

County: STATE OF NY

JONES  00014

## SUBJECT PROFILE

| | | | |
|---|---|---|---|
| STORE NUMBER | 45620 | DOB | ■■■■ |
| SOCIAL SECURITY # | ■■■■ | PHONE | ■■■■ |
| NAME | JONES, KEVIN . | | |
| CURRENT ADDRESS | ■■■■ | | |
| PREVIOUS ADDRESS | ■ | | |
| DRIVER'S LICENSE | ■■■ | | |

## CRIMINAL

## REPORT

State: NY

Docket # / Case #: 10060669

Ind #: N/A

Arrest/Incident Date: 06/15/2010

Charges:
1. ATTEMPTED PETIT LARCENY (M)
2. PETIT LARCENY (M)

Disposition Date: N/A

Disposition:
1. PLED GUILTY
2. REDUCED

Sentence Information:
1. IMPRISONMENT 110 DAYS

Additional Information:
**NOTE: ADJOURNED TO: 10/01/2010
***RECORD FOUND IN ERIE COUNTY

CRIMINAL HISTORY SEARCH INFORMATION

CONVICTION RECORD
FELONY CLASS

Name On Court File: KEVIN JONES          Name Given: KEVIN JONES

AKA: N/A

Date Of Birth On Court File: ■■■■          Date Of Birth Given: ■■■■

JONES  00015

## SUBJECT PROFILE

| | | | |
|---|---|---|---|
| **STORE NUMBER** | 45620 | **DOB** | ▮ |
| **SOCIAL SECURITY #** | ▮ | **PHONE** | ▮ |
| **NAME** | JONES, KEVIN . | | |
| **CURRENT ADDRESS** | ▮ | | |
| **PREVIOUS ADDRESS** | ▮ | | |
| **DRIVER'S LICENSE** | ▮ | | |

## CRIMINAL

## REPORT

SS # On Court File: N/A                    SS # Given: N/A

County: STATE OF NY

State: NY

Docket # / Case #: SCI-01596-2009

Ind #: N/A

Arrest/Incident Date: 06/07/2009

Charges:
1. 1ST DEGREE - AGGRAVATED UNLICENSED OPERATION MOTOR VEHICLE (F)
2. OPERATING MOTOR VEHICLE UNDER INFLUENCE DRUG OR ALCOHOL (F)
3. OPERATING MOTOR VEHICLE UNDER INFLUENCE DRUG OR ALCOHOL (F)

Disposition Date: 10/07/2010

Disposition:
1-2. VIOLATION OF PROBATION
3. DISMISSED

Sentence Information:
1-2. IMPRISONMENT 7 MONTHS

Additional Information:
***RECORD FOUND IN ERIE COUNTY

---

CRIMINAL HISTORY SEARCH INFORMATION

CONVICTION RECORD
MISDEMEANOR CLASS

---

JONES  00016

## SUBJECT PROFILE

| | | | |
|---|---|---|---|
| **STORE NUMBER** | 45620 | **DOB** | ■ |
| **SOCIAL SECURITY #** | ■ | **PHONE** | ■ |
| **NAME** | JONES, KEVIN . | | |
| **CURRENT ADDRESS** | ■ | | |
| **PREVIOUS ADDRESS** | ■ | | |
| **DRIVER'S LICENSE** | ■ | | |

## RESULTS

## CRIMINAL

## REPORT

Name On Court File: KEVIN JONES                Name Given: KEVIN JONES

AKA: N/A
Date Of Birth On Court File: ■             Date Of Birth Given: ■

SS # On Court File: N/A                        SS # Given: N/A

County: STATE OF NY

State: NY

Docket # / Case #: 10060041

Ind #: N/A

Arrest/Incident Date: 06/07/2010

Charges:
1. 3RD DEGREE – ATTEMPTED FORGERY (M)
2. 2ND DEGREE – FORGERY (F)
3. 5TH DEGREE – CRIMINAL POSSESSION OF STOLEN PROPERTY (M)

Disposition Date: N/A

Disposition:
1. PLED GUILTY
2. REDUCED
3. DISMISSED

Sentence Information:
1. CONDITIONAL DISCHARGE 1 YEAR

Additional Information:
**NOTE: ADJOURNED TO: 08/24/2010
***RECORD FOUND IN ERIE COUNTY

JONES · 00017

# Sterling Testing Systems
## Results for ORDER# 19627371  Client:Brown Harris Stevens Llc Group
### Finding CONVICTION

SUBJECT PROFILE

| | | | |
|---|---|---|---|
| **STORE NUMBER** | 45620 | **DOB** | ██████ |
| **SOCIAL SECURITY #** | ██████ | **PHONE** | ██████ |
| **NAME** | JONES, KEVIN . | | |
| **CURRENT ADDRESS** | ███████████ | | |
| **PREVIOUS ADDRESS** | ██▬ | | |
| **DRIVER'S LICENSE** | ████ | | |

RESULTS

CRIMINAL

REPORT

REPORT GENERATED: Friday, Jul 13 2012

**STATUS**   CLOSED   **OPEN DATE/TIME**   7/12/2012      **CLOSE DATE/TIME**   7/13/2012

**COUNTY** *SOUTHERN DISTRICT* **ZIP** *10037* **STATE** *NY* **CITY** *NEW YORK*

No criminal convictions found.

**STATUS**   CLOSED   **OPEN DATE/TIME**   7/12/2012      **CLOSE DATE/TIME**   7/13/2012

**COUNTY** *EASTERN DISTRICT* **ZIP** *11205* **STATE** *NY* **CITY**

No criminal convictions found.

**STATUS**   CLOSED   **OPEN DATE/TIME**   7/12/2012      **CLOSE DATE/TIME**   7/12/2012

**COUNTY** *CONNECTICUT DISTRICT* **ZIP** *06906* **STATE** *CT* **CITY**

No criminal convictions found.

**STATUS**   CLOSED   **OPEN DATE/TIME**   7/12/2012      **CLOSE DATE/TIME**   7/12/2012

**COUNTY** *STATE OF CT* **ZIP** *06906* **STATE** *CT* **CITY**

No criminal convictions found.

**STATUS**   CLOSED   **OPEN DATE/TIME**   7/13/2012      **CLOSE DATE/TIME**   7/13/2012

**COUNTY** *VOLUSIA* **ZIP**   **STATE** *FL* **CITY**

No criminal convictions found.

JONES 00018

## SUBJECT PROFILE

| | | | | |
|---|---|---|---|---|
| **STORE NUMBER** | 45620 | | **DOB** | ▮ |
| **SOCIAL SECURITY #** | ▮ | | **PHONE** | ▮ |
| **NAME** | JONES, KEVIN. | | | |
| **CURRENT ADDRESS** | ▮ | | | |
| **PREVIOUS ADDRESS** | ▮ | | | |
| **DRIVER'S LICENSE** | ▮ | | | |

## REPORT

| STATUS | CLOSED | OPEN DATE/TIME | 7/12/2012 | CLOSE DATE/TIME | 7/12/2012 |
|---|---|---|---|---|---|

START OF DRIVING RECORD

---

NEW YORK Driver Record - S5928     Order Date: 07/12/2012

Bill Code:

Reference: 19627371_5       Host Used: Online

▮  ▮

```
Name:     JONES, KEVIN A                    Report Clear:NO
Address:
City, St:
As of:
```

```
Sex :        Weight:          DOB   :                      AGE:
Eyes:        Height:          Iss Date:
Hair:                         Exp Date: 10/17/2014
                                         STATUS: VALID
```

Violations/Convictions And Failures to Appear And Accidents

| TYPE VIOL | CONV | ACD | AVD | V/C | DESCRIPTION | C |
|---|---|---|---|---|---|---|
| VIOL 11/27/10 | 12/01/10 | M15 | MA15 | 1172(A) | FAILED TO STOP AT STOP SIGN | N |
| | | LOCATION/DOCKET: COLCHESTER | | | PTS: 3 | |

Suspensions/Revocations

---

JONES  00019

## SUBJECT PROFILE

| | | | |
|---|---|---|---|
| **STORE NUMBER** | 45620 | **DOB** | ███ |
| **SOCIAL SECURITY #** | ███ | **PHONE** | ███ |
| **NAME** | JONES, KEVIN . | | |
| **CURRENT ADDRESS** | ███ | | |
| **PREVIOUS ADDRESS** | ██ | | |
| **DRIVER'S LICENSE** | ███ | | |

## PROFILE

## DMV

## REPORT

```
    *** NO ACTIVITY ***
```

License and Permit Information

```
License: PERSONAL        Issue:            Expire:10/17/2014  Status:VALID
       Class:D          GVWR < 18,000 LBS. TOWING VEHICLES(S) < 10,000 LBS. WHEN TOTAL <
26,000 LBS.
```

Miscellaneous State Data

```
NAME ON LICENSE/ID:  JONES
KEVIN,A
DOCUMENT SURRENDERED ON: 08/12/1987 TO CT
RETURNED TO NY ON: 11/30/2009
CLASS CHANGE: 11/30/2009      NEW: *D*       OLD: *5*
```

```
|FOR STATED BUSINESS | Underwriting: | Policy       |    Initials:              |
|PURPOSES ONLY       |               |              |                           |
|                    | Date:         | Issue Date:  |                           |
|                    |    /  /       |    /  /      | Control Number: 2OTZUD    |
|_____|_____|_____|_____|
```

END OF DRIVING RECORD

JONES···00020

## SUBJECT PROFILE

| | | | |
|---|---|---|---|
| **STORE NUMBER** | 45620 | **DOB** | ████ |
| **SOCIAL SECURITY #** | ████ | **PHONE** | ████ |
| **NAME** | JONES, KEVIN . | | |
| **CURRENT ADDRESS** | ████████ | | |
| **PREVIOUS ADDRESS** | ██ | | |
| **DRIVER'S LICENSE** | ███ | | |

## RESULTS

## OFAC

## REPORT

| STATUS | CLOSED | OPEN DATE/TIME | 7/12/2012 | CLOSE DATE/TIME | 7/12/2012 |
|---|---|---|---|---|---|
| Clear | | | | | |

JONES  00021

## SUBJECT PROFILE

| | |
|---|---|
| STORE NUMBER | 45620 |
| SOCIAL SECURITY # | ██████ |
| NAME | JONES, KEVIN . |
| CURRENT ADDRESS | ████████████████ |
| PREVIOUS ADDRESS | ██ |
| DRIVER'S LICENSE | ████ |

| | |
|---|---|
| DOB | ████ |
| PHONE | ████ |

## RESULTS

## S.OFFENDER

## REPORT

| STATUS | CLOSED | OPEN DATE/TIME | 7/12/2012 | CLOSE DATE/TIME | 7/13/2012 |
|--------|--------|----------------|-----------|-----------------|-----------|

STATE *NY*

No Record Found

| STATUS | CLOSED | OPEN DATE/TIME | 7/12/2012 | CLOSE DATE/TIME | 7/12/2012 |
|--------|--------|----------------|-----------|-----------------|-----------|

STATE *CT*

No Record Found

JONES  00022

# Sterling Testing Systems
## Results for ORDER# 19627371  Client:Brown Harris Stevens Llc Group
### Finding SSN Does Belong To The Applicant

## SUBJECT PROFILE

| | | | |
|---|---|---|---|
| STORE NUMBER | 45620 | DOB | ▮▮▮ |
| SOCIAL SECURITY # | ▮▮▮ | PHONE | ▮▮▮ |
| NAME | JONES, KEVIN . | | |
| CURRENT ADDRESS | ▮▮▮ | | |
| PREVIOUS ADDRESS | ▮ | | |
| DRIVER'S LICENSE | ▮▮▮ | | |

## RESULTS
## SSTRACE
## REPORT

| STATUS | CLOSED | OPEN DATE/TIME | 7/12/2012 | CLOSE DATE/TIME | 7/12/2012 |
|---|---|---|---|---|---|

```
**************************** Social Security Trace ****************************
*                                                                            *
*                                                                            *
******************************************************************************
```

GENERATED: 07/12/2012 03:23:42 PM
TRANSACTION ID:67445723R1539309

| | NAME | | | DOB |
|---|---|---|---|---|
| 1. | KEVIN A JONES | | | ▮▮▮ |
| | SSN | VALID | STATE ISSUED | DATE ISSUED |
| | ▮▮▮ | YES | NEW YORK | 01/01/1969 |

| ADDRESS | FROM | TO |
|---|---|---|
| ▮▮▮ ▮▮▮ | 06/2004 | 07/2012 |
| COUNTY: NEW YORK | | |
| ▮▮▮ | 06/2004 | 07/2012 |
| COUNTY: NEW YORK | | |
| ▮▮▮ | 04/1993 | 04/1993 |
| COUNTY: NEW YORK | | |
| ▮▮▮ | 04/1993 | 04/1993 |
| COUNTY: NEW YORK | | |
| ▮▮▮ | 01/2012 | 01/2012 |
| COUNTY: NEW YORK | | |
| ▮▮▮ | 01/2012 | 01/2012 |
| COUNTY: NEW YORK | | |
| ▮▮▮ | 02/2011 | 02/2011 |
| COUNTY: NEW YORK | | |

JONES 00023

# Sterling Testing Systems

## Results for ORDER# 19627371 Client:Brown Harris Stevens Llc Group
### Finding SSN Does Belong To The Applicant

### SUBJECT PROFILE

| | | | |
|---|---|---|---|
| **STORE NUMBER** | 45620 | **DOB** | ████ |
| **SOCIAL SECURITY #** | ████ | **PHONE** | ████ |
| **NAME** | JONES, KEVIN . | | |
| **CURRENT ADDRESS** | ████████ | | |
| **PREVIOUS ADDRESS** | ██ | | |
| **DRIVER'S LICENSE** | ███ | | |

### RESULTS

### SSTRACE

### REPORT

| | | |
|---|---|---|
| ██████ | 02/2011 | 02/2011 |
| COUNTY: NEW YORK | | |
| ████████ | 10/2009 | 08/2010 |
| COUNTY: NEW YORK | | |
| ████████ | 10/2009 | 08/2010 |
| COUNTY: NEW YORK | | |
| ██████████ | 01/1983 | 09/1996 |
| COUNTY: NEW YORK | | |

2.

| NAME | DOB |
|---|---|
| KEVIN ALEXANDER JONES | ████ |
| SSN  VALID  STATE ISSUED | DATE ISSUED |
| ████  YES  NEW YORK | 01/01/1969 |

| ADDR██ | FROM | TO |
|---|---|---|
| ████████ | 11/1984 | 06/2012 |
| COUNTY: NEW YORK | | |
| ████████ | 11/1984 | 06/2012 |
| COUNTY: NEW YORK | | |
| ███████ | 11/1987 | 06/2002 |
| COUNTY: FAIRFIELD | | |

3.

| NAME | DOB |
|---|---|
| KEVIN A JONES | ████ |
| SSN  VALID  STATE ISSUED | |
| ███  YES  NEW YORK | 01/01/1969 |

| ADDRESS | FROM | TO |
|---|---|---|
| ████████ | 03/1990 | 11/2011 |
| COUNTY: NEW YORK | | |
| ████████ | 03/1990 | 11/2011 |

JONES 00024

## SUBJECT PROFILE

| | | | |
|---|---|---|---|
| STORE NUMBER | 45620 | DOB | ▮ |
| SOCIAL SECURITY # | ▮ | PHONE | ▮ |
| NAME | JONES, KEVIN . | | |
| CURRENT ADDRESS | ▮ | | |
| PREVIOUS ADDRESS | ▮ | | |
| DRIVER'S LICENSE | ▮ | | |

## RESULTS

## SSN TRACE

## REPORT

COUNTY: NEW YORK

▮ ▮ ▮                06/2004    06/2004

COUNTY: KINGS

|   | NAME | | | DOB | |
|---|---|---|---|---|---|
| 4. | KEVIN ALEXANDER JONES | | | ▮ | |
| | SSN | VALID | STATE ISSUED | DATE ISSUED | |
| | ▮ | YES | NEW YORK | 01/01/1969 | |

| ADDRESS | FROM | TO |
|---|---|---|
| ▮ ▮ ▮ | 12/2006 | 04/2007 |

COUNTY: KINGS

▮                04/2001

COUNTY: FAIRFIELD

|   | NAME | | | | |
|---|---|---|---|---|---|
| 5. | KEVIN A JONES | | | | |
| | SSN | VALID | STATE ISSUED | DATE ISSUED | |
| | ▮ | YES | NEW YORK | 01/01/1969 | |

| ADDRESS | FROM | TO |
|---|---|---|
| ▮ ▮ | 05/1987 | 05/1987 |

COUNTY: FAIRFIELD

|   | NAME | | | | |
|---|---|---|---|---|---|
| 6. | KEVIN JONES | | | | |
| | SSN | VALID | STATE ISSUED | DATE ISSUED | |
| | ▮ | YES | NEW YORK | 01/01/1969 | |

| ADDRESS | FROM | TO |
|---|---|---|
| ▮ | | |

COUNTY: NEW YORK

JONES  00025

## SUBJECT PROFILE

| | | | |
|---|---|---|---|
| **STORE NUMBER** | 45620 | **DOB** | ▮ |
| **SOCIAL SECURITY #** | ▮ | **PHONE** | ▮ |
| **NAME** | JONES, KEVIN . | | |
| **CURRENT ADDRESS** | ▮ | | |
| **PREVIOUS ADDRESS** | ▮ | | |
| **DRIVER'S LICENSE** | ▮ | | |

## RESULTS

## SSTRACE

## REPORT

END-USER IS NOTIFIED THAT FOR LEGAL AND PRACTICAL REASONS INFORMATION
OBTAINED THROUGH A SOCIAL SECURITY NUMBER TRACE SHOULD BE USED ONLY TO
VERIFY THE INFORMATION PROVIDED BY THE CONSUMER ON HIS/HER EMPLOYMENT
APPLICATION. INFORMATION OBTAINED THROUGH A SOCIAL SECURITY NUMBER TRACE
SHOULD NOT BE USED ALONE OR IN CONJUNCTION WITH ANY OTHER INFORMATION TO
MAKE AN EMPLOYMENT DECISION.
----------------------------------------------------------------------

**END OF NETWORK TRACE**

**********************************************************************
ADDITIONAL VALIDATION NOTES:

* THE YEAR OF BIRTH (10/17/1956) REPORTED DOES NOT MATCH THE INFORMATION
PROVIDED TO STERLING (10/17/1955).

**********************************************************************

JONES  00026