# EXHIBIT 11

# Sterling Backcheck

Search   Veronique Lavero...   Help & Training   VerticalResponse

Home   Cases   Reports   Global Products Arena   Issue Management

Create New...

Shortcut

Unresolved Items

Recent Items
01043342
01579127
01043446
02507051
02508461
02529463
02504649
02506605
02545120
02540163

Recycle Bin

## Task
# Email: RE: Results for order 19627371 Applicant: KEVIN JONES

Help for this Page

« Back to List: Cases

Show Feed

### Task Detail
Attachments [0]

Edit | Delete | Create Follow-Up Task | Create Follow-Up Event

**Task Information**

| | | | |
|---|---|---|---|
| Assigned To | Sarah Davis | Status | Completed |
| Subject | Email: RE: Results for order 19627371 Applicant: KEVIN JONES | Name | |
| Due Date | 7/16/2012 | Related To | 01043342 |
| Phone | | Email | |
| Priority | Normal | Type | Email |
| Reason | | | |

**Description Information**

Comments

From: Sarah Davis sadavis@sterlinginfosystems.com
To: 'Meredith D'Alauro'<MD'Alauro@terraholdings.com>
Bcc: Cindrella D'souza<cdsouza@sterlinginfosystems.com>
Received at: 7/16/2012 5:30:41 PM
Meredith,

I will have our team send adverse action letter as per your request.

Regards,

Sarah Davis | Client Services Executive

Sterling Infosystems, Inc.

Phone: 877-424-2457| Fax: (212)736-0643

---

From: Meredith D'Alauro [mailto:MD'Alauro@terraholdings.com]
Sent: Monday, July 16, 2012 4:26 PM
To: Sarah Davis
Subject: FW: Results for order 19627371 Applicant: KEVIN JONES

Sarah,

Please initiate pre-adverse action based on the criminal findings of this background check.

Signature should be: Halstead Management, LLC As Agent for 45 East 82nd Street Corp.

Thank you,

Meredith D'Alauro
HR Administrator

Terra Holdings, LLC.

MD'Alauro@terraholdings.com

# Sterling Backcheck

Search    Veronique Laverd...    Help & Training    VerticalResponse

Home    Cases    Reports    Global Products Arena    Issue Management

Create New...

Shortcut

Unresolved Items

Recent Items
- 01043342
- 01579127
- 01043446
- 02587051
- 02536461
- 02526463
- 02504649
- 02506605
- 02545120
- 02540163

Recycle Bin

Task
## Email: FW: Results for order 19627371
## Applicant: KEVIN JONES

Help for this Page

Show Feed

« Back to List: Cases

Attachments [0]

### Task Detail
[ Edit ] [ Delete ] [ Create Follow-Up Task ] [ Create Follow-Up Event ]

**Task Information**

| | | | |
|---|---|---|---|
| Assigned To | Sarah Davis | Status | Completed |
| Subject | Email: FW: Results for order 19627371 Applicant: KEVIN JONES | Name | |
| Due Date | 7/16/2012 | Related To | 01043342 |
| Phone | | Email | |
| Priority | Normal | Type | Email |
| Reason | | | |

**Description Information**

Comments

From: Sarah Davis sadavis@sterlinginfosystems.com
To: AdverseAction<AdverseAction@sterlinginfosystems.com>
Received at: 7/16/2012 5:29:51 PM
Hi,

Please initiate pre-adverse action based on the criminal findings of this background check.

Signature should be: Halstead Management, LLC As Agent for 45 East 62nd Street Corp.

Regards,


Sarah Davis | Client Services Executive

Sterling Infosystems, Inc.

Phone: 877-424-2457 | Fax: (212)736-0643

---

From: Meredith D'Aiauro [mailto:MD'Aiauro@terraholdings.com]
Sent: Monday, July 16, 2012 4:25 PM
To: Sarah Davis
Subject: FW: Results for order 19627371 Applicant: KEVIN JONES


Sarah,


Please initiate pre-adverse action based on the criminal findings of this background check.


Signature should be: Halstead Management, LLC As Agent for 45 East 62nd Street Corp.


Thank you,


Meredith D'Aiauro
HR Administrator

Confidential

STERLING0000091

Terra Holdings, LLC.

MD'Alauro@terraholdings.com

212-508-7394 (Phone)

646-472-7432 (Fax)

Care in Use of Confidential Information

This E-mail contains confidential personal, consumer and/or financial information. Care must be taken in the disclosure, use, and disposal of this information. It may not be disclosed to any person who does not have a need to know the information for the reason it has been requested. It may not be copied or transmitted except for authorized purposes. Upon completion of the review of the information, if it is retained, it should be stored in a secure method to prevent unauthorized disclosure or copying. If it is disposed of, it should be shredded, burned, or otherwise disposed of in a way that it cannot practicably be read or reconstructed. Any electronic copies should be permanently deleted.

From: Sterling Testing Systems (E - Mail Server) [mailto:emailserver@sterlingtesting.com]
Sent: Friday, July 13, 2012 12:18 PM
To: Meredith D'Alauro; Meredith D'Alauro
Subject: Results for order 19627371 Applicant: KEVIN JONES

<https://sterlingtesting.com/WebDirect/images/ststitle.jpg>

Subject Profile

COMPANY NAME:

Brown Harris Stevens Llc Group

STORE NUMBER/BILLING CODE:

45620

ORDER HAS BEEN OPENED:

Jul 12 2012 3:09PM

SOC.SEC.NUMBER:

###-##-####

NAME:

JONES, KEVIN

CURRENT ADDRESS:

2333 FIFTH AVENUE 5E NEW YORK, NY 10037

DRIVER'S LICENSE:

931080368 STATE: NY

DOB:

10/17/1955

PHONE:

6467214033

Additional Information

Confidential

STERLING0000092

Alias Names / Order #:

Alias Names / Order #:

Results Status

Service
Finding

Confidential

STERLING0000093

CREDIT

See result below

CRIMINAL

Alert

DMV

See Results Below

OFAC

See result below

S.OFFENDER

Clear

SSTRACE

See result below

California Applicants/Employees Only: The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. An investigative consumer reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures, as provided in Section 1786.26.

Sólo para los Solicitantes/Empleados de California: En el informe no se garantiza la exactitud o veracidad de la información en cuanto al tema de la investigación, sino sólo que se ha copiado exactamente de los registros públicos, y la información generada como resultado del robo de identidad, incluyendo las pruebas de una actividad delictiva, podría estar incorrectamente asociada con el consumidor que sea el sujeto del informe. Una agencia investigadora de informes de crédito deberá suministrarle a un consumidor que trate de obtener una copia de un informe o solicite revisar un archivo una notificación por escrito en inglés y español lisos y llanos, en la que se establezcan los términos y las condiciones de su derecho a recibir toda la información, como se dispone en la Sección 1786.26.

Pursuant to Minn. Stat. Ann. § 332.70(4): The report may include information that has been expunged, sealed, or has otherwise become inaccessible to the public since the date it was collected.

Results pertaining to the subject's potential criminal background results are only included in the report if there is an exact match between the full name and date of birth provided by the subject and the court record. To ensure the integrity of our results, the criminal information reported appears exactly as it is received from each search. However, if the same information is revealed in numerous criminal background searches, it is only listed once in the report to assist the client in interpreting the findings.

As sex offender, office of foreign asset control and federal criminal offender databases may only list names, information is provided only if there is a complete name match between the subject and the entry in the government records.

Department of motor vehicle records are provided only if there is an exact match between the license number provided by the subject and the agency record.

Credit reports are provided by the credit bureau based on 2 matching criteria among name, address and social security number.

To the extent criminal background results are duplicative of findings from non-criminal background checks, such as a sex offender hit, the results are duplicated in the report. Accordingly, a thorough review of the complete report is required to ensure that the company properly recognizes duplicative results.

Confidential
STERLING0000094

The purpose of Social Security Trace/Address Locator Report is to locate jurisdictions for purposes of expanding the scope of the criminal background check. The Social Security number provided by the applicant is not checked against the Social Security Administration database since the Social Security Administration database generally is not accessible for pre-employment screening purposes. In determining whether a number appears to be validly issued, SSN protocols are applied but please note that due to the randomization of the issuance of social security numbers, any conclusion regarding whether the number is valid may not be accurate for recently issued numbers.

This report or portions of this report may have been rated or scored pursuant to criteria provided by the client. The rating is merely to ease the reviewer(s) review of the report and does not indicate that any disqualification decision has been made. Regardless of ratings, absent any statutory provision mandating an employment action, an individualized analysis should be performed.

As it may not be permissible or recommended to use certain information contained in this report for employment decision, it is advisable to consult with counsel prior to making any adverse hiring decisions. By requesting and accepting this report, client confirms it is acting in compliance with its end user certification.

Credit Results

```
***********************= TU Credit =***********************
 * *
 * *
***********************************************************
```

PULLED: 07/12/2012 02:09:19 PM

SUBJECT NAME SSN
JONES, KEVIN A ###-##-####

ADDRESS(ES):
2333 5TH AV 5E NEW YORK, NY 10037 09/2004
148 WASHINGTON AV BROOKLYN, NY 11205 08/2004
303 GLENBROOK RD STAMFORD, CT 06906

EMPLOYMENT DATA REPORTED:

EMPLOYER NAME: INTL BUSINESS MACH
OCCUPATION: LL
DATE REPORTED: 12/1982

CREDIT INFORMATION
-------------------------------------------------
THE FOLLOWING CREDIT SUMMARY REPRESENTS THE SUBJECT'S TOTAL FILE HISTORY

PUBLIC RECORDS: 0 CURRENT NEGATIVE ACCTS: 4 REVOLVING ACCTS: 8
COLLECTIONS: 1 PREVIOUS NEGATIVE ACCTS: 5 INSTALLMENT ACCTS: 0
TRADE ACCTS: 11 PREVIOUS TIMES NEGATIVE: 13 MORTGAGE ACCTS: 2
CREDIT INQUIRIES: 1 EMPLOYMENT INQUIRIES: 1 OPEN ACCTS: 1

HIGH CRED CRED LIMIT BALANCE PAST DUE MNTHLY AVAIL
REVOLVING: $13,639 $15,401 $12,396 $560 $347 20%
MORTGAGE: $327,000 $0 $290,400 $0 $2,495 0%
OPEN: $0 $0 $87 $0 $376 0%
CLOSED W/BAL:$ $ $29,732 $2,115 $934 0%
TOTALS: $340,639 $15,401 $332,615 $2,675 $4,152 0%

-------------------------------------------------
THE FOLLOWING ITEMS ARE COLLECTION RECORDS:

NATL RECOVER Y 064LH001 OPEN ACCOUNT
PLACED FOR COLLECTION
VERIF'D 03/2012 BALANCE: $350 INDIVIDUAL ACCOUNT
OPENED 12/2011 MOST OWED: $350 MEDICAL
PAST DUE: $350
STATUS AS OF 03/2012: COLLECTION ACCOUNT

-------------------------------------------------

CAP ONE B 01DTV041 REVOLVING ACCOUNT
CREDIT CARD
VERIF'D 06/2012 BALANCE: $12,530 INDIVIDUAL ACCOUNT
OPENED 10/2010 MOST OWED: $12,571 PAY TERMS: MIN $304
CLOSED 03/2012 PAST DUE: $305 CREDIT LIMIT: $13,500
STATUS AS OF 05/2012: 120 DAYS PAST DUE
IN PRIOR 20 MONTHS FROM DATE CLOSED 1 TIME 90 OR MORE DAYS , 1 TIME 60 DAYS ,
1 TIME 30 DAYS LATE
MAXIMUM DELIQUENCY OF 90+ DAYS OCCURRED IN 06/2012
REMARKS: CANCELED BY CREDIT GRANTOR

AMEX DSNB B 02A5T006 REVOLVING ACCOUNT
CREDIT CARD
VERIF'D 06/2012 BALANCE: $13,102 INDIVIDUAL ACCOUNT
OPENED 11/2006 MOST OWED: $13,101 PAY TERMS: MIN $461
CLOSED 05/2012 PAST DUE: $1,810 CREDIT LIMIT: $12,200
STATUS AS OF 05/2012: 120 DAYS PAST DUE

Confidential    STERLING0000095

IN PRIOR 14 MONTHS FROM DATE CLOSED 1 TIME 90 OR MORE DAYS , 1 TIME 60 DAYS ,
1 TIME 30 DAYS LATE
MAXIMUM DELIQUENCY OF 90+ DAYS OCCURRED IN 06/2012
REMARKS: CANCELED BY CREDIT GRANTOR

CAP ONE B 01DTV001 REVOLVING ACCOUNT
CREDIT CARD
VERIF'D 06/2012 BALANCE: $4,747 INDIVIDUAL ACCOUNT
OPENED 09/2001 MOST OWED: $4,885 PAY TERMS: MIN $157
PAST DUE: $230 CREDIT LIMIT: $4,800
STATUS AS OF 06/2012: 30 DAYS PAST DUE
IN PRIOR 48 MONTHS FROM DATE VERIF'D 1 TIME 60 DAYS , 2 TIMES 30 DAYS LATE
MAXIMUM DELIQUENCY OF 90+ DAYS OCCURRED IN 04/2012

BRCLYSBANKDE B 01ZZB001 REVOLVING ACCOUNT

VERIF'D 06/2012 BALANCE: $7,649 INDIVIDUAL ACCOUNT
OPENED 08/2007 MOST OWED: $8,672 PAY TERMS: MIN $190
PAST DUE: $330 CREDIT LIMIT: $8,800
STATUS AS OF 05/2012: 30 DAYS PAST DUE
IN PRIOR 48 MONTHS FROM DATE VERIF'D 1 TIME 60 DAYS , 1 TIME 30 DAYS LATE
MAXIMUM DELIQUENCY OF 90+ DAYS OCCURRED IN 05/2012

SEARS/CBNA B 06256458 REVOLVING ACCOUNT
CREDIT CARD
VERIF'D 06/2012 BALANCE: $0 INDIVIDUAL ACCOUNT
OPENED 02/2009 MOST OWED: $82
PAID OFF 03/2009 CREDIT LIMIT: $2,001
STATUS AS OF 03/2009: PAID OR PAYING AS AGREED
IN PRIOR 40 MONTHS FROM DATE PAID NEVER LATE

GECRB/JCP D 0235058D REVOLVING ACCOUNT
CHARGE ACCOUNT
VERIF'D 06/2012 BALANCE: $0 INDIVIDUAL ACCOUNT
OPENED 09/1984 MOST OWED: $837
CLOSED 03/2012 CREDIT LIMIT: $100
STATUS AS OF 05/1999: PAID OR PAYING AS AGREED
IN PRIOR 48 MONTHS FROM DATE CLOSED NEVER LATE
REMARKS: CLOSED

NYS OTDA V 0315M001 OPEN ACCOUNT
FAMILY SUPPORT
VERIF'D 06/2012 BALANCE: $87 INDIVIDUAL ACCOUNT
OPENED 01/2002 MOST OWED: $0 PAY TERMS: MIN $376

STATUS AS OF 06/2012: PAID OR PAYING AS AGREED
IN PRIOR 48 MONTHS FROM DATE VERIF'D NEVER LATE

DSNB MACYS D 02A5T001 REVOLVING ACCOUNT
CHARGE ACCOUNT
VERIF'D 06/2012 BALANCE: $4,100 INDIVIDUAL ACCOUNT
OPENED 01/1983 MOST OWED: $ PAY TERMS: MIN $169
CLOSED 05/2012
STATUS AS OF 05/2012: PAID OR PAYING AS AGREED
IN PRIOR 48 MONTHS FROM DATE CLOSED 2 TIMES 30 DAYS LATE
REMARKS: CANCELED BY CREDIT GRANTOR

BK OF AMER B 0427S002 MORTGAGE ACCOUNT
CONVENTIONAL REAL ESTATE MORTGAGE
VERIF'D 05/2012 BALANCE: $290,400 JOINT ACCOUNT
OPENED 05/2004 MOST OWED: $327,000 PAY TERMS: 360 MONTHLY $2,495

STATUS AS OF 05/2012: PAID OR PAYING AS AGREED
IN PRIOR 48 MONTHS FROM DATE VERIF'D NEVER LATE

FLEET CC B 0517R038 REVOLVING ACCOUNT
CREDIT CARD
VERIF'D 06/2005 BALANCE: $0 INDIVIDUAL ACCOUNT
OPENED 09/1996 MOST OWED: $3,268
CLOSED 06/2005 CREDIT LIMIT: $3,400
STATUS AS OF 09/2003: PAID OR PAYING AS AGREED
IN PRIOR 48 MONTHS FROM DATE PAID NEVER LATE
REMARKS: PURCHASED BY ANOTHER LENDER

AMERIQUEST F 01QA8001 MORTGAGE ACCOUNT
CONVENTIONAL REAL ESTATE MORTGAGE
VERIF'D 10/2004 BALANCE: $0 PARTICIPANT ON ACCOUNT
OPENED 05/2004 MOST OWED: $327,000 PAY TERMS: 360 MONTHLY $2,349
CLOSED 10/2004
STATUS AS OF 08/2004: PAID OR PAYING AS AGREED
IN PRIOR 4 MONTHS FROM DATE CLOSED NEVER LATE

---

THE FOLLOWING COMPANIES HAVE REQUESTED A COPY OF THE SUBJECT'S CREDIT REPORT:

DATE SUBCODE SUBSCRIBER NAME

03/04/2011 Z 00005188 ONE CREDIT S

THE FOLLOWING COMPANIES HAVE REQUESTED THE SUBJECT'S FILE FOR EMPLOYMENT USE:

DATE SUBCODE SUBSCRIBER NAME

07/12/2012 P 00170342 STRLNG TSTNG

Confidential

STERLING0000096

COPYRIGHTED TRANS UNION 1994
A SUMMARY OF YOUR RIGHTS UNDER THE FAIR CREDIT REPORTING ACT

THE FEDERAL FAIR CREDIT REPORTING ACT (FCRA) IS DESIGNED TO PROMOTE ACCURACY, FAIRNESS, AND PRIVACY OF INFORMATION IN THE FILES OF EVERY "CONSUMER REPORTING AGENCY " (CRA). MOST CRA'S ARE CREDIT BUREAUS THAT GATHER AND SELL INFORMATION ABOUT YOU -- SUCH AS IF YOU PAY YOUR BILLS ON TIME OR HAVE FILED BANKRUPTCY -- TO CREDITORS, EMPLOYERS, LANDLORDS, AND OTHER BUSINESSES. YOU CAN FIND THE COMPLETE TEXT OF THE FCRA, 15 U.S.C §§1681-1681U, AT THE FEDERAL TRADE COMMISSION'S WEB SITE (HTTP://WWW.FTC.GOV). THE FCRA GIVES YOU SPECIFIC RIGHTS, AS OUTLINED BELOW. YOU MAY HAVE ADDITIONAL RIGHTS UNDER STATE LAW. YOU MAY CONTACT A STATE OR LOCAL CONSUMER PROTECTION AGENCY OR A STATE ATTORNEY
GENERAL TO LEARN THOSE RIGHTS.

- YOU MUST BE TOLD IF INFORMATION IN YOUR FILE HAS BEEN USED AGAINST YOU. ANYONE WHO USES INFORMATION FROM A CRA TO TAKE ACTION AGAINST YOU -- SUCH AS DENYING AN APPLICATION FOR CREDIT, INSURANCE, OR EMPLOYMENT -- MUST TELL YOU, AND GIVE YOU THE NAME, ADDRESS, AND PHONE NUMBER OF THE CRA THAT PROVIDED THE CONSUMER REPORT.

- YOU CAN FIND OUT WHAT IS IN YOUR FILE. AT YOUR REQUEST, A CRA MUST GIVE YOU THE INFORMATION IN YOUR FILE, AND A LIST OF EVERYONE WHO HAS REQUESTED IT RECENTLY. THERE IS NO CHARGE FOR THE REPORT IF A PERSON HAS TAKEN ACTION AGAINST YOU BECAUSE OF INFORMATION SUPPLIED BY THE CRA, IF YOU REQUEST THE REPORT WITHIN 60 DAYS OF RECEIVING NOTICE OF THE ACTION. YOU ALSO ARE ENTITLED TO ONE FREE REPORT EVERY TWELVE MONTHS UPON REQUEST IF YOU CERTIFY THAT (1) YOU ARE UNEMPLOYED AND PLAN TO SEEK EMPLOYMENT WITHIN 60 DAYS, (2) YOU ARE ON WELFARE, OR (3) YOUR REPORT IS INACCURATE DUE TO FRAUD. OTHERWISE, A CRA MAY CHARGE YOU UP TO EIGHT DOLLARS AND FIFTY CENTS.

- YOU CAN DISPUTE INACCURATE INFORMATION WITH THE CRA. IF YOU TELL A CRA THAT YOUR FILE CONTAINS INACCURATE INFORMATION, THE CRA MUST INVESTIGATE THE ITEMS (USUALLY WITHIN 30 DAYS) BY PRESENTING TO ITS INFORMATION SOURCE ALL RELEVANT EVIDENCE YOU SUBMIT, UNLESS YOUR DISPUTE IS FRIVOLOUS. THE SOURCE MUST REVIEW YOUR EVIDENCE AND REPORT ITS FINDINGS TO THE CRA. (THE SOURCE ALSO MUST ADVISE NATIONAL CRA'S -- TO WHICH IT HAS PROVIDED THE DATA -- OF ANY ERROR.) THE CRA MUST GIVE YOU A WRITTEN REPORT OF THE INVESTIGATION, AND A COPY OF YOUR REPORT IF THE INVESTIGATION RESULTS IN ANY CHANGE. IF THE CRA'S INVESTIGATION DOES NOT RESOLVE THE DISPUTE, YOU MAY ADD A BRIEF STATEMENT IN FUTURE REPORTS. IF AN ITEM IS DELETED OR A DISPUTE STATEMENT IS FILED, YOU MAY ASK THAT ANYONE WHO HAS RECENTLY RECEIVED YOUR REPORT BE NOTIFIED OF THE CHANGE.

- INACCURATE INFORMATION MUST BE CORRECTED OR DELETED. A CRA MUST REMOVE OR CORRECT INACCURATE OR UNVERIFIED INFORMATION FROM ITS FILES, USUALLY WITHIN 30 DAYS AFTER YOU DISPUTE IT. HOWEVER, THE CRA IS NOT REQUIRED TO REMOVE ACCURATE DATA FROM YOUR FILE UNLESS IT IS OUTDATED (AS DESCRIBED BELOW) OR CANNOT BE VERIFIED. IF YOUR DISPUTE RESULTS IN ANY CHANGE TO YOUR REPORT, THE CRA CANNOT REINSERT INTO YOUR FILE A DISPUTED ITEM UNLESS THE INFORMATION SOURCE VERIFIES ITS ACCURACY AND COMPLETENESS. IN ADDITION, THE CRA MUST GIVE YOU A WRITTEN NOTICE TELLING YOU IT HAS REINSERTED THE ITEM. THE NOTICE MUST INCLUDE THE NAME, ADDRESS AND PHONE NUMBER OF THE INFORMATION SOURCE.

- YOU CAN DISPUTE INACCURATE ITEMS WITH THE SOURCE OF THE INFORMATION. IF YOU TELL ANYONE -- SUCH AS A CREDITOR WHO REPORTS TO A CRA -- THAT YOU DISPUTE AN ITEM THEY MAY NOT THEN REPORT THE INFORMATION TO A CRA WITHOUT INCLUDING A NOTICE OF YOUR DISPUTE. IN ADDITION, ONCE YOU'VE NOTIFIED THE SOURCE OF THE ERROR IN WRITING, IT MAY NOT CONTINUE TO REPORT THE INFORMATION IF IT IS, IN FACT, AN ERROR.

- OUTDATED INFORMATION MAY NOT BE REPORTED. IN MOST CASES, A CRA MAY NOT REPORT NEGATIVE INFORMATION THAT IS MORE THAN SEVEN YEARS OLD; TEN YEARS FOR BANKRUPTCIES.

- ACCESS TO YOUR FILE IS LIMITED. A CRA MAY PROVIDE INFORMATION ABOUT YOU ONLY TO PEOPLE WITH A NEED RECOGNIZED BY THE FCRA -- USUALLY TO CONSIDER AN APPLICATION WITH A CREDITOR, INSURER, EMPLOYER, LANDLORD, OR OTHER BUSINESS.

- YOUR CONSENT IS REQUIRED FOR REPORTS THAT ARE PROVIDED TO EMPLOYERS, OR REPORTS THAT CONTAIN MEDICAL INFORMATION. A CRA MAY NOT GIVE OUT INFORMATION ABOUT YOU TO YOUR EMPLOYER, OR PROSPECTIVE EMPLOYER, WITHOUT YOUR WRITTEN CONSENT. A CRA MAY NOT REPORT MEDICAL INFORMATION ABOUT YOU TO CREDITORS, INSURERS, OR EMPLOYERS WITHOUT YOUR PERMISSION.

- YOU MAY CHOOSE TO EXCLUDE YOUR NAME FROM CRA LISTS FOR UNSOLICITED CREDIT AND INSURANCE OFFERS. CREDITORS AND INSURERS MAY USE FILE INFORMATION AS THE BASIS FOR SENDING YOU UNSOLICITED OFFERS OF CREDIT OR INSURANCE. SUCH OFFERS MUST INCLUDE A TOLL-FREE PHONE NUMBER FOR YOU TO CALL IF YOU WANT YOUR NAME AND ADDRESS REMOVED FROM FURTURE LISTS. IF YOU CALL, YOU MUST BE KEPT OFF THE LISTS FOR TWO YEARS. IF YOU REQUEST, COMPLETE, AND RETURN THE CRA FORM PROVIDED FOR THIS PURPOSE, YOU MUST BE TAKEN OFF THE LISTS INDEFINITELY.

- YOU MAY SEEK DAMAGES FROM VIOLATORS. IF A CRA, A USER OR (IN SOME CASES) A PROVIDER OF CRA DATA, VIOLATES THE FCRA, YOU MAY SUE THEM IN STATE OR FEDERAL COURT.

THE FCRA GIVES SEVERAL DIFFERENT FEDERAL AGENCIES AUTHORITY TO ENFORCE THE FCRA:

FOR QUESTIONS OR CONCERNS REGARDING: PLEASE CONTACT:

CRA'S CREDITORS AND OTHERS NOT FEDERAL TRADE COMMISSION
LISTED BELOW CONSUMER RESPONSE CENTER - FCRA
WASHINGTON, DC 20580
202-326-3761

Confidential    STERLING0000097

```
NATIONAL BANKS, FEDERAL BRANCHES /   OFFICE OF THE COMPTROLLER OF THE CURRENCY
AGENCIES OF FOREIGN BANKS (WORD        COMPLIANCE MANAGEMENT, MAIL STOP 6-6
"NATIONAL" OR INITIALS "N.A." WASHINGTON, DC 20219
APPEAR IN OR AFTER BANK'S NAME)        800-613-6743

FEDERAL RESERVE SYSTEM MEMBER BANKS    FEDERAL RESERVE BOARD
(EXCEPT NATIONAL BANKS, AND FEDERAL    DIVISION OF CONSUMER & COMMUNITY AFFAIRS
BRANCHES / AGENCIES OF FOREIGN         WASHINGTON, DC 20551
BANKS)                                 202-452-3693

SAVINGS ASSOCIATIONS AND FEDERALLY     OFFICE OF THRIFT SUPERVISION
CHARTERED SAVINGS BANKS (WORD          CONSUMER PROGRAMS
"FEDERAL" OR INITIALS "F.S.B."         WASHINGTON, DC 20552
APPEAR IN FEDERAL INSTITUTION'S        800-842-6929

FEDERAL CREDIT UNIONS (WORDS           NATIONAL CREDIT UNION ADMINISTRATION
"FEDERAL CREDIT UNION" APPEAR IN       1775 DUKE STREET
INSTITUTION'S NAME)                    ALEXANDRIA, VA 22314
                                       703-518-6360

STATE-CHARTERED BANKS THAT ARE NOT     FEDERAL DEPOSIT INSURANCE CORPORATION
MEMBERS OF THE FEDERAL RESERVE         DIVISION OF COMPLIANCE & CONSUMER AFFAIRS
SYSTEM                                 WASHINGTON, DC 20429
                                       800-934-FDIC

AIR, SURFACE, OR RAIL COMMON           DEPARTMENT OF TRANSPORTATION
CARRIERS REGULATED BY FORMER CIVIL     OFFICE OF FINANCIAL MANAGEMENT
AERONAUTICS BOARD OR INTERSTATE        WASHINGTON, DC 20590
                                       202-366-1306

ACTIVITIES SUBJECT TO THE PACKERS      DEPARTMENT OF AGRICULTURE
AND STOCKYARDS ACT, 1921               OFFICE OF DEPUTY ADMINISTRATOR - GIPSA
                                       WASHINGTON, DC 20250
                                       202-720-7051
```

**END OF REPORT**

Back To Top

Criminal Results

THE CRIMINAL INFORMATION REPORTED IN THIS REPORT APPEARS EXACTLY AS IT IS RECEIVED FROM THE LOCAL JURISDICTIONS AND MAY CONTAIN INFORMATION THAT MAY BE PROHIBITED FOR USE IN MAKING HIRING DECISIONS. THEREFORE, IT IS ADVISABLE TO CONSULT YOUR CORPORATE COUNSEL PRIOR TO MAKING ANY ADVERSE HIRING DECISIONS.

County: VOLUSIA

State: FL

Zip:

City:

No criminal convictions found.

STATUS: CLOSED CLOSED DATE: Jul 13 2012 11:13AM

County: STATE OF CT

State: CT

Zip: 06906

City:

No criminal convictions found.

STATUS: CLOSED CLOSED DATE: Jul 12 2012 3:20PM

County: STATE OF NY

State: NY

Zip: 10037

City: NEW YORK

CRIMINAL HISTORY SEARCH INFORMATION

CONVICTION RECORD
MISDEMEANOR CLASS

Name On Court File: KEVIN JONES Name Given: KEVIN JONES

AKA: N/A
Date Of Birth On Court File: 10/17/1955 Date Of Birth Given: 10/17/1955

SS # On Court File: N/A SS # Given: N/A

County: STATE OF NY

State: NY

Docket # / Case #: 07120275

Ind #: N/A

Arrest/Incident Date: 12/28/2007

Charges:
1. OPERATING MOTOR VEHICLE UNDER INFLUENCE DRUG OR ALCOHOL (M)
2. OPERATING MOTOR VEHICLE BY UNLICENSED DRIVER
3. RECKLESS DRIVING (M)
4. ENDANGERING THE WELFARE OF A CHILD (M)

Disposition Date: N/A

Disposition:
1. PLED GUILTY
2-4. DISMISSED

Sentence Information:
1. FINE $500
LICENSE REVOKED

Additional Information:
**NOTE: ADJOURNED TO: 01/22/2008
***RECORD FOUND IN ERIE COUNTY

---

CRIMINAL HISTORY SEARCH INFORMATION

CONVICTION RECORD
MISDEMEANOR CLASS

Name On Court File: KEVIN JONES Name Given: KEVIN JONES

AKA: N/A
Date Of Birth On Court File: 10/17/1955 Date Of Birth Given: 10/17/1955

SS # On Court File: N/A SS # Given: N/A

County: STATE OF NY

State: NY

Docket # / Case #: 10060669

Ind #: N/A

Arrest/Incident Date: 06/15/2010

Charges:
1. ATTEMPTED PETIT LARCENY (M)
2. PETIT LARCENY (M)

Disposition Date: N/A

Disposition:
1. PLED GUILTY
2. REDUCED

Sentence Information:
1. IMPRISONMENT 110 DAYS

Additional Information:
**NOTE: ADJOURNED TO: 10/01/2010
***RECORD FOUND IN ERIE COUNTY

---

CRIMINAL HISTORY SEARCH INFORMATION

CONVICTION RECORD
FELONY CLASS

Name On Court File: KEVIN JONES Name Given: KEVIN JONES

Confidential

STERLING0000099

AKA: N/A
Date Of Birth On Court File: 10/17/1955 Date Of Birth Given: 10/17/1955

SS # On Court File: N/A SS # Given: N/A

County: STATE OF NY

State: NY

Docket # / Case #: SCI-01596-2009

Ind #: N/A

Arrest/Incident Date: 06/07/2009

Charges:
1. 1ST DEGREE - AGGRAVATED UNLICENSED OPERATION MOTOR VEHICLE (F)
2. OPERATING MOTOR VEHICLE UNDER INFLUENCE DRUG OR ALCOHOL (F)
3. OPERATING MOTOR VEHICLE UNDER INFLUENCE DRUG OR ALCOHOL (F)

Disposition Date: 10/07/2010

Disposition:
1-2. VIOLATION OF PROBATION
3. DISMISSED

Sentence Information:
1-2. IMPRISONMENT 7 MONTHS

Additional Information:
***RECORD FOUND IN ERIE COUNTY

---

CRIMINAL HISTORY SEARCH INFORMATION

CONVICTION RECORD
MISDEMEANOR CLASS

Name On Court File: KEVIN JONES Name Given: KEVIN JONES

AKA: N/A
Date Of Birth On Court File: 10/17/1955 Date Of Birth Given: 10/17/1955

SS # On Court File: N/A SS # Given: N/A

County: STATE OF NY

State: NY

Docket # / Case #: 10060041

Ind #: N/A

Arrest/Incident Date: 06/07/2010

Charges:
1. 3RD DEGREE - ATTEMPTED FORGERY (M)
2. 2ND DEGREE - FORGERY (F)
3. 5TH DEGREE - CRIMINAL POSSESSION OF STOLEN PROPERTY (M)

Disposition Date: N/A

Disposition:
1. PLED GUILTY
2. REDUCED
3. DISMISSED

Sentence Information:
1. CONDITIONAL DISCHARGE 1 YEAR

Additional Information:
**NOTE: ADJOURNED TO: 08/24/2010
***RECORD FOUND IN ERIE COUNTY

---

REPORT GENERATED: Friday, Jul 13 2012

STATUS: CLOSED CLOSED DATE: Jul 13 2012 12:55AM



County: SOUTHERN DISTRICT

State: NY

Zip: 10037

City: NEW YORK


No criminal convictions found.

Confidential    STERLING0000100

STATUS: CLOSED CLOSED DATE: Jul 13 2012 5:37AM

County: EASTERN DISTRICT
State: NY
Zip: 11205
City:

No criminal convictions found.
STATUS: CLOSED CLOSED DATE: Jul 13 2012 3:26AM

County: CONNECTICUT DISTRICT
State: CT
Zip: 06906
City:

No criminal convictions found.
STATUS: CLOSED CLOSED DATE: Jul 12 2012 4:01PM

County: NATIONWIDE
State: NW
Zip:
City:

```
*******************************************************
* THE INFORMATION IN THIS REPORT IS THE RESULT OF A DATABASE SEARCH AND *
* HAS NOT BEEN OBTAINED THROUGH STERLING TESTING SYSTEM'S STANDARD *
* CRIMINAL BACKGROUND RESEARCH METHODS. *
*******************************************************
```

The Nationwide Criminal History Search has been used as a jurisdiction locator to provide the broadest geographical coverage for the criminal background check. If the Nationwide search revealed any potential reportable information, primary source searches were initiated.

STATUS: CLOSED CLOSED DATE: Jul 13 2012 12:16PM

Back To Top

Dmv Results

Driver License#: 931080368

State: NY

CLOSED DATE: Jul 12 2012 3:13PM

START OF DRIVING RECORD

Confidential                                                                    STERLING0000101

NEW YORK Driver Record - S5928 Order Date: 07/12/2012

Bill Code:
Reference: 19627371_5 Host Used: Online

License: 931080368

Name: JONES, KEVIN A Report Clear:NO
Address:
City, St:
As of:

Sex : Weight: DOB : AGE:
Eyes: Height: Iss Date:
Hair: Exp Date: 10/17/2014

STATUS: VALID

Violations/Convictions And Failures to Appear And Accidents

TYPE VIOL CONV ACD AVD V/C DESCRIPTION C

VIOL 11/27/10 12/01/10 M15 MA15 1172(A) FAILED TO STOP AT STOP SIGN N
LOCATION/DOCKET: COLCHESTER PTS: 3

Suspensions/Revocations

\*\*\* NO ACTIVITY \*\*\*

License and Permit Information

License: PERSONAL Issue: Expire:10/17/2014 Status:VALID
Class:D GVWR < 18,000 LBS. TOWING VEHICLES(S) < 10,000 LBS. WHEN TOTAL < 26,000 LBS.

Miscellaneous State Data

NAME ON LICENSE/ID: JONES
KEVIN,A
DOCUMENT SURRENDERED ON: 08/12/1987 TO CT
RETURNED TO NY ON: 11/30/2009
CLASS CHANGE: 11/30/2009 NEW: *D* OLD: *5*

|FOR STATED BUSINESS | Underwriting: | Policy | Initials: |
|PURPOSES ONLY | | | |
| | Date: | Issue Date: | |
| | / / | / / | Control Number: 2OTZUD |

END OF DRIVING RECORD

Back To Top

Office of Foreign Asset Control(OFAC) Results

Clear

Back To Top

Sexual Offender DataBase Search Results

State:

NY

No Record Found

State:

CT

Confidential    STERLING0000102

No Record Found

Back To Top

SSTrace Results

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* Social Security Trace \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\* \*
\* \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

GENERATED: 07/12/2012 03:23:42 PM
TRANSACTION I

Action/Comments

### Last Order Follow Up Information

| | |
|---|---|
| Lack of Order - Reason | Indicate Client Engagement |
| Lack Of Order - Sub Reason | Indication of Associated Risk |

### Acquisition Engagement

| | |
|---|---|
| Directed to web site posting? | Action Items/ Follow up Tasks |
| Customer advised of the Press Release? | Follow up required? |
| Explained SIS mgmt & support stays same? | Sentiment |
| Explained about new products & services? | Conversation Summary / Customer Verbatim |

### Additional Information

| | |
|---|---|
| Escalation Level | Action Items |
| Resolution | |

### System Information

| | | | |
|---|---|---|---|
| Created By | Sarah Davis, 7/16/2012 5:34 PM | Last Modified By | Sarah Davis, 7/16/2012 5:34 PM |
| | | Created Date (Historical) | |

### Reminder

Reminder

[ Edit ] [ Delete ] [ Create Follow-Up Task ] [ Create Follow-Up Event ]

### Attachments

No records to display

^ Back To Top         Always show me   more records per related list

Copyright © 2000-2014 salesforce.com, inc. All rights reserved. | Privacy Statement | Security Statement | Terms of Use | 508 Compliance

Chat

Confidential         STERLING0000103