# EXHIBIT 12

# CERTIFICATE OF DISPOSITION

| STATE OF NEW YORK | WEST SENECA TOWN COURT |
|---|---|
| ERIE COUNTY | CRIMINAL PART |

PEOPLE OF THE STATE OF NEW YORK
    VS.
KEVIN M. JONES; Defendant

CASE NO: 10060669

Date of Birth: ▬▬▬▬▬▬▬
Date of Arrest: 06/15/2010
Disposition Date: 10/01/2010

JC501 no: 642521562
NYSID no: 4033016R

| Section Charged | Section Disposed | Ticket No & Description | Disposition | Fine | Civil-Fee | Surchg |
|---|---|---|---|---|---|---|
| PL 155.25 | PL 155.25 | ATTMPT PETIT LARCENY | Jail (time served) | 0.00 | 0.00 | 0.00 |

Upon a proper request for an official statement of disposition, I certify that the above named defendant having appeared before this court was charged as shown above. Each of the charges was disposed of as indicated.

Dated: The 4th day of March 2014

_____
Court Clerk

CAUTION: This information must not be divulged if the case is sealed or where the defendant has been adjudicated a youthful offender.

Hon. Richard B. Scott

JONES 00191