# EXHIBIT 13

# Divestiture to Superior Court (170 CPL)

STATE OF NEW YORK
COUNTY OF Erie

01596-2009 *omel*

Hon. Michael G. Cooper      Eden Town Court

THE PEOPLE OF THE STATE OF NEW YORK    *FRAN*

-VS-

(Kevin M. Jones)

___ ORDERED Hold for Grand Jury on 06/09/2009
___ Divestiture After Indictment/SCI Notice
___ Dismiss for Direct
Indictment/SCI#:
Date Transmitted:    06/17/2009

**LOCAL COURT INFORMATION**
Docket#: 09060057    CC#: 63614241P

Felony Hearing: Held___ Waved _X_ Date: 6/9/09
Arraign date:    06/07/2009

**DEFENDANT INFORMATION**
M    WHITE
Sex    Race

06/07/2009
Arrest Date

TP
Agency

DOB

4033016R
NYSID NUMBER

852-8222
Defense Counsel & Phone #, if known:

Defendant's Address: [REDACTED]

Bail Posted: ___
Bail Amount $: ___
Bail Type(C/B): ___

*RECEIVED 2009 JUN 22 PM 12:52 CHIEF CLERKS OFFICE SUPREME COUNTY COURTS*

## CHARGES HELD FOR ACTION OF THE GRAND JURY:

VTL 1180 0D - Speeding 50/35
VTL 0402 01 - NUM PLATE VIO
VTL 0401 01A - REGISTRATN VIO
VTL 0511 01A - AGG UNLIC OPER3

VTL 0375 22 - VEH GLASS VIOL
VTL 0509 01 - UNLIC DRIVER
VTL 0319 01U - INSURANCE VIOL
VTL 0511 03A - AGG UNLICENSD-1

The following are being forwarded to
(Please check all that apply)
L_ Felony Complaint (mandatory)
_✓_ Supporting Deposition (mandatory)
___ UCS 540
___ 501 Card
L_ Arrest Report
L_ Other (DWI refusal, appearance ticket, etc.)

Erie      County Court

___ Bail Papers
___ Securing Order
___ Notice of Appearance
___ UTT's
___ DCJS Report

___ License forwarded to Albany
06/18/2009
Date Forwarded:

___ (number enclosed)

Submit this form along with originals of the appropriate papers as provided in CPL 180.70(1) to the address of the appropriate court.

Eden Town Court
2795 East Church St
Eden, New York 14057

Court Name
Street Address
City, State, Zip:

Until such time that these papers are received, this action is deemed to be still pending in the local criminal court.
___ Please notify this court if an indictment has not been filed within 90 () days, or a request has not been made to return this case to the lower criminal court.

DATED: June 18, 2009

By: [signature]
SIGNATURE

[signature] Court Clerk
TITLE

JONES 00192

STATE OF NEW YORK
COUNTY COURT  :  COUNTY OF ERIE

THE PEOPLE OF THE STATE OF NEW YORK          WAIVER OF INDICTMENT
                          vs.                S.C.I. NO. 32438
KEVIN M. JONES                               File No. 01596-2009

I, the defendant named above, having been held for action of a Grand Jury on charges of:
1.  FELONY AGGRAVATED DRIVING WHILE INTOXICATED, VTL §1192(2)(a), 1193(1)(c)(i)
2.  FELONIOUSLY DRIVING WHILE INTOXICATED, VTL §1192(3), 1193(1)(c)(i)
3.  AGGRAVATED UNLICENSED OPERATION OF A MOTOR VEHICLE IN THE FIRST DEGREE, V&T LAW §511(3)(a)(i)

I hereby waive indictment and consent to be prosecuted by a Superior Court Information charging the following offense(s):
1.  FELONIOUSLY DRIVING WHILE INTOXICATED, VTL §1192(2), 1193(1)(c)(i)
2.  AGGRAVATED UNLICENSED OPERATION OF A MOTOR VEHICLE IN THE FIRST DEGREE, V&T LAW §511(3)(a)(i)

A.  June 7, 2009 at approximately 4:16 p.m.
Approximate Date and Time of the commission of above offense

B.  West Church, Town of Eden, County of Erie, State of New York
Approximate Place of the commission of the above offense

I am aware that:
(a)  under the Constitution of the State of New York I have the right to be prosecuted by indictment filed by a Grand Jury;
(b)  I waive such right and consent to be prosecuted by Superior Court Information to be filed by the District Attorney;
(c)  the Superior Court Information to be filed by the District Attorney will charge the offenses in this waiver; and
(d)  the Superior Court Information to be filed by the District Attorney will have the same force and effect as an indictment filed by a Grand Jury.
This Waiver was signed by the defendant in open Court and in my presence.

Signature
KEVIN M. JONES
Defendant

I, the District Attorney of the
County specified above, hereby
consent to this waiver

FRANK A. SEDITA, III
DISTRICT ATTORNEY OF ERIE COUNTY

Signature
PATRICK QUINLIVAN, ESQ.
Defense Attorney

Signature
BETHANY A. SOLEK
Assistant District Attorney

This Court being satisfied that this waiver complies with the provisions of Sections 195.10 and 195.20 of the Criminal Procedure Law, it is GRANTED ORDERED, that this waiver is approved.

SEPTEMBER 30, 2009                    Enter.

COURT CLERK                           HON. MICHAEL PIETRUSZKA, J.C.C.

JONES  00193