# EXHIBIT 14

# HALSTEAD
MANAGEMENT COMPANY, LLC

## Pre-Adverse Action Notice

7/17/2012

Dear Kevin Jones,

When you applied for employment, you consented to an independent investigation conducted by a consumer reporting agency. This investigation may have included obtaining information regarding bankruptcies covering up to the last ten (10) years, obtaining information regarding civil suits, civil judgments, arrest records, and paid tax liens covering up to the last seven (7) years, obtaining information regarding any other adverse item of information covering up to the last seven (7) years and obtaining information regarding references and educational and employment verifications without any time limitations, subject to any limitations or exceptions applicable under applicable state and federal law. The investigation also may have included obtaining information relating to criminal records without any time limitations, subject to state law.

contracted with **Sterling Infosystems, Inc.**, whose address and telephone number is 249 West 17th Street, New York, NY 10011 / Telephone: (877) 424-2457. **Sterling Infosystems, Inc.** has reported to us the following information:

**Criminal Report**

Based on this information, subject to you successfully challenging the accuracy of this information, we have decided to revoke your conditional offer of employment. **Sterling Infosystems, Inc.** has not made this decision and is not able to explain why the decision was made.

is enclosing a copy of the report and a copy of your rights under the federal Fair Credit Reporting Act. You have the right to obtain a free copy of your file from **Sterling Infosystems, Inc.** if you request the report within 60 days. You also have the right to dispute directly with **Sterling Infosystems, Inc.** the accuracy or completeness of any information provided by it.

If you believe the information listed above is not accurate, please contact **Sterling Infosystems, Inc.** within five business days of receipt of this letter.

This will give you an opportunity to contact us if you want to dispute the report submitted by **Sterling Infosystems, Inc.**

Sincerely,
Halstead Management, LLC As Agent for 45 East 62nd Street Corp.
Encl: FTC Summary of Rights
[State summaries as appropriate]

JONES 00027