# EXHIBIT 15



Sterling Backcheck

Search Veronique Lavord... Help & Training VerticalResponse

Home Cases Reports Global Products Arena Issue Management

Create New...

Shortcut

Unresolved Items

Recent Items

01043446
01089373
01355669
01043749
01043342
01579127
02587051
02536461
02526463
02504649

Recycle Bin

Case
01043446

Customize Page | Printable View | Help for this Page

Show Feed

« Back to List: Cases

Case Comments [4] | Emails [2] | Solutions [0] | Open Activities [0] | Activity History [5+] | Attachments [1] | Case History [5+] | OHS Product Checklist [0] | Drug Form Orders [0] | Case Survey [0] | Issue Management [0] | Case Reporting [0] | Approval History [0]

## Case Detail

Edit | Close Case | Clone | OHS Only | Reply to all | Send back to Ops Queue | Send to Case Originator

| | | | |
|---|---|---|---|
| Case Owner | Reena Dennson [Change] | Case Record Type | [Change] |
| Case Number | 01043446 | Status | Closed |
| Contact Name | Applicant Brown Harris Stevens Llc Group-BROWNHS | Crim Status | |
| Follow-up required | | Account Name | Brown Harris Stevens LLC Group |
| Follow up Date | | Contact Email | client_services@sterlinginfosystems.com |

### Case Details

| | | | |
|---|---|---|---|
| Priority | Medium | Case ETA | |
| Platform | Tracker | Complaint | No |
| US Fulfilled | | Amount to Credit | |
| Case Origin | Inbound Call | Credit Reason | |
| Department | Criminal | Source | |
| Product | | Include AM/BRM on Status Updates | |
| Case Reason | Applicant Dispute | Notify Client Services | |
| OHS Case Reasons | | Customer Type | |
| FCR | No | Existing Product | |
| Route to Helpdesk | Yes | Move To Product | |
| Unisource Client | | | |
| Tandem Client | | | |
| Subject | 19627371 | | |
| Order # | 19627371 | | |
| Description | applicant claims that all the charges do not belong to him<br><br>please see attached | | |
| Action Taken | | | |
| Volume Spike Details | | | |

### Criminal - Jurisdiction Information (Enter County Name and search)

| | | | |
|---|---|---|---|
| County / Jurisdiction 1 | | State 1 | |
| County / Jurisdiction 2 | | State 2 | |

### Dispute Information

| | | | |
|---|---|---|---|
| Dispute Investigator | Linda Froom | Dispute Jurisdiction | Volusia County, FL |
| Dispute Resolution | No Changes Made | Dispute Resolution Reason | |
| Business Line | Sterling East | Reason Detail | The FL search is clear. The cases are found in NY. The documents the applicant sent in are for cases in Volusia County, FL. There is nothing to dispute for this case. |
| SSN Flagged | | Original Rating | ALERT |
| SSN Flag Removed | | Rating at completion of dispute | ALERT |
| Trigger Issue Management | | Review | |
| Initial Root Cause | | Investigation | |
| Issue Description | | | |

### Client Facing Criminal Dispute Information

| | | | |
|---|---|---|---|
| Dispute Initiated by | Applicant | Client Name | All |
| Adverse Action Received | NA | Jurisdiction 1 | state of NY |
| Applicant Name | KEVIN JONES | Jurisdiction 2 (Optional) | |
| Applicant Email Address | | Jurisdiction 3 (Optional) | |
| Applicant Phone | (646) 721-4033 | Location | |
| Client Email Address | md'alauro@bhsusa.com | | |
| Client Email Address (Optional) | mfoylek@halstead.com | | |
| Client Email Address (Optional) | | | |
| Client Email Address (Optional) | | | |
| Update Policy Explained | | | |

### For OHS use only

| | | | |
|---|---|---|---|
| OHS Owner | | Estimated Shipped Date | |
| Status | | Case Moved Date/Time | 7/16/2012 6:01 PM |
| Shipping Mode | | | |

### Vendor Management

| | | | |
|---|---|---|---|
| AOM Owner | | Vendor Owner | |
| AOM Request | | Internal CC | |
| Date/Time Opened | 7/16/2012 6:01 PM | Date/Time Closed | 7/25/2012 10:00 AM |
| Owner Change Date | | Last Case Comment Date | |
| | | Case Comment Count | |
| Created By | Reena Dennson, 7/16/2012 6:01 PM | Last Modified By | Minsha Ho, 6/9/2014 2:16 PM |
| | | HR Plus SFDC Created Date (Historical) | |

Edit | Close Case | Clone | OHS Only | Reply to all | Send back to Ops Queue
Send to Case Originator

### Case Comments     New                              Case Comments Help

| Action | Public | Comment |
|---|---|---|
| Make Public | | Created By: Linda Froom (7/24/2012 3:52 PM)<br>Nothing to dispute. Closing case. |
| Make Public | | Created By: Linda Froom (7/24/2012 3:49 PM)<br>Closing case as is because the documents are from a different county and state. |
| Make Public | | Created By: Linda Froom (7/24/2012 3:48 PM)<br>The attached documents are for cases in Florida. The cases on the applicant's background are from Erie County, New York. There are no cases in Fl for this applicant. |
| Make Private | ✓ | Created By: Amit Shukla (7/16/2012 6:03 PM)<br>Final adverse letter is stopped as per request received- Hitesh Madnani |

### Emails     Send an Email                          Emails Help

| Action | Status | Subject | Email Address | Message Date |
|---|---|---|---|---|
| Reply \| To All \| Del | Sent | Applicant Dispute - Applicant: KEVIN JONES Order # 19627371 Hi All, This email is to notify you that KEVIN JONES contacted Sterling ... | md'alauro@bhsusa.com; client_services@sterlinginfosystems.com | 7/24/2012 3:51 PM |
| Reply \| To All \| Del | Sent | Applicant Dispute - Applicant: KEVIN JONES Order # 19627371 Hi All, This email is to notify you that KEVIN JONES is contesting their ... | md'alauro@bhsusa.com; client_services@sterlinginfosystems.com | 7/16/2012 6:01 PM |

### Solutions                                    in All Solutions          Solutions Help
Find Solution

No Solutions Attached

### Open Activities    New Task | New Event                 Open Activities Help

No records to display

Confidential                                                      STERLING0000002

## Activity History

Log a Call | Mail Merge | Send an Email | View All    Activity History Help

| Action | Subject | Name | Task | Due Date | Assigned To | Last Modified Date/Time |
|---|---|---|---|---|---|---|
| Edit \| Del | Call | Applicant Brown Harris Stevens Llc Group-BROWNHS | ✓ | 7/25/2012 | Reena Dennson | 6/9/2014 2:16 PM |
| Edit \| Del | Email: Applicant Dispute - Applicant: KEVIN JONES Order # 19627371 | Applicant Brown Harris Stevens Llc Group-BROWNHS | ✓ | 7/24/2012 | Linda Froom | 6/9/2014 2:16 PM |
| Edit \| Del | Email: 01043446 | | ✓ | 7/24/2012 | Reena Dennson | 7/24/2012 6:28 PM |
| Edit \| Del | Email: RE: Applicant Dispute - Applicant: KEVIN JONES Order # 19627371 | | ✓ | 7/24/2012 | Reena Dennson | 7/24/2012 3:29 PM |
| Edit \| Del | Email: FW: Applicant Dispute - Applicant: KEVIN JONES Order # 19627371 | | ✓ | 7/24/2012 | Sarah Davis | 7/24/2012 2:53 PM |

Show more » | Go to list »

## Attachments

Attach File | View All    Attachments Help

| Action | File Name | Size | Last Modified | Created By |
|---|---|---|---|---|
| Edit \| View \| Del | Fax27 (2).TIF | 74KB | 7/17/2012 10:15 AM | Reena Dennson |

## Case History

Case History Help

| Date | User | Action |
|---|---|---|
| 7/25/2012 10:00 AM | Reena Dennson | Changed Status from Awaiting Internal Response to Closed. |
| 7/25/2012 10:00 AM | Reena Dennson | Closed. |
| 7/24/2012 6:28 PM | Reena Dennson | Changed Status from Closed to Case Owner to Awaiting Internal Response. |
| 7/24/2012 3:52 PM | Linda Froom | Changed Case Owner from Linda Froom to Reena Dennson. |
| | | Changed Status from In Progress (by owner) to Closed to Case Owner. |

Show more » | Go to list »

## OHS Product Checklist

Submit to OHS Business Relations    OHS Product Checklist Help

No records to display

## Drug Form Orders

New Drug Form Order    Drug Form Orders Help

No records to display

## Case Survey

New Case Survey    Case Survey Help

No records to display

## Issue Management

Issue Management Help

No records to display

## Case Reporting

Case Reporting Help

No records to display

## Approval History

Submit for Approval    Approval History Help

No records to display

← Back To Top    Always show me ___ more records per related list

Copyright © 2000-2014 salesforce.com, inc. All rights reserved. | Privacy Statement | Security Statement | Terms of Use | 508 Compliance

Chat