# Fax



**To:** STERLING INFO. SYSTEMS: ATT: REENA  
**From:** KEVIN A. JONES

**Fax:** 212-736-0643  
**Pages:** (4) Including Cover Sheet  
**Phone:** 800-899-2272 EXT 150  
**Date:** 7-17-12  
**Re:** #1962737I  
**CC:**

☑ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

**Comments:** ENCLOSED IS A PICTURE OF MY CURRENT LICENSE AND A "NOTARE" AFFADAVIT. THAT WAS SENT TO FLORIDA FOR THE SAME REASON!

Confidential                                                                 STERLING0000017



PHOTO TAKEN
(10-23-2009)

Confidential
STERLING0000018

# DIANE M. MATOUSEK

CLERK OF THE CIRCUIT COURT
SEVENTH JUDICIAL CIRCUIT – VOLUSIA COUNTY, FLORIDA

PLEASE REPLY TO:
Criminal/Traffic Division
125 E Orange Ave
Daytona Beach, FL 32114

Date: October 19, 2009

Kevin A. Jones



RE: Case Number: CTC04-55622MMAES (2743CWN, 2743CWN, and 057962W)

Dear Mr. Jones:

We are in receipt of your correspondence for the above-mentioned case. We have enclosed a not me affidavit, which needs to be filled out completely and signed by a notary and returned to the address indicated above.

Please be advised that we have sent a copy of your letter to the State Attorney's Office at 251 N Ridgewood Avenue, Daytona Beach, FL 32114. You may contact the State Attorney's Office at the address mentioned above or by phone at (386) 239-7710.

If our office can be of further assistance, please do not hesitate to contact our office at the address indicated above by (386)257-6080.

Sincerely,

DIANE M. MATOUSEK
Clerk of the Circuit Court

By: _____
Nico Cleveland
Deputy Clerk

STERLING0000019
Confidential

## AFFIDAVIT

Before the undersigned authority appeared __KEVIN A. JONES__, who was first sworn to state the truth, the whole truth and nothing but the truth, and then did state on his/her oath as follows:

1. I am not the person who received the Uniform Traffic Citation issued __NOVEMBER 26, 2004__
   citation no. __2742CWN, 2743CWN, 057962W__

2. My address as of the above referenced date was ███
   My current address is ███
   Height: __6 FT__ Weight: __210__ Eyes: __BRW__ Hair: __BLK__ Phone #: ███

3. My place of employment on the date in question was __HARLEM CHILDREN ZONE__
   located at: __207-211 LENOX AVE. N.Y. N.Y. 10027__

4. The person who I have reason to believe used my driver's license/signed my name on the above referenced date is __DON'T KNOW__, whose address is __DON'T KNOW__ and whose date of birth is __DON'T KNOW__.

5. I have never owned the vehicle described on the citation. On the date in question, the vehicle I owned was __DID NOT OWN A VEHICLE__ tag # __N/A__.

6. If possible, I have attached a photograph of myself to this Affidavit.

I make the foregoing statements for the purpose of inducing the Court to dismiss citation no. __2742CWN__ and __2743CW, 057962h__ am doing so knowing full well that **I AM SUBJECT TO THE PENALTIES OF PERJURY** ** in making this Affidavit and I do so freely and voluntarily.

**FIVE YEARS INCARCERATION, FLORIDA STATE PRISON**

Dated this __23rd__ day of __OCTOBER__, 20__09__.

_Kevin A. Jones_
AFFIANT

I HEREBY CERTIFY that on this day, before me, a notary public duly authorized to take acknowledgements, personally appeared __Kevin A. Jones__, who is personally known to me or who presented __Drivers License__ as ID, and who swore to and executed the foregoing instrument, and acknowledged before me that he/she executed the same.

Witness my hand and official seal this __23rd__ day of __October__, 20__09__

NATASHA R BRIZZ
Notary Public - State of New York
NO. 01BR6164Y403
Qualified in Bronx County
My Commission Expires 7/10/2010

NOTARY PUBLIC

Sign your name five times below:

_Kevin A. Jones_
_Kevin A. Jones_
_Kevin A. Jones_
_Kevin A. Jones_
_Kevin A. Jones_

Left thumb            Right Thumb

PO Johnson 656      10/23/09
Signature of official taking prints    date

32 PCT.

Confidential                                                                                                    STERLING0000020