# EXHIBIT 17

# ▷▷ STERLING

July 30, 2012

Kevin Jones
Redacted
New York, NY Redacted

Re: Contested Consumer Report

Dear Mr. Jones:

This letter is in response to your phone call of July 24, 2012, in which you contested the contents of a consumer report prepared by Sterling Infosystems for our client, Brown Harris Stevens LLC Group.

Sterling Infosystems is a Consumer Reporting Agency (CRA), as defined under both federal and state laws and you have the right to contest information in any report you have authorized us to prepare on your background. We must complete our re-investigation within 30 days of the dispute being opened. If your dispute is not substantiated, you have a right to add a statement to your file disputing the accuracy or completeness of the information. If after reinvestigation, information is deleted from your file, you have a right to request that we furnish notifications to those who have within two years prior thereto received a consumer report for employment purposes.

These rights, and others you may have, are set forth in the Fair Credit Reporting Act, (FCRA). We are including a copy of "A Summary of Your Rights Under the Fair Credit Reporting Act (revised 01-05)" for your reference.

Sterling Infosystems has investigated your claim and is making its report to you by this letter.

<u>Summary of Claim:</u>

You claimed the criminal cases shown in Volusia County, Florida, do not belong to you and should not be shown on our report. You requested we update our report to reflect this information. We explained that a reinvestigation would be initiated at the county level and any information you could provide would be helpful.

Confidential

 STERLING

<u>Results of our Re-Investigation:</u>

We received your documents on 7/24/2012, a judicial clearance certificate received from the Volusia County Circuit, Florida. This document confirmed the cases do not belong to you. However, we did not report any criminal charges for you in Volusia County, Florida. The charges that remain on your report are from Erie County, New York.

At this time, we are unable to update our report as no contrary information was found that would enable or require us to do so. For additional information on this case, you may contact the Erie County Superior Court. A copy of our report is enclosed for your records.

Dispute opened: July 24, 2012
Dispute closed: July 25, 2012
Time to close: One business day
Letter prepared: July 30, 2012
Letter sent: July 30, 2012

If you have any questions or concerns regarding this report, please contact Dispute Resolution at 800-943-2589 ext. 5207.

<u>Privacy of Information</u>

Sterling Infosystems does not resell and/or redistribute the information compiled in its consumer reports to anyone, at anytime for any purpose, other than the parties named in the Agreement, Authorization, and Consent for Release of Background Information signed by the subject of the report before its preparation.

Sincerely,

Sterling Infosystems

*Linda Froom*

Linda Froom
Dispute Resolution Specialist

Enclosures

Confidential