# EXHIBIT 19



Sterling Backcheck

Search | Veronique Laverd... | Help & Training | VerticalResponse

Home | Cases | Reports | Global Products Arena | Issue Management

Create New...

Shortcut

Unresolved Items

Recent Items

01043446
01089373
01355669
01043749
01043342
01579127
02567051
02538461
02526463
02504649

Recycle Bin

# Outbound Email Message

Help for this Page

« Back to List: Cases

Attachments [0]

## Email Message Detail

Reply | Reply To All | Forward | Delete

[ Previous | Email Message List | Next ]

| | | | |
|---|---|---|---|
| Parent Case | 01043446 | Status | Sent |
| Message Date | 7/24/2012 3:51 PM | | |
| Created By | Linda Froom, 7/24/2012 3:51 PM | Modified By | Linda Froom, 7/24/2012 3:51 PM |

### Address Information

| | |
|---|---|
| From Address | client_services@sterlinginfosystems.com |
| From Name | Client Services |
| To Address | md'alauro@bhsusa.com; client_services@sterlinginfosystems.com |
| CC Address | mfoytek@halstead.com |
| BCC Address | |

### Email Information

Subject: Applicant Dispute - Applicant: KEVIN JONES Order # 19627371

HTML Body: Click here to view HTML version

Text Body:

Hi All ,

This email is to notify you that KEVIN JONES contacted Sterling on 7/16/2012 to dispute the criminal results under the following jurisdiction(s):

state of NY

After extensive investigation, the criminal results were validated from the courthouse and remain unchanged. Please be advised the dispute case has been closed and is not in the applicant's favor. If you have any questions about the results, please reach out to Client Services at 877-424-2457.

Thank you,

Client Services Team
Sterling Infosystems, Inc.
Phone: 877-424-2457
Email: Client_Services@SterlingInfosystems.com

Reply | Reply To All | Forward | Delete

## Attachments

No records to display

^ Back To Top

Always show me more records per related list

Copyright © 2000-2014 salesforce.com, inc. All rights reserved. | Privacy Statement | Security Statement | Terms of Use | 508 Compliance

Chat