# EXHIBIT 20



Sterling Backcheck

Search Veronique Laverd... Help & Training VerticalResponse

Home Cases Reports Global Products Arena Issue Management

Create New...

Shortcut

Unresolved Items

Recent Items

01089373
01043446
Applicant Brown Harris Stevens Llc Group-BROWNHS
01355669
01043749
01043342
01579127
02587051
02538461
02526463

Recycle Bin

Case
01089373

Customize Page | Printable View | Help for this Page

Show Feed

« Back to List: Cases

Case Comments [0] | Emails [1] | Solutions [0] | Open Activities [0] | Activity History [3] | Attachments [1] | Case History [15] | OHS Product Checklist [0] | Drug Form Orders [0] | Case Survey [0] | Issue Management [0] | Case Reporting [0] | Approval History [0]

## Case Detail

Edit | Close Case | Clone | OHS Only | Reply to all | Send back to Ops Queue | Send to Case Originator

| | | | |
|---|---|---|---|
| Case Owner | Victoria Francis [Change] | Case Record Type | [Change] |
| Case Number | 01089373 | Status | Closed |
| Contact Name | Applicant Brown Harris Stevens Llc Group-BROWNHS | Crim Status | |
| Follow-up required | | Account Name | Brown Harris Stevens LLC Group |
| Follow up Date | | Contact Email | client_services@sterlinginfosystems.com |

### Case Details

| | | | |
|---|---|---|---|
| Priority | Medium | Case ETA | |
| Platform | Tracker | Complaint | No |
| US Fulfilled | | Amount to Credit | |
| Case Origin | Inbound Call | Credit Reason | |
| Department | Criminal | Source | |
| Product | | Include AM/BRM on Status Updates | |
| Case Reason | Applicant Dispute | Notify Client Services | |
| OHS Case Reasons | | Customer Type | |
| FCR | No | Existing Product | |
| Route to Helpdesk | No | Move To Product | |
| Unisource Client | | | |
| Tandem Client | | | |
| Subject | 19627371 | | |
| Order # | 19627371 | | |
| Description | Applicant called in statin that all the charges on the file are not his he was never convicted nor was he ever arrested....for any of the charges on the file.... | | |
| Action Taken | | | |
| Volume Spike Details | | | |

### Criminal - Jurisdiction Information (Enter County Name and search)

| | | | |
|---|---|---|---|
| County / Jurisdiction 1 | | State 1 | |
| County / Jurisdiction 2 | | State 2 | |

### Dispute Information

| | | | |
|---|---|---|---|
| Dispute Investigator | | Dispute Jurisdiction | |
| Dispute Resolution | | Dispute Resolution Reason | Customer Service misclassification |
| Business Line | Sterling East | Reason Detail | Dispute processed by Linda Froom under case 01043446 |
| SSN Flagged | | Original Rating | |
| SSN Flag Removed | | Rating at completion of dispute | |
| Trigger Issue Management | | Review | |
| Initial Root Cause | | Investigation | |
| Issue Description | | | |

### Client Facing Criminal Dispute Information

| | | | |
|---|---|---|---|
| Dispute Initiated by | Applicant | Client Name | Brown Harris Stevens LLC Group |

Confidential STERLING0000026

|   |   |   |   |
|---|---|---|---|
| Adverse Action Received | Yes | Jurisdiction 1 | STATE OF NY |
| Applicant Name | KEVIN JONES | Jurisdiction 2 (Optional) |   |
| Applicant Email Address |   | Jurisdiction 3 (Optional) |   |
| Applicant Phone | (646) 721-4033 | Location |   |
| Client Email Address | mfoytek@halstead.com |   |   |
| Client Email Address (Optional) | md'alauro@bhsusa.com |   |   |
| Client Email Address (Optional) |   |   |   |
| Client Email Address (Optional) |   |   |   |
| Update Policy Explained |   |   |   |

### For OHS use only

|   |   |   |   |
|---|---|---|---|
| OHS Owner |   | Estimated Shipped Date |   |
| Status |   | Case Moved Date/Time | 8/13/2012 10:09 AM |
| Shipping Mode |   |   |   |

### Vendor Management

|   |   |   |   |
|---|---|---|---|
| AOM Owner |   | Vendor Owner |   |
| AOM Request |   | Internal CC |   |
| Date/Time Opened | 8/13/2012 10:09 AM | Date/Time Closed | 10/19/2012 9:27 AM |
| Owner Change Date |   | Last Case Comment Date | 10/15/2012 12:01 PM |
|   |   | Case Comment Count | 6 |
| Created By | Victoria Francis, 8/13/2012 10:09 AM | Last Modified By | Minsha Ho, 6/9/2014 2:16 PM |
|   |   | HR Plus SFDC |   |
|   |   | Created Date (Historical) |   |

[ Edit ] [ Close Case ] [ Clone ] [ OHS Only ] [ Reply to all ] [ Send back to Ops Queue ]
[ Send to Case Originator ]

### Case Comments                    New                                            Case Comments Help

| Action | Public | Comment |
|---|---|---|
| Make Public |   | Created By: Linda Froom (10/15/2012 12:01 PM) | Last Modified By: Linda Froom (10/16/2012 4:39 PM)<br>Asked Amanda to send a vendor in for identifiers for these cases as the clerk will not release any information. |
| Make Public |   | Created By: Karen Veliz (9/18/2012 11:54 AM)<br>clerk at Town of West Seneca Court (716-558-3250) said I could fax the request Attn: West Seneca Court (716-674-0518). she said it would be up to the judge if he wants to confirm any additional identifiers. |
| Make Public |   | Created By: Karen Veliz (9/18/2012 11:51 AM)<br>spoke to clerks at Town of Orchard Park Court (716-662-6415) and Village of Lancaster Court (716-683-6780) who confirmed cases #07120275 and #10060041, respectively, are for a Kevin M. Jones. app is Kevin A. Jones. also SSN# not a match. removed these cases b/c don't belong to app. |
| Make Public |   | Created By: Karen Veliz (9/18/2012 11:07 AM)<br>response from court:<br>Dear Ms. Veliz:<br><br>I can confirm that there is a case under SCI-01596-2009 for a Kevin Jones with a date of birth of 10/17/1955. The other 3 cases belong to various town and village courts (Town of Orchard Park Court, Town of West Seneca Court, and Village of Lancaster Court, respectively). I would not be surprised to learn, however, that there may be more than one Kevin Jones with the same birth date. I believe that Mr. Jones can submit his fingerprints to the NYS Division for Criminal Justice Services to prove that he is not one in the same. Unfortunately, I can not provide any additional information. I am copying in someone at the NYS Office of Court Administration, Tina Richburg, who might be able to provide additional information how proceed. |
| Make Public |   | Very truly yours,<br><br><br><br>Ellis W. Bozzolo, Chief Clerk<br>Erie County<br>Supreme & County Courts<br>25 Delaware Avenue<br>Buffalo, New York 14202<br>Ph. 716-845-9301<br>Fax 716-851-3293 |
| Make Public |   | Created By: Karen Veliz (9/14/2012 2:39 PM)<br>emailed request to court clerk. |

Confidential                                                                             STERLING0000027

| Make Public | Created By: Karen Veliz (9/14/2012 2:27 PM) | Last Modified By: Karen Veliz (9/14/2012 2:27 PM) |
|---|---|
| | 8th Judicial District |
| | Sue Biller |
| | Court Clerk |
| | sbiller@courts.state.ny.us |

### Emails

Send an Email                                                                                             Emails Help

| Action | Status | Subject | Email Address | Message Date |
|---|---|---|---|---|
| Reply \| To All \| Del | Sent | Applicant Dispute - Applicant: KEVIN JONES Order # 19627371 HI Brown Harris Stevens LLC Group . This email is to notify you that KEVIN... | mfoytek@halstead.com; client_services@sterlinginfosystems.com | 8/13/2012 10:09 AM |

### Solutions

Find Solution                               In All Solutions                                    Solutions Help

No Solutions Attached

### Open Activities

New Task | New Event                                                                        Open Activities Help

No records to display

### Activity History

Log a Call | Mail Merge | Send an Email | View All                                      Activity History Help

| Action | Subject | Name | Task | Due Date | Assigned To | Last Modified Date/Time |
|---|---|---|---|---|---|---|
| Edit \| Del | Call | Applicant Brown Harris Stevens Llc Group-BROWNHS | ✓ | 10/19/2012 | Victoria Francis | 6/9/2014 2:16 PM |
| Edit \| Del | Email: Applicant Dispute - Applicant: KEVIN JONES Order # 19627371 | | ✓ | 10/19/2012 | Victoria Francis | 10/19/2012 9:27 AM |
| Edit \| Del | Email: Applicant Dispute - Applicant: KEVIN JONES Order # 19627371 | Applicant Brown Harris Stevens Llc Group-BROWNHS | ✓ | 8/13/2012 | Victoria Francis | 6/9/2014 2:16 PM |

### Attachments

Attach File | View All                                                                      Attachments Help

| Action | File Name | Size | Last Modified | Created By |
|---|---|---|---|---|
| Edit \| View \| Del | Kevin Jones.pdf | 27KB | 11/6/2012 6:45 PM | Linda Froom |

### Case History

                                                                                               Case History Help

| Date | User | Action |
|---|---|---|
| 10/19/2012 9:27 AM | Victoria Francis | Changed Status from In Progress (by owner) to Closed. Closed. |
| 10/15/2012 12:01 PM | Linda Froom | Changed Last Case Comment Date from 9/18/2012 11:54 AM to 10/15/2012 12:01 PM. |
| 10/13/2012 10:25 AM | Veronique Laverdiere | Changed Case Owner from Applicant Dispute to Victoria Francis. |
| 10/13/2012 10:24 AM | Veronique Laverdiere | Changed Case Owner from Karen Veliz to Applicant Dispute. |
| 9/18/2012 11:54 AM | Karen Veliz | Changed Last Case Comment Date from 9/18/2012 11:51 AM to 9/18/2012 11:54 AM. |
| 9/18/2012 11:51 AM | Karen Veliz | Changed Last Case Comment Date from 9/18/2012 11:07 AM to 9/18/2012 11:51 AM. |
| 9/18/2012 11:07 AM | Karen Veliz | Changed Last Case Comment Date from 9/14/2012 2:39 PM to 9/18/2012 11:07 AM. |
| 9/14/2012 2:39 PM | Karen Veliz | Changed Last Case Comment Date from 9/14/2012 2:27 PM to 9/14/2012 2:39 PM. |
| 9/14/2012 2:27 PM | Karen Veliz | Changed Last Case Comment Date from 8/13/2012 10:09 AM to 9/14/2012 2:27 PM. |
| 8/22/2012 1:48 PM | Linda Froom | Changed Status from Awaiting Internal Response to In Progress (by owner). |
| 8/22/2012 1:48 PM | Linda Froom | Changed Last Case Comment Date to 8/13/2012 10:09 AM. Changed Case Owner from Applicant Dispute to Karen Veliz. |
| 8/13/2012 10:09 AM | Victoria Francis | Changed Case Owner from Victoria Francis to Applicant Dispute. Created. |

### OHS Product Checklist

Submit to OHS Business Relations                                                      OHS Product Checklist Help

No records to display

### Drug Form Orders

New Drug Form Order                                                                      Drug Form Orders Help

No records to display

**Case Survey**            New Case Survey                              Case Survey Help

No records to display

**Issue Management**                                                    Issue Management Help

No records to display

**Case Reporting**                                                      Case Reporting Help

No records to display

**Approval History**       Submit for Approval                          Approval History Help

No records to display

^ Back To Top              Always show me   more records per related list

Copyright © 2000-2014 salesforce.com, inc. All rights reserved. | Privacy Statement | Security Statement | Terms of Use | 508 Compliance

Chat

Confidential                                                         STERLING0000029