# EXHIBIT 21



Sterling Backcheck

Search | Veronique Laverd... | Help & Training | VerticalResponse

Home | Cases | Reports | Global Products Arena | Issue Management

Create New...

Shortcut

Unresolved Items

Recent Items

- 01089373
- 01043446
- Applicant Brown Harris Stevens Llc Group-BROWNHS
- 01355069
- 01043749
- 01043342
- 01579127
- 02587051
- 02538461
- 02526463

Recycle Bin

Task

# Email: Applicant Dispute - Applicant: KEVIN JONES Order # 19627371

Help for this Page

Show Feed

« Back to List: Cases

Attachments [0]

## Task Detail

Edit | Delete | Create Follow Up Task | Create Follow-Up Event

### Task Information

| | | | |
|---|---|---|---|
| Assigned To | Victoria Francis | Status | Completed |
| Subject | Email: Applicant Dispute - Applicant: KEVIN JONES Order # 19627371 | Name | |
| Due Date | 10/19/2012 | Related To | 01089373 |
| Phone | | Email | |
| Priority | Normal | Type | Email |
| Reason | | | |

### Description Information

Comments

From: Victoria Francis
To: md'alauro@bhsusa.com
CC: mfoytek@halstead.com
Received at: 10/19/2012 9:27:03 AM
Hi All ,

This email is to notify you that KEVIN JONES contacted Sterling on 8/13/2012 to dispute the criminal results under the following jurisdiction(s):

state of NY

After extensive investigation, the criminal results were validated from the courthouse and remain unchanged. Please be advised the dispute case has been closed and is not in the applicant's favor. If you have any questions about the results, please reach out to Client Services at 877-424-2457.

Thank you,

Client Services Team
Sterling Infosystems, Inc.
Phone: 877-424-2457
Email: Client_Services@SterlingInfosystems.com

Action/Comments

### Last Order Follow Up Information

| | | | |
|---|---|---|---|
| Lack of Order - Reason | | Indicate Client Engagement | |
| Lack Of Order - Sub Reason | | Indication of Associated Risk | |

### Acquisition Engagement

| | | | |
|---|---|---|---|
| Directed to web site posting? | | Action Items/ Follow up Tasks | |
| Customer advised of the Press Release? | | Follow up required? | |
| Explained SIS mgmt & support stays same? | | Sentiment | |
| Explained about new products & services? | | Conversation Summary / Customer Verbatim | |

### Additional Information

| | | | |
|---|---|---|---|
| Escalation Level | | Action Items | |
| Resolution | | | |

### System Information

| | | | |
|---|---|---|---|
| Created By | Victoria Francis, 10/19/2012 9:27 AM | Last Modified By | Victoria Francis, 10/19/2012 9:27 AM |
| | | Created Date (Historical) | |

Reminder
Reminder

Edit | Delete | Create Follow-Up Task | Create Follow-Up Event

**Attachments**

No records to display

~ Back To Top                    Always show me    more records per related list

Copyright © 2000-2014 salesforce.com, inc. All rights reserved. | Privacy Statement | Security Statement | Terms of Use | 508 Compliance

Chat

Confidential                                                                  STERLING0000034