# EXHIBIT 23



STERLING
Know **Who** You're Hiring!

JANUARY 28, 2013

KEVIN JONES



Re: Contested Consumer Report 19627371

Dear KEVIN JONES:

This letter is in response to your phone call of JANUARY 21, 2013, in which you indicated that you contested the contents of a consumer report prepared by Sterling Infosystems, for our client, BROWN HARRIS STEVENS LLC GROUP.

Sterling Infosystems is a Consumer Reporting Agency (CRA), as defined under both federal and state laws and you have the right to contest information in any report you have authorized us to prepare. We must complete our re-investigation within 30 days of the dispute being opened. If your dispute is not substantiated, you have a right to add a statement to your file disputing the accuracy or completeness of the information. If after reinvestigation, information is deleted from your file, you have a right to request that we furnish notifications to those who have within two years prior thereto received a consumer report for employment purposes.

These rights, and others you may have, are set forth in the Fair Credit Reporting Act, (FCRA). We are including a copy of "A Summary of Your Rights under the Fair Credit Reporting Act" for your reference.

Sterling Infosystems has investigated your claim and has amended your consumer report. You may request an explanation of our investigative procedures.

The criminal cases from New York have been removed from your report. Please see the enclosed copy of the updated report from TransUnion to show the Fleet credit card account has been removed per their reinvestigation.

A copy of the updated report has been provided to our client and a copy is enclosed for your records.

If you have any questions or concerns regarding this report, please contact Sterling Infosystems at 800-853-3228.


STERLING
Know **Who** You're Hiring!

Privacy of Information

Sterling Infosystems does not resell and/or redistribute the information compiled in its consumer reports to anyone, at anytime for any purpose, other than the parties named in the Agreement, Authorization, and Consent for Release of Background Information signed by the subject of the report before its preparation.

Sincerely,

Sterling Infosystems
Compliance Department

Enclosures:
- Report
- FCRA Consumer Rights
- State Consumer Rights if applicable

JONES   00092



*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identify theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

JONES   00093



**STERLING**
Know **Who** You're Hiring!

• **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

• **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688.

• **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

• **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore

Sterling Infosystems / 6111 Oak Tree Blvd / Independence, OH 44131
Tel: 800 853 3228 / Fax: 888 768 2488

JONES    00094



States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT: |
| --- | --- |
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates. | a. Consumer Financial Protection Bureau 1700 G Street NW Washington, DC 20552 |
| b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | b. Federal Trade Commission: Consumer Response Center – FCRA Washington, DC 20580 (877) 382-4357 |
| 2. To the extent not included in item 1 above: | |
| a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks | a. Office of the Comptroller of the Currency Customer Assistance Group 1301 McKinney Street, Suite 3450 Houston, TX 77010-9050 |
| b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act | b. Federal Reserve Consumer Help Center P.O. Box 1200 Minneapolis, MN 55480 |
| c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations | c. FDIC Consumer Response Center 1100 Walnut Street, Box #11 Kansas City, MO 64106 |
| d. Federal Credit Unions | d. National Credit Union Administration Office of Consumer Protection (OCP) Division of Consumer Compliance and Outreach (DCCO) 1775 Duke Street Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings Aviation Consumer Protection Division Department of Transportation 1200 New Jersey Avenue, SE  Washington, DC 20590 |
| 4. Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board Department of Transportation 395 E Street S.W. Washington, DC 20423 |
| 5. Creditors Subject to Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access United States Small Business Administration 409 Third Street, SW, 8th Floor Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission 100 F St NE Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations Farm Credit Administration 1501 Farm Credit Drive McLean, VA 22102-5090 | Farm Credit Administration 1501 Farm Credit Drive McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates or Federal Trade Commission: Consumer Response Center – FCRA Washington, DC 20580 (877) 382-4357 |

JONES   00095


| SUBJECT PROFILE | | |
|---|---|---|
| NAME  JONES, KEVIN . | SSN | |
| CURRENT ADDRESS | DOB | |
| PREVIOUS ADDRESS | PHONE | |
| DRIVER'S LICENSE         STATE | | |
| STORE NUMBER/BILLING CODE  45620 | | |

| ADDITIONAL INFORMATION |
|---|
| *Alias Names / Order #* |
| *Alias Names / Order #* |

| RESULTS STATUS | |
|---|---|
| **Service** | **Finding** |
| CREDIT | See result below |
| CRIMINAL | Clear |
| DMV | See result below |
| OFAC | See result below |
| S.OFFENDER | Clear |
| SSTRACE | See Results Below |

**California Applicants/Employees Only:** The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. An investigative consumer reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures, as provided in Section 1786.26.

**Sólo para los Solicitantes/Empleados de California:** En el informe no se garantiza la exactitud o veracidad de la información en cuanto al tema de la investigación, sino sólo que se ha copiado exactamente de los registros públicos, y la información generada como resultado del robo de identidad, incluyendo las pruebas de una actividad delictiva, podría estar incorrectamente asociada con el consumidor que sea el sujeto del informe. Una agencia investigadora de informes de crédito deberá suministrarle a un consumidor que trate de obtener una copia de un informe o solicite revisar un archivo una notificación por escrito en inglés y español lisos y llanos, en la que se establezcan los términos y las condiciones de su derecho a recibir toda la información, como se dispone en la Sección 1786.26.

**Pursuant to Minn. Stat. Ann. § 332.70(4):** The report may include information that has been expunged, sealed, or has otherwise become inaccessible to the public since the date it was collected.

Results pertaining to the subject's potential criminal background results are only included in the report if there is an exact match between the full name and date of birth provided by the subject and the court record. To ensure the integrity of our results, the criminal information reported appears exactly as it is received from Report is to locate jurisdictions for purposes of expanding the scope of the criminal background check. The Social Security number provided by the applicant is not checked against the Social Security Administration database since the Social Security Administration database generally is not accessible

NAME  JONES, KEVIN .                                                                                           SSN ▮▮▮▮▮▮

for pre-employment screening purposes. In determining whether a number appears to be validly issued, SSN protocols are applied but please note that due to the randomization of the issuance of social security numbers, any conclusion regarding whether the number is valid may not be accurate for recently issued numbers.

This report or portions of this report may have been rated or scored pursuant to criteria provided by the client. The rating is merely to ease the reviewer(s) review of the report and does not indicate that any disqualification decision has been made. Regardless of ratings, absent any statutory provision mandating an employment action, an individualized analysis should be performed.

As it may not be permissible or recommended to use certain information contained in this report for employment decision, it is advisable to consult with counsel prior to making any adverse hiring decisions. By requesting and accepting this report, client confirms it is acting in compliance with its end user certification. each search. However, if the same information is revealed in numerous criminal background searches, it is only listed once in the report to assist the client in interpreting the findings.

As sex offender, office of foreign asset control and federal criminal offender databases may only list names, information is provided only if there is a complete name match between the subject and the entry in the government records.

Department of motor vehicle records are provided only if there is an exact match between the license number provided by the subject and the agency record.

Credit reports are provided by the credit bureau based on 2 matching criteria among name, address and social security number.

To the extent criminal background results are duplicative of findings from non-criminal background checks, such as a sex offender hit, the results are duplicated in the report. Accordingly, a thorough review of the complete report is required to ensure that the company properly recognizes duplicative results.

The purpose of Social Security Trace/Address Locator

| CREDIT RESULTS | | | |
|---|---|---|---|
| REPORT | | | |
| STATUS  CLOSED | OPEN DATE/TIME  Jul 12 2012 3:09PM | CLOSE DATE/TIME  Jul 12 2012 3:09PM | |

```
*****************************=  TU Credit  =*****************************
*                                                                       *
*                                                                       *
*************************************************************************
```

PULLED: 07/12/2012 02:09:19 PM

SUBJECT NAME                                                              SSN
  JONES, KEVIN A                                                         ▮▮▮▮▮▮

ADDRESS(ES):

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                   09/2004
                                                                         08/2004


NAME JONES, KEVIN .

SSN ▓▓▓▓

## CREDIT RESULTS
### REPORT

303 GLENBROOK RD STAMFORD, CT 06906

EMPLOYMENT DATA REPORTED:

EMPLOYER NAME: INTL BUSINESS MACH
OCCUPATION: LL
DATE REPORTED: 12/1982

```
                    CREDIT INFORMATION
-------------------------------------------------------------
  THE FOLLOWING CREDIT SUMMARY REPRESENTS THE SUBJECT'S TOTAL FILE HISTORY

PUBLIC RECORDS:      0    CURRENT NEGATIVE ACCTS:    4    REVOLVING ACCTS:      8
COLLECTIONS:         1    PREVIOUS NEGATIVE ACCTS:   5    INSTALLMENT ACCTS:    0
TRADE ACCTS:        11    PREVIOUS TIMES NEGATIVE:  13    MORTGAGE ACCTS:       2
CREDIT INQUIRIES:    1    EMPLOYMENT INQUIRIES:      1    OPEN ACCTS:           1
```

|              | HIGH CRED  | CRED LIMIT | BALANCE   | PAST DUE | MNTHLY  | AVAIL |
|--------------|------------|------------|-----------|----------|---------|-------|
| REVOLVING:   | $13,639    | $15,401    | $12,396   | $560     | $347    | 20%   |
| MORTGAGE:    | $327,000   | $0         | $290,400  | $0       | $2,495  | 0%    |
| OPEN:        | $0         | $0         | $87       | $0       | $376    | 0%    |
| CLOSED W/BAL:| $          | $          | $29,732   | $2,115   | $934    | 0%    |
| TOTALS:      | $340,639   | $15,401    | $332,615  | $2,675   | $4,152  | 0%    |

```
-------------------------------------------------------------
THE FOLLOWING ITEMS ARE COLLECTION RECORDS:

NATL RECOVER              Y 064LH001        OPEN ACCOUNT
  PLACED FOR COLLECTION
    VERIF'D 03/2012    BALANCE:    $350      INDIVIDUAL ACCOUNT
    OPENED  12/2011    MOST OWED: $350       MEDICAL
                       PAST DUE:   $350
    STATUS AS OF 03/2012: COLLECTION ACCOUNT


-------------------------------------------------------------

CAP ONE                   B 01DTV041        REVOLVING ACCOUNT
                                            CREDIT CARD
  VERIF'D  06/2012   BALANCE:    $12,530    INDIVIDUAL ACCOUNT
  OPENED   10/2010   MOST OWED: $12,571     PAY TERMS: MIN $304
  CLOSED   03/2012   PAST DUE:     $305     CREDIT LIMIT: $13,500
  STATUS AS OF 05/2012: 120 DAYS PAST DUE
  IN PRIOR 20 MONTHS FROM DATE CLOSED 1 TIME 90 OR MORE DAYS , 1 TIME 60 DAYS ,
1 TIME 30 DAYS LATE
    MAXIMUM DELIQUENCY OF 90+ DAYS OCCURRED IN 06/2012
  REMARKS: CANCELED BY CREDIT GRANTOR

AMEX DSNB                 B 02A5T006        REVOLVING ACCOUNT
                                            CREDIT CARD
  VERIF'D  06/2012   BALANCE:    $13,102    INDIVIDUAL ACCOUNT
  OPENED   11/2006   MOST OWED: $13,101     PAY TERMS: MIN $461
  CLOSED   05/2012   PAST DUE:   $1,810     CREDIT LIMIT: $12,200
  STATUS AS OF 05/2012: 120 DAYS PAST DUE
```


NAME  JONES, KEVIN .                                      SSN ████████

## CREDIT RESULTS
### REPORT

IN PRIOR 14 MONTHS FROM DATE CLOSED 1 TIME 90 OR MORE DAYS , 1 TIME 60 DAYS ,
1 TIME 30 DAYS LATE
      MAXIMUM DELIQUENCY OF 90+ DAYS OCCURRED IN 06/2012
   REMARKS: CANCELED BY CREDIT GRANTOR

CAP ONE                     B 01DTV001           REVOLVING ACCOUNT
                                                 CREDIT CARD
   VERIF'D  06/2012  BALANCE:   $4,747           INDIVIDUAL ACCOUNT
   OPENED   09/2001  MOST OWED: $4,885           PAY TERMS: MIN $157
                     PAST DUE:  $230             CREDIT LIMIT: $4,800
   STATUS AS OF 06/2012: 30 DAYS PAST DUE
   IN PRIOR 48 MONTHS FROM DATE VERIF'D 1 TIME 60 DAYS , 2 TIMES 30 DAYS LATE
      MAXIMUM DELIQUENCY OF 90+ DAYS OCCURRED IN 04/2012

BRCLYSBANKDE                B 01ZZB001           REVOLVING ACCOUNT

   VERIF'D  06/2012  BALANCE:   $7,649           INDIVIDUAL ACCOUNT
   OPENED   08/2007  MOST OWED: $8,672           PAY TERMS: MIN $190
                     PAST DUE:  $330             CREDIT LIMIT: $8,600
   STATUS AS OF 05/2012: 30 DAYS PAST DUE
   IN PRIOR 48 MONTHS FROM DATE VERIF'D 1 TIME 60 DAYS , 1 TIME 30 DAYS LATE
      MAXIMUM DELIQUENCY OF 90+ DAYS OCCURRED IN 05/2012

SEARS/CBNA                  B 06256458           REVOLVING ACCOUNT
                                                 CREDIT CARD
   VERIF'D  06/2012  BALANCE:   $0               INDIVIDUAL ACCOUNT
   OPENED   02/2009  MOST OWED: $82
   PAID OFF 03/2009                              CREDIT LIMIT: $2,001
   STATUS AS OF 03/2009: PAID OR PAYING AS AGREED
   IN PRIOR 40 MONTHS FROM DATE PAID NEVER LATE

GECRB/JCP                   D 0235058D           REVOLVING ACCOUNT
                                                 CHARGE ACCOUNT
   VERIF'D  06/2012  BALANCE:   $0               INDIVIDUAL ACCOUNT
   OPENED   09/1984  MOST OWED: $837
   CLOSED   03/2012                              CREDIT LIMIT: $100
   STATUS AS OF 05/1999: PAID OR PAYING AS AGREED
   IN PRIOR 48 MONTHS FROM DATE CLOSED NEVER LATE
   REMARKS: CLOSED

NYS OTDA                    V 0315M001           OPEN ACCOUNT
                                                 FAMILY SUPPORT
   VERIF'D  06/2012  BALANCE:   $87              INDIVIDUAL ACCOUNT
   OPENED   01/2002  MOST OWED: $0               PAY TERMS: MIN $376

   STATUS AS OF 06/2012: PAID OR PAYING AS AGREED
   IN PRIOR 48 MONTHS FROM DATE VERIF'D NEVER LATE

DSNB MACYS                  D 02A5T001           REVOLVING ACCOUNT
                                                 CHARGE ACCOUNT
   VERIF'D  06/2012  BALANCE:   $4,100           INDIVIDUAL ACCOUNT
   OPENED   01/1983  MOST OWED: $                PAY TERMS: MIN $169
   CLOSED   05/2012
   STATUS AS OF 05/2012: PAID OR PAYING AS AGREED
   IN PRIOR 48 MONTHS FROM DATE CLOSED 2 TIMES 30 DAYS LATE


NAME JONES, KEVIN .                                          SSN ████████

### CREDIT RESULTS
### REPORT

REMARKS: CANCELED BY CREDIT GRANTOR

```
BK OF AMER           B 0427S002          MORTGAGE ACCOUNT
                                         CONVENTIONAL REAL ESTATE MORTGAGE
   VERIF'D  05/2012  BALANCE:   $290,400 JOINT ACCOUNT
   OPENED   05/2004  MOST OWED: $327,000 PAY TERMS: 360 MONTHLY $2,495

   STATUS AS OF 05/2012: PAID OR PAYING AS AGREED
   IN PRIOR 48 MONTHS FROM DATE VERIF'D NEVER LATE

FLEET CC             B 0517R038          REVOLVING ACCOUNT
                                         CREDIT CARD
   VERIF'D  06/2005  BALANCE:   $0       INDIVIDUAL ACCOUNT
   OPENED   09/1996  MOST OWED: $3,268
   CLOSED   06/2005                      CREDIT LIMIT: $3,400
   STATUS AS OF 09/2003: PAID OR PAYING AS AGREED
   IN PRIOR 48 MONTHS FROM DATE PAID NEVER LATE
   REMARKS: PURCHASED BY ANOTHER LENDER

AMERIQUEST           F 01QA8001          MORTGAGE ACCOUNT
                                         CONVENTIONAL REAL ESTATE MORTGAGE
   VERIF'D  10/2004  BALANCE:   $0       PARTICIPANT ON ACCOUNT
   OPENED   05/2004  MOST OWED: $327,000 PAY TERMS: 360 MONTHLY $2,349
   CLOSED   10/2004
   STATUS AS OF 08/2004: PAID OR PAYING AS AGREED
   IN PRIOR 4 MONTHS FROM DATE CLOSED NEVER LATE
```

---

THE FOLLOWING COMPANIES HAVE REQUESTED A COPY OF THE SUBJECT'S CREDIT REPORT:

```
   DATE        SUBCODE      SUBSCRIBER NAME

   03/04/2011  Z 00005188   ONE CREDIT S
```

THE FOLLOWING COMPANIES HAVE REQUESTED THE SUBJECT'S FILE FOR EMPLOYMENT USE:

```
   DATE        SUBCODE      SUBSCRIBER NAME

   07/12/2012  P 00170342   STRLNG TSTNG
```

COPYRIGHTED TRANS UNION 1994
A SUMMARY OF YOUR RIGHTS UNDER THE FAIR CREDIT REPORTING ACT

THE FEDERAL FAIR CREDIT REPORTING ACT (FCRA) IS DESIGNED TO PROMOTE ACCURACY,
FAIRNESS, AND PRIVACY OF INFORMATION IN THE FILES OF EVERY "CONSUMER REPORTING
AGENCY " (CRA).  MOST CRA'S ARE CREDIT BUREAUS THAT GATHER AND SELL INFORMATION
ABOUT YOU -- SUCH AS IF YOU PAY YOUR BILLS ON TIME OR HAVE FILED BANKRUPTCY --
TO CREDITORS, EMPLOYERS, LANDLORDS, AND OTHER BUSINESSES.  YOU CAN FIND THE
COMPLETE TEXT OF THE FCRA, 15 U.S.C $$1681-1681U, AT THE FEDERAL TRADE
COMMISSION'S WEB SITE (HTTP://WWW.FTC.GOV).  THE FCRA GIVES YOU SPECIFIC
RIGHTS, AS OUTLINED BELOW.  YOU MAY HAVE ADDITIONAL RIGHTS UNDER STATE LAW.


NAME  JONES, KEVIN.

SSN

## CREDIT RESULTS
### REPORT

YOU MAY CONTACT A STATE OR LOCAL CONSUMER PROTECTION AGENCY OR A STATE ATTORNEY GENERAL TO LEARN THOSE RIGHTS.

- YOU MUST BE TOLD IF INFORMATION IN YOUR FILE HAS BEEN USED AGAINST YOU. ANYONE WHO USES INFORMATION FROM A CRA TO TAKE ACTION AGAINST YOU -- SUCH AS DENYING AN APPLICATION FOR CREDIT, INSURANCE, OR EMPLOYMENT -- MUST TELL YOU, AND GIVE YOU THE NAME, ADDRESS, AND PHONE NUMBER OF THE CRA THAT PROVIDED THE CONSUMER REPORT.

- YOU CAN FIND OUT WHAT IS IN YOUR FILE.  AT YOUR REQUEST, A CRA MUST GIVE YOU THE INFORMATION IN YOUR FILE, AND A LIST OF EVERYONE WHO HAS REQUESTED IT RECENTLY.  THERE IS NO CHARGE FOR THE REPORT IF A PERSON HAS TAKEN ACTION AGAINST YOU BECAUSE OF INFORMATION SUPPLIED BY THE CRA.  IF YOU REQUEST THE REPORT WITHIN 60 DAYS OF RECEIVING NOTICE OF THE ACTION.  YOU ALSO ARE ENTITLED TO ONE FREE REPORT EVERY TWELVE MONTHS UPON REQUEST IF YOU CERTIFY THAT (1) YOU ARE UNEMPLOYED AND PLAN TO SEEK EMPLOYMENT WITHIN 60 DAYS, (2) YOU ARE ON WELFARE, OR (3) YOUR REPORT IS INACCURATE DUE TO FRAUD. OTHERWISE, A CRA MAY CHARGE YOU UP TO EIGHT DOLLARS AND FIFTY CENTS.

- YOU CAN DISPUTE INACCURATE INFORMATION WITH THE CRA.  IF YOU TELL A CRA THAT YOUR FILE CONTAINS INACCURATE INFORMATION, THE CRA MUST INVESTIGATE THE ITEMS (USUALLY WITHIN 30 DAYS) BY PRESENTING TO ITS INFORMATION SOURCE ALL RELEVANT EVIDENCE YOU SUBMIT, UNLESS YOUR DISPUTE IS FRIVOLOUS.  THE SOURCE MUST REVIEW YOUR EVIDENCE AND REPORT ITS FINDINGS TO THE CRA.  (THE SOURCE ALSO MUST ADVISE NATIONAL CRA'S -- TO WHICH IT HAS PROVIDED THE DATA -- OF ANY ERROR.)  THE CRA MUST GIVE YOU A WRITTEN REPORT OF THE INVESTIGATION, AND A COPY OF YOUR REPORT IF THE INVESTIGATION RESULTS IN ANY CHANGE.  IF THE CRA'S INVESTIGATION DOES NOT RESOLVE THE DISPUTE, YOU MAY ADD A BRIEF STATEMENT IN FUTURE REPORTS.  IF AN ITEM IS DELETED OR A DISPUTE STATEMENT IS FILED, YOU MAY ASK THAT ANYONE WHO HAS RECENTLY RECEIVED YOUR REPORT BE NOTIFIED OF THE CHANGE.

- INACCURATE INFORMATION MUST BE CORRECTED OR DELETED.  A CRA MUST REMOVE OR CORRECT INACCURATE OR UNVERIFIED INFORMATION FROM ITS FILES, USUALLY WITHIN 30 DAYS AFTER YOU DISPUTE IT.  HOWEVER, THE CRA IS NOT REQUIRED TO REMOVE ACCURATE DATA FROM YOUR FILE UNLESS IT IS OUTDATED (AS DESCRIBED BELOW) OR CANNOT BE VERIFIED.  IF YOUR DISPUTE RESULTS IN ANY CHANGE TO YOUR REPORT, THE CRA CANNOT REINSERT INTO YOUR FILE A DISPUTED ITEM UNLESS THE INFORMATION SOURCE VERIFIES ITS ACCURACY AND COMPLETENESS.  IN ADDITION, THE CRA MUST GIVE YOU A WRITTEN NOTICE TELLING YOU IT HAS REINSERTED THE ITEM.  THE NOTICE MUST INCLUDE THE NAME, ADDRESS AND PHONE NUMBER OF THE INFORMATION SOURCE.

- YOU CAN DISPUTE INACCURATE ITEMS WITH THE SOURCE OF THE INFORMATION.  IF YOU TELL ANYONE -- SUCH AS A CREDITOR WHO REPORTS TO A CRA -- THAT YOU DISPUTE AN ITEM THEY MAY NOT THEN REPORT THE INFORMATION TO A CRA WITHOUT INCLUDING A NOTICE OF YOUR DISPUTE.  IN ADDITION, ONCE YOU'VE NOTIFIED THE SOURCE OF THE ERROR IN WRITING, IT MAY NOT CONTINUE TO REPORT THE INFORMATION IF IT IS, IN FACT, AN ERROR.

- OUTDATED INFORMATION MAY NOT BE REPORTED.  IN MOST CASES, A CRA MAY NOT REPORT NEGATIVE INFORMATION THAT IS MORE THAN SEVEN YEARS OLD; TEN YEARS FOR BANKRUPTCIES.

- ACCESS TO YOUR FILE IS LIMITED.  A CRA MAY PROVIDE INFORMATION ABOUT YOU ONLY TO PEOPLE WITH A NEED RECOGNIZED BY THE FCRA -- USUALLY TO CONSIDER AN



NAME  JONES, KEVIN .                                                    SSN

## CREDIT RESULTS
### REPORT

APPLICATION WITH A CREDITOR, INSURER, EMPLOYER, LANDLORD, OR OTHER BUSINESS.

- YOUR CONSENT IS REQUIRED FOR REPORTS THAT ARE PROVIDED TO EMPLOYERS, OR
  REPORTS THAT CONTAIN MEDICAL INFORMATION.  A CRA MAY NOT GIVE OUT INFORMATION
  ABOUT YOU TO YOUR EMPLOYER, OR PROSPECTIVE EMPLOYER, WITHOUT YOUR WRITTEN
  CONSENT.  A CRA MAY NOT REPORT MEDICAL INFORMATION ABOUT YOU TO CREDITORS,
  INSURERS, OR EMPLOYERS WITHOUT YOUR PERMISSION.

- YOU MAY CHOOSE TO EXCLUDE YOUR NAME FROM CRA LISTS FOR UNSOLICITED CREDIT AND
  INSURANCE OFFERS.  CREDITORS AND INSURERS MAY USE FILE INFORMATION AS THE
  BASIS FOR SENDING YOU UNSOLICITED OFFERS OF CREDIT OR INSURANCE.  SUCH OFFERS
  MUST INCLUDE A TOLL-FREE PHONE NUMBER FOR YOU TO CALL IF YOU WANT YOUR NAME
  AND ADDRESS REMOVED FROM FURTURE LISTS. IF YOU CALL, YOU MUST BE KEPT OFF THE
  LISTS FOR TWO YEARS.  IF YOU REQUEST, COMPLETE, AND RETURN THE CRA FORM
  PROVIDED FOR THIS PURPOSE, YOU MUST BE TAKEN OFF THE LISTS INDEFINITELY.

- YOU MAY SEEK DAMAGES FROM VIOLATORS.  IF A CRA, A USER OR (IN SOME CASES) A
  PROVIDER OF CRA DATA, VIOLATES THE FCRA, YOU MAY SUE THEM IN STATE OR FEDERAL
  COURT.

THE FCRA GIVES SEVERAL DIFFERENT FEDERAL AGENCIES AUTHORITY TO ENFORCE THE
FCRA:

FOR QUESTIONS OR CONCERNS REGARDING:   PLEASE CONTACT:

CRA'S  CREDITORS AND OTHERS NOT          FEDERAL TRADE COMMISSION
  LISTED BELOW                           CONSUMER RESPONSE CENTER - FCRA
                                         WASHINGTON, DC 20580
                                         202-326-3761

NATIONAL BANKS, FEDERAL BRANCHES /       OFFICE OF THE COMPTROLLER OF THE CURRENCY
  AGENCIES OF FOREIGN BANKS (WORD        COMPLIANCE MANAGEMENT, MAIL STOP 6-6
  "NATIONAL" OR INITIALS "N.A."          WASHINGTON, DC 20219
  APPEAR IN OR AFTER BANK'S NAME)        800-613-6743

FEDERAL RESERVE SYSTEM MEMBER BANKS      FEDERAL RESERVE BOARD
  (EXCEPT NATIONAL BANKS, AND FEDERAL    DIVISION OF CONSUMER & COMMUNITY AFFAIRS
  BRANCHES / AGENCIES OF FOREIGN         WASHINGTON, DC 20551
  BANKS)                                 202-452-3693

SAVINGS ASSOCIATIONS AND FEDERALLY       OFFICE OF THRIFT SUPERVISION
  CHARTERED SAVINGS BANKS (WORD          CONSUMER PROGRAMS
  "FEDERAL" OR INITIALS "F.S.B."         WASHINGTON, DC 20552
  APPEAR IN FEDERAL INSTITUTION'S        800-842-6929

FEDERAL CREDIT UNIONS (WORDS             NATIONAL CREDIT UNION ADMINISTRATION
  "FEDERAL CREDIT UNION" APPEAR IN       1775 DUKE STREET
  INSTITUTION'S NAME)                    ALEXANDRIA, VA 22314
                                         703-518-6360

STATE-CHARTERED BANKS THAT ARE NOT       FEDERAL DEPOSIT INSURANCE CORPORATION
MEMBERS OF THE FEDERAL RESERVE           DIVISION OF COMPLIANCE & CONSUMER AFFAIRS
SYSTEM                                   WASHINGTON, DC 20429
                                         800-934-FDIC


NAME  JONES, KEVIN .

SSN ▮▮▮▮▮▮

## CREDIT RESULTS
### REPORT

| | |
|---|---|
| AIR, SURFACE, OR RAIL COMMON CARRIERS REGULATED BY FORMER CIVIL AERONAUTICS BOARD OR INTERSTATE | DEPARTMENT OF TRANSPORTATION OFFICE OF FINANCIAL MANAGEMENT WASHINGTON, DC 20590 202-366-1306 |
| ACTIVITIES SUBJECT TO THE PACKERS AND STOCKYARDS ACT, 1921 | DEPARTMENT OF AGRICULTURE OFFICE OF DEPUTY ADMINISTRATOR - GIPSA WASHINGTON, DC 20250 202-720-7051 |

**END OF REPORT**


NAME  JONES, KEVIN .                                                                                          SSN ████████

## CRIMINAL RESULTS
### REPORT

**THE CRIMINAL INFORMATION REPORTED IN THIS REPORT APPEARS EXACTLY AS IT IS RECEIVED FROM THE LOCAL JURISDICTIONS AND MAY CONTAIN INFORMATION THAT MAY BE PROHIBITED FOR USE IN MAKING HIRING DECISIONS.  THEREFORE, IT IS ADVISABLE TO CONSULT YOUR CORPORATE COUNSEL PRIOR TO MAKING ANY ADVERSE HIRING DECISIONS.**

| STATUS | CLOSED | OPEN DATE/TIME | Jul 12 2012 3:09PM | CLOSE DATE/TIME | Jul 13 2012 12:16PM |
|---|---|---|---|---|---|

*COUNTY NATIONWIDE ZIP  STATE NW CITY*

```
*********************************************************************
*  THE INFORMATION IN THIS REPORT IS THE RESULT OF A DATABASE SEARCH AND  *
*  HAS NOT BEEN OBTAINED THROUGH STERLING TESTING SYSTEM'S STANDARD       *
*  CRIMINAL BACKGROUND RESEARCH METHODS.                                  *
*********************************************************************
```
The Nationwide Criminal History Search has been used as a jurisdiction
locator to provide the broadest geographical coverage for the criminal
background check. If the Nationwide search revealed any potential
reportable information, primary source searches were initiated.

| STATUS | CLOSED | OPEN DATE/TIME | Jul 12 2012 3:09PM | CLOSE DATE/TIME | Jul 13 2012 12:55AM |
|---|---|---|---|---|---|

*COUNTY STATE OF NY ZIP 10037 STATE NY CITY NEW YORK*

NO CRIMINAL CONVICTION FOUND.

***THIS REPORT WAS UPDATED ON 1/21/2013***

| STATUS | CLOSED | OPEN DATE/TIME | Jul 12 2012 3:09PM | CLOSE DATE/TIME | Jul 13 2012 5:37AM |
|---|---|---|---|---|---|

*COUNTY SOUTHERN DISTRICT ZIP 10037 STATE NY CITY NEW YORK*

No criminal convictions found.

| STATUS | CLOSED | OPEN DATE/TIME | Jul 12 2012 3:09PM | CLOSE DATE/TIME | Jul 13 2012 3:28AM |
|---|---|---|---|---|---|

*COUNTY EASTERN DISTRICT ZIP 11205 STATE NY CITY*

No criminal convictions found.

| STATUS | CLOSED | OPEN DATE/TIME | Jul 12 2012 3:09PM | CLOSE DATE/TIME | Jul 12 2012 4:01PM |
|---|---|---|---|---|---|

*COUNTY CONNECTICUT DISTRICT ZIP 06906 STATE CT CITY*

No criminal convictions found.

| STATUS | CLOSED | OPEN DATE/TIME | Jul 12 2012 3:09PM | CLOSE DATE/TIME | Jul 12 2012 3:20PM |
|---|---|---|---|---|---|

*COUNTY STATE OF CT ZIP 06906 STATE CT CITY*

No criminal convictions found.

| STATUS | CLOSED | OPEN DATE/TIME | Jul 13 2012 2:43AM | CLOSE DATE/TIME | Jul 13 2012 11:13AM |
|---|---|---|---|---|---|

*COUNTY VOLUSIA ZIP  STATE FL CITY*

No criminal convictions found.



NAME  JONES, KEVIN .                                                                 SSN  █████████

## DMV RESULTS
## REPORT

| STATUS | CLOSED | OPEN DATE/TIME | Jul 12 2012 3:09PM | CLOSE DATE/TIME | Jul 12 2012 3:13PM |
|---|---|---|---|---|---|

START OF DRIVING RECORD

NEW YORK Driver Record - S5928          Order Date: 07/12/2012

                                        Bill Code:
Reference: 19627371_5                     Host Used: Online

License:  ██████████

Name:    JONES, KEVIN A                        Report Clear:NO
Address:
City, St:
As of:


Sex :          Weight:          DOB    :                        AGE:
Eyes:          Height:          Iss Date:
Hair:                           Exp Date: 10/17/2014

                                        STATUS: VALID


Violations/Convictions And Failures to Appear And Accidents

TYPE VIOL     CONV     ACD  AVD  V/C        DESCRIPTION                 C

VIOL 11/27/10 12/01/10 M15  MA15 1172(A)    FAILED TO STOP AT STOP SIGN   N
                       LOCATION/DOCKET: COLCHESTER         PTS: 3

 Suspensions/Revocations

    *** NO ACTIVITY ***

 License and Permit Information

License: PERSONAL      Issue:        Expire:10/17/2014  Status:VALID
        Class:D    GVWR < 18,000 LBS. TOWING VEHICLES(S) < 10,000 LBS. WHEN TOTAL < 26

 Miscellaneous State Data

NAME ON LICENSE/ID:  JONES
KEVIN,A
DOCUMENT SURRENDERED ON: 08/12/1987 TO CT
RETURNED TO NY ON: 11/30/2009
CLASS CHANGE: 11/30/2009      NEW: *D*        OLD: *5*

| FOR STATED BUSINESS | Underwriting: | Policy | Initials: |
| PURPOSES ONLY | | | |
| | Date: | Issue Date: | |



NAME  JONES, KEVIN .                                                        SSN ███████

| DMV RESULTS |
|---|
| **REPORT** |

| | | / | / | | / | / | Control Number: 2OTZUD | |

END OF DRIVING RECORD


NAME  JONES, KEVIN .

SSN ███████

## OFAC RESULTS
### REPORT

| STATUS | CLOSED | OPEN DATE/TIME | Jul 12 2012  3:09PM | CLOSE DATE/TIME | Jul 12 2012  3:09PM |
|--------|--------|----------------|---------------------|-----------------|---------------------|

Clear



# Sterling Testing Systems
## Results for Order # 19627371  Client: Brown Harris Stevens Llc Group

NAME  JONES, KEVIN .                                          SSN ▮▮▮▮

### S.OFFENDER RESULTS
### REPORT

**STATUS**  CLOSED  **OPEN DATE/TIME**  Jul 12 2012 3:09PM  **CLOSE DATE/TIME**  Jul 13 2012 3:46AM

*STATE NY*

No Record Found

**STATUS**  CLOSED  **OPEN DATE/TIME**  Jul 12 2012 3:09PM  **CLOSE DATE/TIME**  Jul 12 2012 5:03PM

*STATE CT*

No Record Found



NAME  JONES, KEVIN .                                          SSN ████████

## SSTRACE RESULTS
### REPORT

| STATUS | CLOSED | OPEN DATE/TIME | Jul 12 2012 3:09PM | CLOSE DATE/TIME | Jul 12 2012 3:23PM |

```
*************************** Social Security Trace ***************************
*                                                                          *
*                                                                          *
****************************************************************************
```

GENERATED: 07/12/2012 03:23:42 PM
TRANSACTION ID:67445723R1539309

| | NAME | | | DOB | |
|---|---|---|---|---|---|
| 1. | KEVIN A JONES | | | | |
| | SSN | VALID | STATE ISSUED | DATE ISSUED | |
| | ████████ | YES | NEW YORK | 01/01/1969 | |
| | | | | | |
| | ADDRESS | | | FROM | TO |
| | ████████████████████████ | | | 06/2004 | 07/2012 |
| | COUNTY: NEW YORK | | | | |
| | ████████████████████████ | | | 06/2004 | 07/2012 |
| | COUNTY: NEW YORK | | | | |
| | ████████████████████████ | | | 04/1993 | 04/1993 |
| | COUNTY: NEW YORK | | | | |
| | ████████████████████████ | | | 04/1993 | 04/1993 |
| | COUNTY: NEW YORK | | | | |
| | ████████████████████████ | | | 01/2012 | 01/2012 |
| | COUNTY: NEW YORK | | | | |
| | ████████████████████████ | | | 01/2012 | 01/2012 |
| | COUNTY: NEW YORK | | | | |
| | ████████████████████████ | | | 02/2011 | 02/2011 |
| | COUNTY: NEW YORK | | | | |
| | ████████████████████████ | | | 02/2011 | 02/2011 |
| | COUNTY: NEW YORK | | | | |
| | ████████████████████████ | | | 10/2009 | 08/2010 |
| | COUNTY: NEW YORK | | | | |
| | ████████████████████████ | | | 10/2009 | 08/2010 |
| | COUNTY: NEW YORK | | | | |
| | ████████████████████████ | | | 01/1983 | 09/1996 |
| | COUNTY: NEW YORK | | | | |
| | NAME | | | DOB | |
| 2. | KEVIN ALEXANDER JONES | | | | |
| | SSN | VALID | STATE ISSUED | DATE ISSUED | |
| | ████████ | YES | NEW YORK | 01/01/1969 | |
| | ADDRESS | | | FROM | TO |


NAME  JONES, KEVIN .                                               SSN ▮▮▮▮▮▮

## SSTRACE RESULTS
### REPORT

|  |  | 11/1984 | 06/2012 |
| --- | --- | --- | --- |
| COUNTY: NEW YORK | | | |
|  |  | 11/1984 | 06/2012 |
| COUNTY: NEW YORK | | | |
|  |  | 11/1987 | 06/2002 |
| COUNTY: FAIRFIELD | | | |

**3.**

| NAME | | | DOB ▮▮▮▮ |
| --- | --- | --- | --- |
| KEVIN A JONES | | | |
| SSN ▮▮▮▮ | VALID | STATE ISSUED | DATE ISSUED |
|  | YES | NEW YORK | 01/01/1969 |

| ADDRESS | FROM | TO |
| --- | --- | --- |
|  | 03/1990 | 11/2011 |
| COUNTY: NEW YORK | | |
|  | 03/1990 | 11/2011 |
| COUNTY: NEW YORK | | |
|  | 06/2004 | 06/2004 |
| COUNTY: KINGS | | |

**4.**

| NAME | | | DOB ▮▮▮▮ |
| --- | --- | --- | --- |
| KEVIN ALEXANDER JONES | | | |
| SSN ▮▮▮▮ | VALID | STATE ISSUED | DATE ISSUED |
|  | YES | NEW YORK | 01/01/1969 |

| ADDRESS | FROM | TO |
| --- | --- | --- |
|  | 12/2006 | 04/2007 |
| COUNTY: KINGS | | |
|  |  | 04/2001 |
| COUNTY: FAIRFIELD | | |

**5.**

| NAME | | | |
| --- | --- | --- | --- |
| KEVIN A JONES | | | |
| SSN ▮▮▮▮ | VALID | STATE ISSUED | DATE ISSUED |
|  | YES | NEW YORK | 01/01/1969 |

| ADDRESS | FROM | TO |
| --- | --- | --- |
|  | 05/1987 | 05/1987 |
| COUNTY: FAIRFIELD | | |

**6.**

| NAME | | | |
| --- | --- | --- | --- |
| KEVIN JONES | | | |
| SSN ▮▮▮▮ | VALID | STATE ISSUED | DATE ISSUED |
|  | YES | NEW YORK | 01/01/1969 |

| ADDRESS | FROM | TO |
| --- | --- | --- |
|  | | |
| COUNTY: NEW YORK | | |



NAME  JONES, KEVIN .                                    SSN ▆▆▆▆▆▆

## SSTRACE RESULTS
## REPORT

------------------------------------------------------------------
END-USER IS NOTIFIED THAT FOR LEGAL AND PRACTICAL REASONS INFORMATION
OBTAINED THROUGH A SOCIAL SECURITY NUMBER TRACE SHOULD BE USED ONLY TO
VERIFY THE INFORMATION PROVIDED BY THE CONSUMER ON HIS/HER EMPLOYMENT
APPLICATION. INFORMATION OBTAINED THROUGH A SOCIAL SECURITY NUMBER TRACE
SHOULD NOT BE USED ALONE OR IN CONJUNCTION WITH ANY OTHER INFORMATION TO
MAKE AN EMPLOYMENT DECISION.
------------------------------------------------------------------


**END OF NETWORK TRACE**

*********************************************************************
ADDITIONAL VALIDATION NOTES:

* THE YEAR OF BIRTH (10/17/1956) REPORTED DOES NOT MATCH THE INFORMATION
PROVIDED TO STERLING (10/17/1955).

*********************************************************************